UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TEAMSTERS LOCAL 639–EMPLOYERS**<br>**HEALTH TRUST AND ITS TRUSTEES,**<br>**THOMAS RATLIFF, JOHN GIBSON,**<br>**PHILIP GILES, ERIC D. WEISS,**<br>**RAY HOWARD, FRANK W. STEGMAN AND**<br>**MICHAEL R. BULL,**<br><br>3130 Ames Place, N.E.<br>Washington, D.C. 20018,<br><br>and<br><br>**TEAMSTERS LOCAL 639–EMPLOYERS**<br>**PENSION TRUST AND ITS TRUSTEES,**<br>**THOMAS RATLIFF, JOHN GIBSON,**<br>**PHILIP GILES, ERIC D. WEISS,**<br>**RAY HOWARD, AND FRANK W. STEGMAN,**<br><br>3130 Ames Place, N.E.<br>Washington, D.C. 20018,<br><br>     Plaintiffs,<br><br>v.<br><br>**ARATA EXPOSITION, INC,**<br><br>15928 Tournament Drive<br>Gaithersburg, MD 20877<br><br>     Defendant. | C. A. No. |

## COMPLAINT UNDER ERISA FOR OUTSTANDING EMPLOYER CONTRIBUTIONS, INTEREST, LIQUIDATED DAMAGES AND INJUNCTIVE RELIEF

### Introduction, Jurisdiction and Venue

1.      This is a civil action brought by the trustees of two employee benefit plans pursuant to Section 502(a)(3), (d)(1) and (g)(2) and Section 515, of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. Sections 1001, et seq., to collect delinquent and unpaid contributions, interest on the delinquent and unpaid contributions, liquidated damages owed to the employee benefit plans as a result of the contributing employer's violation of the collective bargaining agreements and applicable trust agreements, reasonable attorneys fees, and other legal, injunctive or equitable relief.

2.      Jurisdiction is conferred upon this court by Section 502(e) and (f) of ERISA, 29 U.S.C. § 1132(e) and (f), and Section 301 of the Labor Management Relations Act of 1974, as amended, 29 U.S.C. § 185.  Jurisdiction also lies under 28 U.S.C. § 1331 and 28 U.S.C. § 1337.

3.      Venue is proper under Section 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2), because the Plaintiff ERISA plans are administered and can be found in Washington, D.C, and Defendant Arata Expositions, Inc. transacts business in this District.

### Parties

4.      Plaintiff Teamsters Local 639–Employers Health Trust ("Health Trust") is an employee welfare benefit plan within the meaning of Section 3(1) and (3) of ERISA, 29 U.S.C. §1002(1), and a multiemployer plan within the meaning of Section 3(37)(A) of ERISA, 29 U.S.C. § 1002(37)(A), established and maintained for the purpose of providing health care and other welfare benefits to eligible employees, their families and dependents.  Plaintiff Health Trust was established and exists pursuant to collective bargaining agreements between the Drivers,

2

Chauffeurs and Helpers Local Union No. 639, affiliated with the International Brotherhood of Teamsters ("Local 639") and various employers, including Arata Expositions, Inc.. ("Defendant" or "Arata"). The Health Trust is administered at 3130 Ames Place, N.E., Washington, DC 20018. A true, correct and complete copy of the Health Trust Agreement and Declaration of Trust is attached as Exhibit A to this Complaint.

5.     Plaintiff Trustees of the Health Trust, Thomas Ratliff, John Gibson, Philip Giles, Eric D. Weiss, Ray Howard, Michael R. Bull and Frank W. Stegman, are the duly authorized Trustees of the Plaintiff Health Trust whose duty it is to administer the Plaintiff Health Trust for the benefit of the participants and beneficiaries of the Plaintiff Health Trust. The Trustees are authorized and empowered to maintain this action.

6.     Plaintiff Teamsters Local 639–Employers Pension Trust ("Pension Trust") is an employee welfare benefit plan within the meaning of Section 3(2) of ERISA, 29 U.S.C. §1002(2), and a multiemployer plan within the meaning of Section 3(37)(A) of ERISA, 29 U.S.C. § 1002(37)(A), established and maintained for the purpose of providing pension benefits to eligible employees. Plaintiff Pension Trust was established and exists pursuant to collective bargaining agreements between the Drivers, Chauffeurs and Helpers Local Union No. 639, affiliated with the International Brotherhood of Teamsters ("Local 639") and various employers, including Arata. The Pension Trust is administered at 3130 Ames Place, N.E., Washington, DC 20018. A true, correct and complete copy of the Pension Trust Agreement and Declaration of Trust is attached as Exhibit B to this Complaint.

7.     Plaintiff Trustees of the Pension Trust, Thomas Ratliff, John Gibson, Philip Giles,

3

Eric D. Weiss, Ray Howard and Frank W. Stegman, are the duly authorized Trustees of the Plaintiff Pension Trust whose duty it is to administer the Plaintiff Pension Trust for the benefit of the participants and beneficiaries of the Plaintiff Pension Trust. The Trustees are authorized and empowered to maintain this action.

8.      The Health and Pension Trusts are each governed by a Board of Trustees, half of whom are appointed by the contributing employers, and half by Local 639. The Board of Trustees is the sponsor and administrator of the Health and Pension Trusts, within the meaning of Section 3(16)(A) and (B) of ERISA, 29 U.S.C. § 1002(16)(A) and (B).

9.      Plaintiffs Thomas Ratliff, John Gibson, Philip Giles, Eric D. Weiss, Ray Howard, Frank W. Stegman, and Michael R. Bull are trustees of the Health Trust and are fiduciaries within the meaning of Sections 3(21)(A) and 502(a)(3), (e)(1) and (g)(2) of ERISA, 29 U.S.C. §§ 1002(21)(A) and 1132(a)(3), (e)(1) and (g)(2). They bring this action on behalf of the Health Trust and the participants and beneficiaries of the Health Trust pursuant to Sections 502 and 515 of ERISA, 29 U.S.C. §§ 1132, 1145.

10.      Plaintiffs Thomas Ratliff, John Gibson, Philip Giles, Eric D. Weiss, Ray Howard, and Frank W. Stegman are trustees of the Pension Trust and are fiduciaries within the meaning of Sections 3(21)(A) and 502(a)(3), (e)(1) and (g)(2) of ERISA, 29 U.S.C. §§ 1002(21)(A) and 1132(a)(3), (e)(1) and (g)(2). They bring this action on behalf of the Pension Trust and the participants and beneficiaries of the Pension Trust pursuant to Section 502 and 515 of ERISA, 29 U.S.C. § 1132, 1145.

11.      Defendant Arata Expositions, Inc., is a corporation registered in the State of

4

Maryland and is a corporation operating under the laws of the state of Maryland, with offices located in Maryland and transacting business in Virginia, Maryland and the District of Columbia. Defendant's corporate address as registered with the State of Maryland is 5586 Norbeck Road, Rockville, MD 20850.

12.     Defendant provides service as a convention and trade show contractor throughout the Washington D.C. metropolitan area. Upon information and belief, it maintains its offices and primary place of business at 15928 Tournament Drive, Gaithersburg, MD 20877.

13.     Defendant, at all relevant times, employed workers who were and are represented by Local 639, and who are participants in the Health and Pension Trusts. At all times material to this Complaint, Defendant was an "employer" in an "industry affecting commerce" as defined by Sections 501(1), (3), and 2(2) of the LMRA, 29 U.S.C. §§ 142(1), (3) and 152(2); Section 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. § 1002(5), (9), (11), (12) and (14), and an "employer whose activities affect commerce" within the meaning of Section 301(b) of the LMRA, 29 U.S.C. § 185(b).

<u>Factual Background-Defendant's Obligations Under the<br>Collective Bargaining Agreement and the Health and Pension Trusts</u>

14.     Local 639 and the Trade Show Contractors Association of Washington, D.C. and Vicinity, are parties to a collective bargaining agreement ("Trade Show Contract"). The Trade Show Contract establishes the terms and conditions of employment for employees of signatory employers. The most recent Trade Show Contract covers the period from April 1, 2006 through March 31, 2009 ("2006 Agreement"). The Trade Show Contract in effect immediately prior to

the 2006 Agreement covered the period from April 1, 2003 to March 31, 2006 ("2003 Agreement"). The Trade Show Contract in effect immediately prior to the 2003 Agreement covered the period from April 1, 1999 to March 31, 2003 ("1999 Agreement"). At all times relevant to this action, Defendant was signatory to the 2006 Agreement, the 2003 Agreement or the 1999 Agreement. A true, correct and complete copy of the 1999 Agreement is attached as Exhibit C to this Complaint. A true, correct and complete copy of the 2003 Agreement is attached as Exhibit D to this Complaint. A true, correct and complete copy of the 2006 Agreement is attached as Exhibit E to this Complaint.

15.    In accordance with the 2006 Agreement, the Defendant must contribute to the Health Trust and the Pension Trust a specified amount for each hour the Defendant is obligated to pay compensation to its employees. 2006 Agreement, Article 13(1)(A), Article 14(1)(A).

16.    Effective April 1, 2006, the 2006 Agreement requires a signatory employer to contribute $4.12 to the Health Trust for each hour for which an eligible employee received pay, based on a maximum of forty hours paid to an employee in one week. Effective April 1, 2007, the 2006 Agreement requires a signatory employer to contribute $4.72 to the Health Trust for each hour for which an eligible employee received pay.

17.    Effective April 1, 2006, the 2006 Agreement required a signatory employer to contribute $4.53 to the Pension Trust for each hour for which an eligible employee received pay. Effective April 1, 2007, the 2006 Agreement required a signatory employer to contribute $4.73 to the Pension Trust for each hour for which an eligible employee received pay.

18.    In accordance with the 2003 Agreement, the Defendant was to contribute to the

6

Health Trust and the Pension Trust a specified amount for each hour the Defendant is obligated to pay compensation to its employees. 2003 Agreement, Article 13(1)(A), Article 14(1)(A).

19.     Effective April 1, 2004, the 2003 Agreement required a signatory employer to contribute $3.32 to the Health Trust for each hour for which an eligible employee received pay, based on a maximum of forty hours paid to an employee in one week.  Effective April 1, 2005, the 2003 Agreement required a signatory employer to contribute $3.52 to the Health Trust for each hour for which an eligible employee received pay.

20.     Effective April 1, 2004, the 2003 Agreement required a signatory employer to contribute $4.18 to the Pension Trust for each hour for which an eligible employee received pay. Effective April 1, 2005, the 2003 Agreement required a signatory employer to contribute $4.33 to the Pension Trust for each hour for which an eligible employee received pay.

21.     In accordance with the 1999 Agreement, the Defendant was to contribute to the Health Trust and the Pension Trust a specified amount for each hour the Defendant is obligated to pay compensation to its employees. 1999 Agreement, Article 13(1)(A), Article 14(1)(A).

22.     Effective April 1, 1999, the 1999 Agreement required a signatory employer to contribute $3.02 to the Health Trust for each hour for which an eligible employee received pay, based on a maximum of forty hours paid to an employee in one week.

23.     Effective April 1, 1999, the 1999 Agreement required a signatory employer to contribute $3.26 to the Pension Trust for each hour for which an eligible employee received pay. Effective April 1, 2000, the 1999 Agreement required a signatory employer to contribute $3.46 to the Pension Trust for each hour for which an eligible employee received pay.  Effective April 1,

7

2001, the 1999 Agreement required a signatory employer to contribute $3.66 to the Pension Trust for each hour for which an eligible employee received pay. Effective April 1, 2002, the 1999 Agreement required a signatory employer to contribute $3.86 to the Pension Trust for each hour for which an eligible employee received pay.

24.     Pursuant to Articles 13 and 14 of the collective bargaining agreement, Defendant is bound by the Trust Agreements and Declaration of Trusts governing the administration of the Health and Pension Trusts ("Trust Agreements").

25.     Pursuant to Article VI of the Trust Agreements governing each of the Health and Pension Trusts, Defendant is required to make its monthly contributions to the Trusts according to the payment rules set by the Trustees.

26.     The Health Trust exists pursuant to the terms of the Health Trust Agreement and Declaration of Trust. ("Health Trust Agreement"). The Pension Trust exists pursuant to the terms of the Pension Trust Agreement and Declaration of Trust ("Pension Trust Agreement"). In accordance with Article VI, Section of the Trust Agreements, each signatory employer to the Trade Show Contract must furnish to the Trustees all reports on contributions and must submit to the Trustees the contributions set forth in the Trade Show Contract on or before the last day of the month following the month in which the employee worked.

27.     In accordance with Article VI of the Trust Agreements, if Defendant's contributions are paid late, under the rules promulgated by the Trustees of the Health and Pension Trusts, interest is assessed at the prime rate or at a monthly rate of 1.5%, whichever is greater.

28.     In accordance with Article VI of the Trust Agreements, liquidated damages will be imposed on delinquent and/or late contributions in the amount of 10% of the delinquency.

29.     Furthermore, the Health and Pension Trusts obligate delinquent employers to pay the Health and Pension Trusts' costs and expenses of collection, including audit fees, attorney fees and court costs.

30.     Pursuant to Article VI of the Health and Pension Trusts, the Trustees may, at any time, designate a qualified representative to conduct an audit of the payroll and wage records of any employer to permit the Trustees to determine whether the employer is making full payments to the Trustees in the amounts required by the collective bargaining agreement.

31.     In order to implement and execute the terms and conditions of the Health and Pension Trusts, the Trustees published and adopted a collection procedure establishing the steps and responsibilities of the Trustees, the Plan administrators, the Pension Fund's attorneys and auditors in the collections process. A true and correct copy of the Health and Pension Trust Collection Procedure is attached hereto as Plaintiffs' Exhibit F. Pursuant to the Health and Pension Trust Collection Procedure, if an audited employer does not comply with the results of the audit, the employer is assessed the amount of the delinquency plus interest and a ten (10) percent liquidated damages amount.

32.     Pursuant to Section 502(g) of ERISA, if judgment is entered against Defendant, Plaintiffs are entitled to an award of unpaid contributions, interest on the unpaid contributions, an amount equal to the greater of the interest on the unpaid contributions or liquidated damages provide for under the Trust Agreements or in the amount not in excess of twenty (20) percent or

9

an amount determined by the court, reasonable attorney's fees and costs, and other legal or equitable relief as deemed appropriate by the Court.

33.    Defendant has not met its obligations under the 1999 Agreement, the 2003 Agreement and the 2006 Agreement in that it has failed to remit its contributions and submit its contribution reports on a timely basis and has failed to comply with an audit report. Defendant has been and continues to be delinquent in its contributions to the Health and Pension Trusts.

<div align="center">The Delinquencies</div>

34.    On or about August 25, 2006, the Pension and Health Trusts, by and through the accounting firm of Regardie, Brooks & Lewis performed a payroll audit of Defendant. The payroll audit included, but was not limited to, analysis of pertinent provisions of the collective bargaining agreement and comparison of underlying payroll records of the Defendant to contribution reports received by the Trust Fund.

35.    The payroll audit revealed under payments to the Health and Pension Trusts for the work periods January 1, 2002 to December 31, 2004. As a result of the under payments, Defendant owes the Health Trust $8,996.49, including $817.86 in liquidated damages and owes the Pension Trust $15,436.15, including $1,403.29 in liquidated damages. Defendant also owes the Health and Pension Trusts interest as a result of the under payments. A true and correct copy of the audit report is attached as Exhibit G to this Complaint.

36.    In response to Defendant's under payments, the Pension and Health Trusts sent notices to Defendant on or about August 30, 2006 and November 1, 2006 demanding payment. True, correct and complete copies of these notices are attached collectively

<div align="center">10</div>

as Exhibit H to this Complaint.

37.    In response to Defendant's failure to respond to the audit report and the notices sent by the Pension and Health Trusts, the Pension and Health Trusts, by and through their attorneys, sent letters dated March 10, 2006 and February 8, 2007, to Defendant demanding payment of the contributions owed pursuant to the collective bargaining agreement and the Trust Agreements. True, correct and complete copies of the letters are attached collectively as Exhibit I to this Complaint.

38.    Defendant failed to timely remit contributions and underpaid contributions owed pursuant to the collective bargaining agreement and pursuant to the Trust Agreements. Defendant's failure to timely remit contributions pursuant to the results of the audit makes Defendant liable for liquidated damages and interest on all late payment amounts and on all unpaid amounts pursuant to the applicable Trust Agreements and Section 502(g) of ERISA.

39.    In spite of the repeated warnings from counsel, the Defendant has failed to live up to its obligations under the Trade Show Contracts and the Health and Pension Trusts. Defendant's flouting of the rules by failing to make the required contributions and failing to comply with the audit has disrupted and continues to disrupt the operations of the Health and Pension Trusts. Despite the collection efforts of the Fund Office and counsel, Defendant remains delinquent, and there is little prospect that, lacking judicial compulsion, Defendant will satisfy its remaining obligations to the Plaintiff Trusts, and pay the delinquent and unpaid contributions, liquidated damages and interest due on the delinquent and unpaid contributions.

40.  '  Defendant's actions are in violation of the collective bargaining agreement, and

11

the Health and Pension Trusts governing documents.

41.    Defendant's actions causes irreparable harm to the plan participants in the form of loss of earnings of the Funds. Defendant's actions have caused, and continue to cause, great harm to the Trusts in a variety of ways, including, but not limited to, the following: they have caused the Trusts to incur collection and other expenses associated with pursuing this delinquency and unpaid contributions; they have caused a loss of the time value of the delinquent and unpaid contributions to the Trusts; and they have resulted in a discrediting of the Trusts' ability to enforce obligations owed to it, which may result in other employers utilizing the same tactics. Defendant's refusal to live up to its obligations creates an atmosphere in the industry that encourages other employers to do the same.

## COUNT I

42.    Plaintiffs reallege and incorporate Paragraphs 1 through 41.

43.    This claim arises under Sections 502(a)(3), (d)(1), (g) and 515 of the Employee Retirement Income Security Act of 1972, as amended ("ERISA"), 29 U.S.C. §§ 1132(a)(3), (d)(1), (g) and 1145.

44.    Defendant is delinquent to the Plaintiff Health and Pension Trusts for owed contributions, liquidated damages and interest.

45.    Defendant is delinquent to the Plaintiff Health and Pension Trusts for amounts owed to the Trusts determined pursuant to a payroll audit and owes interest and liquidated damages due to its failure to make the required and proper payments.

46.    The Defendant is required to pay interest and liquidated damages on the

12

outstanding sums. Based upon the audit report, the Defendant owes $8,996.49 to the Health

Trust and $15,436.15 to the Pension Trust, including liquidated damages. Defendant also owes

interest on these amounts to be determined at the time of payment.

47.    Defendant has failed to timely pay the required contributions, interest and

liquidated damages to the Plaintiff Health and Pension Trusts owed due to underpayments from

the period of January 1, 2002 to December 31, 2004.

48.    Defendant has failed to comply with repeated requests that it remit outstanding

deficiencies, reports and the associated fees for interest and liquidated damages and/or missing or

underpaid contributions.

49.    Defendant's failure to timely pay required contributions, interest and liquidated

damages has caused irreparable harm to the Plaintiffs and their plan participants. Injunctive

relief is appropriate under section 502(a) of ERISA; 29 U.S.C. § 1132(a)(3)(A).

<div align="center">Relief</div>

WHEREFORE, Plaintiffs respectfully pray that the Court:

1.    Declare that Defendant is delinquent in remitting its contributions to the Pension

and Health Trusts pursuant to the 1999 Agreement, the 2003 Agreement and the 2006

Agreement;

2.    Award as damages, contributions owed to the Health and Pension Trusts in the

amount of $8,178.63 to the Health Trust and $14,032.86 to the Pension Trust;

3.    Award as damages, interest on all delinquent and unpaid contributions owed to

the Health and Pension Trusts, as mandated by the Health and Pension Trust Agreements and

<div align="center">13</div>

Section 502(g) of ERISA, 29 U.S.C. § 1132(g);

    4.     Award liquidated damages on all delinquent and unpaid contributions owed in the amount of $817.86 to the Health Trust and $1,403.29 to the Pension Trust;, as mandated by Article VI of the Health and Pension Trust Agreements and Section 502(g) of ERISA, 29 U.S.C. § 1132(g);

    5.     Require Defendant to reimburse Plaintiffs for all costs incurred in bringing this action, including reasonable attorney fees, pursuant to Section 502(g)(2)(D) of ERISA, 29 U.S.C. § 1132(g)(2)(D);

    6.     Enter a permanent injunction requiring Defendant to timely pay all contributions and submit its required reports to the Pension and Health Trusts as they become due and owing;

    7.     Award such other relief as the Court deems just and proper.

Respectfully submitted,

Richard Welch, Esq.
D.C Bar No. 485756
Michael L. Artz, Esq.
D.C. Bar No. 468025
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
(202) 783-0010
(202) 783-6088

Counsel for Plaintiffs

September 10, 2007

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| TEAMSTERS LOCAL 639–EMPLOYERS HEALTH TRUST AND ITS TRUSTEES, et al. | ARATA EXPOSITIONS, INC. |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Dist. of Columbia<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY) _____<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Mooney, Green, Baker & Saindon, P.C.<br>1920 L Street NW, Suite 400<br>Washington, DC 20036<br>202-783-0010 | |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

● 3 Federal Question (U.S. Government Not a Party)

○ 2 U.S. Government Defendant

○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. Antitrust | ○ B. Personal Injury/ Malpractice | ○ C. Administrative Agency Review | ○ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ○ E. General Civil (Other) | OR | ○ F. Pro Se General Civil |
|---|---|---|

| Real Property | Bankruptcy | Forfeiture/Penalty |  |
|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>Prisoner Petitions<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| Personal Property<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | Property Rights<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>Federal Tax Suits<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | Other Statutes<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ◉ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☒ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Sections 502(a)3, (d)(1), (g) and 515 of ERISA, 29 U.S.C. sections 1132(a)(3), (d)(1), (6), and 1145. To collect unpaid contributions, interest, damages.

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | DEMAND $ 22,211.49 | Check YES only if demanded in complaint |
|---|---|---|---|
| | | JURY DEMAND: | YES ☐   NO ☒ |

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE  September 10, 2007    SIGNATURE OF ATTORNEY OF RECORD  *Michael Wolly*

---

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# EXHIBIT I

# MOONEY, GREEN, BAKER & SAINDON, P.C.

JOHN R. MOONEY*
PAUL A. GREEN†
MARILYN L. BAKER†
ELIZABETH A. SAINDON
MARK J. MURPHY†
DOUGLAS L. PARKER*
RICHARD C. WELCH
MARC L. WILHITE

ROBERT H. STROPP, JR
OF COUNSEL

* ADMITTED IN DC AND VA
† ADMITTED IN DC AND MD

SUITE 400
1920 L STREET, N.W.
WASHINGTON, DC 20036

⊛ ⬬ 81-S

TELEPHONE (202) 783-0010
FACSIMILE (202) 783-6088
INTERNET: www.mooneygreen.com

March 10, 2005

Mr. Tom Arata
Arata Exposition, Inc.
15928 Tournament Drive
Gaithersburg, MD 20877

> **Re:**   **Teamsters Local 639 Health Trust/** Calculation Error in Computing
> Contributions Owed for June 2004

Dear Mr. Arata:

This firm represents the Teamsters Local No. 639–Employers Health Trust (the "Health Fund") and the Teamsters Local 639–Employers Pension Trust (the "Pension Fund") (collectively the "Funds"). This letter concerns the outstanding contributions that Arata Exposition, Inc. ("Arata Exposition") currently owes the Health Fund. The Trustees of the Funds have requested that we contact you to urge Arata Exposition to promptly remit the remaining amount due and owing to the Health Fund. The Funds' records indicate that Arata Exposition owes the Health Fund contributions totaling $819.52 due to a calculation error for June 2004.

In accordance with the Agreements and Declarations of Trust ("Trust Documents") between Arata Exposition and the Funds, Article VI, Section 6.3 of the Trust Documents directs Arata Exposition "to pay to the Trustees each month the amount of money as established and provided for in Collective Bargaining Agreements or signed participation agreement[s]." Trust Documents, p. 5. Pursuant to the collective bargaining agreement between Arata Exposition and Teamsters Local 639, Article XIII requires Arata Exposition to make health contributions to the Health Fund at the rate of $3.32 "for each hour, or any portion thereof, for which a seniority employee receives pay." Contract, p.20. After reviewing Arata Exposition's contribution report for June 2004, it is clear that Arata Exposition failed to calculate the correct amount to pay the Health Fund for the hours worked by its plan participants. Arata Exposition, therefore, currently owes the Health Fund $819.52 for outstanding contributions.

March 10, 2005
Page 2

It is anticipated that you will give this mater your immediate attention. We must insist that Arata Exposition pay the outstanding $819.52 within 20 days from the date of this letter. In Accordance with Article VI, Section 6.5 of the Trust Documents, failure to comply with this demand may result in the assessment of liquidated damages and interest on the unpaid balance. Should litigation become necessary in order to collect this sum, Section 502(g)(2) of ERISA makes it clear that Arata Exposition would be responsible for payment of the Funds' litigation expenses, including reasonable attorneys' fees.

If you have any questions regarding the subject matter of this letter, please do not hesitate to contact the undersigned.

Sincerely,

Marc L. Wilhite

cc:    Mark Winter
       Carol York

# MOONEY, GREEN, BAKER & SAINDON, P.C.

JOHN R. MOONEY\*
PAUL A. GREEN†
MARILYN L. BAKER†
ELIZABETH A. SAINDON
MARK J. MURPHY†
DOUGLAS L. PARKER\*
RICHARD C. WELCH
MARC L. WILHITE
MICHAEL L. ARTZ

ROBERT H. STROPP, JR
OF COUNSEL

\* ADMITTED IN DC AND VA
† ADMITTED IN DC AND MD

SUITE 400
1920 L STREET, N.W.
WASHINGTON, DC 20036

81-S

TELEPHONE (202) 783-0010
FACSIMILE (202) 783-6088
INTERNET: www.mooneygreen.com

February 8, 2007

Ms. Alison Himes
Arata Exposition, Inc.
15928 Tournament Drive
Gaithersburg, MD 20877

TRANSMITTED BY UNITED STATES MAIL & FACSIMILE TO (301) 990-1717

Re:   *Teamsters Local 639 Health and Pension Funds, unpaid amounts owed*

Dear Ms. Himes:

As you know, this firm represents the Teamsters Local No. 639-Employers Health Trust (the "Health Fund") and the Teamsters Local 639-Employers Pension Trust (the "Pension Fund") (collectively the "Funds"). This letter concerns the outstanding balance that Arata Exposition, Inc. ("Arata") currently owes the Funds. The Funds' records and the recently conducted payroll audit indicate that Arata owes the Funds the following amounts:

Health Fund

- $8,996.49 in underpayments, interest and liquidated damages for the period January 1, 2003 to December 31, 2005.

Pension Fund

- $15,436.16 in underpayments, interest and liquidated damages from the period January 1, 2003 to December 31, 2005.

As a result of the unpaid contributions, **Arata owes a total of $8,996.49 to the Health Fund and a total of $15,436.16 to the Pension Fund.**

These amounts are outstanding and owed immediately. I respectfully request on behalf of the Funds that the amount of $8,996.49 be remitted to the Health Fund and that the amount of $15,436.16 be remitted to the Pension fund within seven days of receipt of this letter, to satisfy

Alison Himes
February 8, 2007
Page 2

Arata's debt.

Please bear in mind that if Arata is not willing to promptly pay its outstanding debt, the Funds are prepared to litigate, and pursuant to Section 502(g)(2) of ERISA, Arata would be responsible for payment of the Funds' litigation expenses, including reasonable attorney's fees.

If you have any questions regarding this matter, please do not hesitate to contact me. I can be reached at (202) 783-0010. Thank you for your attention.

Very truly yours,

Michael L. Artz

cc: Azieb Mehreteab

# EXHIBIT H

TEAMSTERS LOCAL 639 – EMPLOYERS

HEALTH & PENSION TRUST FUNDS



Teamsters Local 639 Center
3130 Ames Place, NE
Washington, DC 20018-1513
(202) 636-8181 / (800) 983-2699
Fax: (202) 526-7959

August 30, 2006

Ms. Alison Himes
Arata Expositions, Inc.
15928 Tournament Drive
Gaithersburg, MD 20877

Re:     Payroll Audit

Dear Ms. Himes:

Some audit deficiencies were discovered during a recent payroll audit performed by Regardie, Brooks & Lewis. Their procedures included reading the pertinent provisions of the collective bargaining agreements and comparing underlying employer payroll records to the contribution reports received by the Trust Fund for the work periods January 1, 2002 to December 31, 2004. Underpayments to the Health Fund in the amount of $8,178.63 were found as a result of the Audit. Liquidated Damages will be assessed if payment is not made within 30 days of receipt of this letter.

**Please remit $8,178.63 to the Teamsters Local 639-Employers Health Trust as soon as possible.** A separate check for this deficiency will be appreciated. A copy of the final audit report is enclosed. If you have any questions, please call (202) 636-8181 or (800) 983-2699.

Sincerely,

Sue Lewandowski
Executive Assistant

/shl
Enclosure

**TEAMSTERS LOCAL 639 – EMPLOYERS**

**HEALTH & PENSION TRUST FUNDS**

Teamsters Local 639 Center
3130 Ames Place, NE
Washington, DC 20018-1513
(202) 636-8181 / (800) 983-2699
Fax: (202) 526-7959

August 30, 2006

Ms. Alison Himes
Arata Expositions, Inc.
15928 Tournament Drive
Gaithersburg, MD 20877

Re:    Payroll Audit

Dear Ms. Himes:

Some audit deficiencies were discovered during a recent payroll audit performed by Regardie, Brooks & Lewis. Their procedures included reading the pertinent provisions of the collective bargaining agreements and comparing underlying employer payroll records to the contribution reports received by the Trust Fund for the work periods January 1, 2002 to December 31, 2004. Underpayments to the Pension Fund in the amount of $14,032.87 were found as a result of the Audit. Liquidated Damages will be assessed if payment is not made within 30 days of receipt of this letter.

**Please remit $14,032.87 to the Teamsters Local 639-Employers Pension Trust as soon as possible.** A separate check for this deficiency will be appreciated. A copy of the final audit report is enclosed. If you have any questions, please call (202) 636-8181 or (800) 983-2699.

Sincerely,

Sue Lewandowski
Executive Assistant

/shl
Enclosure

**TEAMSTERS LOCAL 639 – EMPLOYERS**

**HEALTH & PENSION TRUST FUNDS**

Teamsters Local 639 Center
3130 Ames Place, NE
Washington, DC 20018-1513
(202) 636-8181 / (800) 983-2699
Fax: (202) 526-7959

November 1, 2006

Ms. Alison Himes
Arata Expositions, Inc.
15928 Tournament Drive
Gaithersburg, MD  20877

                           Re:    Payroll Audit
                                       Second and Final Informal
                                       Notice

Dear Ms. Himes:

We have not received your payment for some audit deficiencies that were discovered during the recent payroll audit performed by Regardie, Brooks & Lewis. Underpayments to the Health Fund in the amount of $8,178.63 were found as a result of the Audit. The Agreement and Declarations of Trust permit the imposition of liquidated damages in the amount of 10% and require payment of interest at the prime rate or at the rate of 1.5% per month, whichever is higher, on any unpaid balance. Liquidated Damages of $817.86 are being assessed. Interest will be assessed and billed to you once your payment is received by the Fund.

**Please remit $8,996.49 to the Teamsters Local 639-Employers Health Trust as soon as possible.** Please remit a separate check for this deficiency. If we do not hear from you within the next ten business days, this account will be forwarded to Fund Counsel for further action.

If you have any questions, please call (202) 636-8181.

                              Sincerely,

                              Sue Lewandowski
                              Executive Assistant

/shl

**TEAMSTERS LOCAL 639 – EMPLOYERS**

**HEALTH & PENSION TRUST FUNDS**

Teamsters Local 639 Center
3130 Ames Place, NE
Washington, DC 20018-1513
(202) 636-8181 / (800) 983-2699
Fax: (202) 526-7959

November 1, 2006

Ms. Alison Himes
Arata Expositions, Inc.
15928 Tournament Drive
Gaithersburg, MD 20877

                                    Re:    Payroll Audit
                                           Second and Final Informal
                                           Notice

Dear Ms. Himes:

We have not received your payment for some audit deficiencies that were discovered during the recent payroll audit performed by Regardie, Brooks & Lewis. Underpayments to the Pension Fund in the amount of $14,032.87 were found as a result of the Audit. The Agreement and Declarations of Trust permit the imposition of liquidated damages in the amount of 10% and require payment of interest at the prime rate or at the rate of 1.5% per month, whichever is higher, on any unpaid balance. Liquidated Damages of $1,403.29 are being assessed. Interest will be assessed and billed to you once your payment is received by the Fund.

**Please remit $15,436.16 to the Teamsters Local 639-Employers Pension Trust as soon as possible.** Please remit a separate check for this deficiency. If we do not hear from you within the next ten business days, this account will be forwarded to Fund Counsel for further action.

If you have any questions, please call (202) 636-8181.

                                    Sincerely,

                                    Sue Lewandowski
                                    Executive Assistant

/shl
Enclosure

# EXHIBIT G

TEAMSTERS LOCAL 639 - EMPLOYERS HEALTH TRUST FUND

TEAMSTERS LOCAL 639 - EMPLOYERS PENSION TRUST FUND

WASHINGTON, DC

———————————

REPORT ON APPLYING AGREED-UPON PROCEDURES

TO PAYROLL RECORDS OF

ARATA EXPOSITIONS, INC.

FOR THE PERIOD

JANUARY 1, 2002 TO DECEMBER 31, 2004

*REGARDIE, BROOKS & LEWIS*
CHARTERED
CONSULTANTS & CERTIFIED PUBLIC ACCOUNTANTS



*REGARDIE, BROOKS & LEWIS*

CHARTERED

CONSULTANTS & CERTIFIED PUBLIC ACCOUNTANTS

7101 WISCONSIN AVENUE, SUITE 1012 · BETHESDA, MARYLAND 20814
TEL: (301) 654-9000    e-mail: rblcpa@rblcpa.com    FAX: (301) 656-3056

PAUL J. GNATT, CPA
PHILIP R. BAKER, CPA
NATHAN J. ROSEN, CPA
CELSO T. MATAAC, JR., CPA
DOUGLAS A. DOWLING, CPA
BRIAN J. GIGANTI, CPA
SETH C. ALLEN, CPA
NANCY P. SHIREY, CPA

CONSULTANTS
JEROME P. LEWIS, CPA
DAVID A. BROOKS, CPA
JESSE A. KAISER, CPA

## INDEPENDENT ACCOUNTANT'S REPORT

August 25, 2006

To the Board of Trustees
Teamsters Local 639 - Employers Health Trust Fund, and
 Teamsters Local 639 - Employers Pension Trust Fund
3130 Ames Place, NE
Washington, D.C. 20018

We have performed the procedures enumerated below to the payroll records of Arata
Expositions, Inc., a contributing employer to the Teamsters Local 639 - Employers Health Trust
Fund and Teamsters Local 639 - Employers Pension Trust Fund (Trust Funds) for the period January
1, 2002 to December 31, 2004. The Trust Funds have agreed to the said procedures. The purpose
of the agreed upon procedures is solely to determine whether contributions to the Trust Funds were
being made in accordance with the collective bargaining agreement in effect and with the Trust
Agreements of the Trust Funds. This agreed-upon procedures engagement was performed in
accordance with attestation standards established by the American Institute of Certified Public
Accountants. The sufficiency of these procedures is solely the responsibility of the specified users
of the report. Consequently, we make no representation regarding the sufficiency of the procedures
described below, either for the purpose for which this report has been requested, or for any other
purpose. The propriety of the contributions is the responsibility of the employer's management.

Our procedures included reading the pertinent provisions of the collective bargaining
agreements and comparing underlying employer payroll records to the contribution reports received
by the Trust Fund. The employer records we reviewed included payroll journals, payroll tax returns,
and contribution reports. The procedures were performed on a test basis on selected employees.
The scope of this engagement was limited to records made available by the employer and would not
necessarily disclose all exceptions in employer contributions to the Trust Funds. Any compensation
paid to employees not disclosed to us or made part of the written record was not determinable by
us and was not included in our review.

The results of our procedures are set forth in the accompanying Exhibit "A" and related
schedules. In summary, our procedures indicated that $24,432.65 is due the Trustee by Arata
Expositions, Inc.

We were not engaged to, and did not, conduct an audit, the objective of which would be the
expression of an opinion on the employer contribution reports submitted by Arata Expositions, Inc.
Accordingly, we do not express such an opinion. Had we performed additional procedures, other
matters might have come to our attention that would have been reported to you.

This report is intended solely for the use of the Trustees of the Funds and is not intended to
be, and should not be, used by those who have not agreed to the procedures and taken responsibility
for the sufficiency of the procedures for their purposes.

*Regardie, Brooks & Lewis*

Certified Public Accountants

EXHIBIT "A"

TEAMSTERS LOCAL 639 TRUST FUNDS
WASHINGTON, DC

SUMMARY OF RESULTS OF AGREED-UPON PROCEDURES

FOR THE PERIOD
JANUARY 1 , 2002  TO DECEMBER 31, 2004

| Schedule | Differences determined | Amounts of due | | |
|---|---|---|---|---|
| | | Health Fund | Pension Trust Fund | Total |
| A-1 and A-2 | Unreported hours | $ 8,178.63 | $ 14,581.42 | $ 22,760.05 |
| A-2a | Overreported hours | - | ( 548.55) | ( 548.55) |
| | Total | 8,178.63 | 14,032.87 | 22,211.50 |
| | Liquidated damages - 10% | 817.86 | 1,403.29 | 2,221.15 |
| | Total due | $ 8,996.49 | $ 15,436.16 | $ 24,432.65 |

*REGARDIE, BROOKS & LEWIS*
CHARTERED
CONSULTANTS & CERTIFIED PUBLIC ACCOUNTANTS

Schedule A-1

TEAMSTERS LOCAL 639 - TRUST FUNDS
WASHINGTON, D.C.

SUMMARY OF RESULTS OF AGREED UPON PROCEDURES

**CONTRIBUTING EMPLOYER:**

| | |
|---|---|
| Name | Arata Expositions, Inc. |
| Address | 15928 Tournament Dr. |
| | Gaithersburg MD 20877 |

**PERIOD COVERED BY EMPLOYER'S REPORTS:**

January 1, 2002 to December 31, 2004

**RESULTS OF PROCEDURES:  HEALTH - SENIOR & NON-SENIOR**

| Year | Test Periods Quarter | Hours Reported To Fund | Actual Hours Per Audit | Unreported Hours Per Attached Schedule | Rate | Amount Due (Refund) |
|---|---|---|---|---|---|---|
| 2002 | 2nd | - | 295.00 | 295.00 | 3.02 | 890.90 |
| 2002 | 3rd | 1,304.00 | 1,349.50 | 45.50 | 3.02 | 137.41 |
| 2002 | 4th | - | 698.50 | 698.50 | 3.02 | 2,109.47 |
| 2003 | 1st | - | 1,775.50 | 1,775.50 | 3.02 | 5,362.01 |
| 2003 | 2nd | 559.25 | 770.50 | 211.25 | 3.17 | 669.66 |
| 2003 | 3rd | 579.50 | 483.00 | (96.50) | 3.17 | (305.91) |
| 2003 | 4th | 555.25 | 508.75 | (46.50) | 3.17 | (147.41) |
| 2004 | 1st | 1,608.75 | 1,407.25 | (201.50) | 3.17 | (638.76) |
| 2004 | 2nd | 629.75 | 579.75 | (50.00) | 3.32 | (166.00) |
| 2004 | 3rd | 210.50 | 346.00 | 135.50 | 3.32 | 449.86 |
| 2004 | 4th | 678.50 | 623.50 | (55.00) | 3.32 | (182.60) |
| TOTAL | | 6,125.50 | 8,837.25 | 2,711.75 | | 8,178.63 |

NOTE:    **NON-SENIOR -Health Trust: Contribution to be paid for each hour that the Employee receives pay.**
**NON-SENIOR - Pension Trust: Contributions to be paid for each hour or portion thereof that the employee receives pay.**

**SENIOR -Health Trust: Contribution to be paid for each hour that the Employee receives pay, with a maximum of 40 hours per week.**
**SENIOR - Pension Trust: Contributions to be paid for each hour or portion thereof that the employee receives pay, with a maximum of 40 & 140 hours per week and month, respectively.**

31546 audit summary

Schedule A-2

**TEAMSTERS LOCAL 639 - TRUST FUNDS**
**WASHINGTON, D.C.**

**SUMMARY OF RESULTS OF AGREED UPON PROCEDURES**

**CONTRIBUTING EMPLOYER:**

Name            Arata Expositions, Inc.

Address         15928 Tournament Dr.
                Gaithersburg MD 20877

**PERIOD COVERED BY EMPLOYER'S REPORTS:**

January 1, 2002 to December 31, 2004

**RESULTS OF PROCEDURES: SENIOR PENSION**

| Year | Test Periods Quarter | Hours Reported To Fund | Actual Hours Per Audit | Unreported Hours Per Attached Schedule | Rate | Amount Due (Refund) |
|------|------|------|------|------|------|------|
| 2002 | 2nd | 0.00 | 140.00 | 140.00 | 3.86 | 540.40 |
| 2002 | 3rd | 0.00 | 420.00 | 420.00 | 3.86 | 1,621.20 |
| 2002 | 4th | 0.00 | 377.00 | 377.00 | 3.86 | 1,455.22 |
| 2003 | 1st | 0.00 | 399.00 | 399.00 | 3.86 | 1,540.14 |
| 2003 | 2nd | 0.00 | 384.50 | 384.50 | 4.01 | 1,541.85 |
| 2003 | 3rd | 0.00 | 212.00 | 212.00 | 4.01 | 850.12 |
| 2003 | 4th | 0.00 | 389.50 | 389.50 | 4.01 | 1,561.90 |
| 2004 | 1st | 0.00 | 356.50 | 356.50 | 4.01 | 1,429.57 |
| 2004 | 2nd | 0.00 | 300.75 | 300.75 | 4.18 | 1,257.14 |
| 2004 | 3rd | 0.00 | 246.00 | 246.00 | 4.18 | 1,028.28 |
| 2004 | 4th | 0.00 | 420.00 | 420.00 | 4.18 | 1,755.60 |
| | | | | | | |
| **TOTAL** | | 0.00 | 3,645.25 | 3,645.25 | | 14,581.42 |

NOTE:    **NON-SENIOR -Health Trust: Contribution to be paid for each hour that the Employee receives pay.**
         **NON-SENIOR - Pension Trust: Contributions to be paid for each hour or portion thereof that the employee receives pay.**

         **SENIOR -Health Trust: Contribution to be paid for each hour that the Employee receives pay, with a maximum of 40 hours per week.**
         **SENIOR - Pension Trust: Contributions to be paid for each hour or portion thereof that the employee receives pay, with a maximum of 40 & 140 hours per week and month, respectively.**

Schedule A-2a

TEAMSTERS LOCAL 639 - TRUST FUNDS
WASHINGTON, D.C.

SUMMARY OF RESULTS OF AGREED UPON PROCEDURES

CONTRIBUTING EMPLOYER:

| | |
|---|---|
| Name | Arata Expositions, Inc. |
| Address | 15928 Tournament Dr.<br>Gaithersburg MD 20877 |

PERIOD COVERED BY EMPLOYER'S REPORTS:

January 1, 2002 to December 31, 2004

RESULTS OF PROCEDURES: NON-SENIOR - PENSION

| Year | Test Periods Quarter | NON-SENIOR PENISON HOURS REPORTED | SENIOR HOURS REPORTED AT NON-SENIOR RATE - SEE NOTE | Hours Reported To Fund | Actual Hours Per Audit | Unreported Hours Per Attached Schedule | Rate | Amount Due (Refund) |
|---|---|---|---|---|---|---|---|---|
| 2003 | 2nd | 331.00 | 228.25 | 559.25 | 367.00 | (192.25) | 0.150 | (28.84) |
| 2003 | 3rd | 271.00 | 308.50 | 579.50 | 271.00 | (308.50) | 0.150 | (46.28) |
| 2003 | 4th | 61.75 | 493.50 | 555.25 | 106.25 | (449.00) | 0.150 | (67.35) |
| 2004 | 1st | 1,023.50 | 585.25 | 1,608.75 | 1,023.50 | (585.25) | 0.150 | (87.79) |
| 2004 | 2nd | 221.00 | 408.75 | 629.75 | 221.00 | (408.75) | 0.300 | (122.63) |
| 2004 | 3rd | 87.00 | 123.50 | 210.50 | 100.00 | (110.50) | 0.300 | (33.15) |
| 2004 | 4th | 117.00 | 561.50 | 678.50 | 136.75 | (541.75) | 0.300 | (162.53) |
| | | | | | | | | |
| TOTAL | | | | 4,821.50 | 2,225.50 | (2,596.00) | | (548.55) |

NOTES:
   PENSION COVERAGE FOR NON-SENIOR EMPLOYEES EFFECTIVE 4/1/2003.

   NON-SENIOR -Health Trust: Contribution to be paid for each hour that the Employee receives pay.
   NON-SENIOR - Pension Trust: Contributions to be paid for each hour or portion thereof that the employee receives pay.

   SENIOR -Health Trust: Contribution to be paid for each hour that the Employee receives pay, with a maximum of 40 hours per week.
   SENIOR - Pension Trust: Contributions to be paid for each hour or portion thereof that the employee receives pay, with a maximum of
      of 40 & 140 hours per week and month, respectively.

   SENIOR HOURS TRANSFER TO SENIOR PENISON RECAP

31546 audit summary

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME:        ARATA EXPOSITIONS INC
SUMMARY OF HOURS
PERIOD ENDED:        JUNE 30,2002

| | EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS | |
|---|---|---|---|---|---|---|---|
| **NON SENIOR** | JAMES | WATSON JR | 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 | 138.50 | 0.00 | 138.50 | |
| | | TOTAL | | 138.50 | 0.00 | 138.50 | HEALTH |
| **SENIOR** | TALMADGE | WATSON | 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 | 156.50 | 0.00 | 156.50 | TOTAL |
| | | | | 156.50 | 0.00 | 156.50 | HEALTH |
| | | | | 140.00 | 0.00 | 140.00 | PENSION |

SENIOR RATE 31546 PAYROLL AUDIT MASTER - 02

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME: ARATA EXPOSITIONS INC
SUMMARY OF HOURS
PERIOD ENDED: SEPTEMBER 30,2002

| EMP STATUS | EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS | |
|---|---|---|---|---|---|---|---|
| NON SENIOR | JAMES | BATTLE | 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 | 21.50 | 21.50 | 0.00 | |
| | ALEXAN | BLALOCK JR | 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 | 44.00 | 44.00 | 0.00 | |
| | RANDOLPH | CARROLL | 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 | 24.00 | 24.00 | 0.00 | |
| | CLEO | DAVIS | 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 | 21.50 | 21.50 | 0.00 | |
| | MICHAEL | GASKINS | 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 | 21.50 | 21.50 | 0.00 | |
| | WAYNE | HILL | 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 | 21.50 | 21.50 | 0.00 | |
| | SAMSON | NASH JR. | 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 | 40.50 | 40.50 | 0.00 | |
| | TIFFANIE | SIMMONS | 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 | 34.50 | 34.50 | 0.00 | |
| | KENDAL | WATSON | 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 | 33.00 | 33.00 | 0.00 | |
| | NORVELLA | WRIGHT | 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 | 11.50 | 11.50 | 0.00 | |
| | ROBERT | BROOKS SR. | 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 | 122.00 | 122.00 | 0.00 | |
| | WILLIAM | PATTERSON | 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 | 121.50 | 121.50 | 0.00 | |
| | CHARLES | PETTY | 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 | 173.50 | 173.50 | 0.00 | |
| | JAMES | WATSON JR | 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 | 157.50 | 157.50 | 0.00 | |
| | | SUBTOTAL | | 848.00 | 848.00 | 0.00 | HEALTH |
| | | | | | | | |
| SENIOR | TALMADGE | WATSON | 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 | 501.50 | 456.00 | 45.50 | TOTAL |
| | | | | 501.50 | 456.00 | 45.50 | HEALTH |
| | | | | 420.00 | 0.00 | 420.00 | PENSION |

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME:    ARATA EXPOSITIONS INC
SUMMARY OF HOURS
PERIOD ENDED:    DECEMBER 31,2002

| EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS | |
|---|---|---|---|---|---|---|
| **NON-SENIOR** CHARLES | PETTY | 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 | 217.50 | 0.00 | 217.50 | |
| JAMES | WATSON JR | 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 | 24.00 | 0.00 | 24.00 | |
| | TOTAL | | 241.50 | 0.00 | 241.50 | **HEALTH** |
| **SENIOR** | TALMADGE WATSON | 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 | 457.00 | 0.00 | 457.00 | **TOTAL** |
| | | | 457.00 | 0.00 | 457.00 | **HEALTH** |
| | | | 377.00 | 0.00 | 377.00 | **PENSION** |

SENIOR RATE 31546 PAYROLL AUDIT MASTER - 02

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME:          ARATA EXPOSITIONS, INC
SUMMARY OF HOURS
PERIOD ENDED:               MARCH 31,2003

| EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS |
|---|---|---|---|---|---|
| **NON SENIOR** JAMES | BATTLE | 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 | 11.50 | 0.00 | 11.50 |
| GEORGE | DAVIS | 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 | 11.00 | 0.00 | 11.00 |
| DONALD | GASKINS | 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 | 86.50 | 0.00 | 86.50 |
| WILLIE | HARDY JR | 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 | 53.50 | 0.00 | 53.50 |
| DANITA | PATTERSON | 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 | 45.00 | 0.00 | 45.00 |
| JAMES | WATSON JR | 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 | 156.00 | 0.00 | 156.00 |
| CHARLES | PETTY | 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 | 105.00 | 0.00 | 105.00 |
| VICTORIA | BENNETT | 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 | 29.50 | 0.00 | 29.50 |
| MARY T | BORGES | 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 | 50.50 | 0.00 | 50.50 |
| JOHN | BLACKWELL | 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 | 54.00 | 0.00 | 54.00 |
| SCOTT | BRACY | 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 | 19.50 | 0.00 | 19.50 |
| PHILLIP SCOTTIE | BRACEY | 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 | 19.50 | 0.00 | 19.50 |
| ANTHONY | CONRAD | 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 | 38.00 | 0.00 | 38.00 |
| FRED | CLAYTON | 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 | 11.50 | 0.00 | 11.50 |
| CLEO | DAVIS | 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 | 9.50 | 0.00 | 9.50 |
| MICHAEL A. | DAVIS | 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 | 9.50 | 0.00 | 9.50 |
| DEBORAH | DANGERFIELD | 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 | 35.00 | 0.00 | 35.00 |
| EDWARD | GASKINS | 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 | 38.00 | 0.00 | 38.00 |
| JAMES A. | GASKINS III | 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 | 4.00 | 0.00 | 4.00 |
| THEODORE | GRENETTE | 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 | 20.50 | 0.00 | 20.50 |
| MICHAEL W. | HUGHES | 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 | 19.50 | 0.00 | 19.50 |
| WAYNE | HILL | 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 | 46.00 | 0.00 | 46.00 |
| DANIEL T. | JACKSON | 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 | 34.00 | 0.00 | 34.00 |
| ERIC | JOHNSON | 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 | 11.50 | 0.00 | 11.50 |
| STEFAN C. | LITTLE | 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 | 29.50 | 0.00 | 29.50 |
| LESTER | LEWIS | 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 | 4.00 | 0.00 | 4.00 |
| KEVIN T. | LOCKHART | 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 | 11.50 | 0.00 | 11.50 |
| CHARLES | MALLORY | 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 | 19.00 | 0.00 | 19.00 |
| WILLIAM | MOSLEY | 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 | 11.50 | 0.00 | 11.50 |
| JAMES | MCCRAY | 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 | 5.50 | 0.00 | 5.50 |
| SAMPSON | NASH | 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 | 11.50 | 0.00 | 11.50 |
| WILLIAM | PATTERSON | 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 | 11.50 | 0.00 | 11.50 |
| JUANITA | PRICE | 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 | 45.00 | 0.00 | 45.00 |
| ROGERS | REDRICK | 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 | 11.50 | 0.00 | 11.50 |
| LEOLA | SMITH | 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 | 23.50 | 0.00 | 23.50 |
| JERRY | VINCENT | 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 | 14.00 | 0.00 | 14.00 |
| ROY | WILSON | 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 | 7.50 | 0.00 | 7.50 |
| VINCENT | WASHINGTON | 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 | 58.50 | 0.00 | 58.50 |
| TYRONE | WHITLOCK | 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 | 11.50 | 0.00 | 11.50 |
| CHARLES | WILSON | 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 | 64.50 | 0.00 | 64.50 |
| JOHNNY | WILLIAMS | 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 | 51.50 | 0.00 | 51.50 |
| MICHAEL JAY | WASHINGTON | 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 | 11.50 | 0.00 | 11.50 |
| ALBERT | WILLIAMS | 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 | 4.00 | 0.00 | 4.00 |
| HOWARD | WILLIAMS | 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 | 4.00 | 0.00 | 4.00 |
| GEORGE | YOUNG | 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 | 9.50 | 0.00 | 9.50 |
| REGINALD | PROCTOR | 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 | 11.50 | 0.00 | 11.50 |
| | TOTAL | | 1350.50 | 0.00 | 1350.50 HEALTH |
| **SENIOR** TALMADGE | WATSON | 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 | 425.00 | 0.00 | 425.00 TOTAL |
| | | | 425.00 | 0.00 | 425.00 HEALTH |
| | | | 399.00 | 0.00 | 399.00 PENSION |

SENIOR RATE 31546 PAYROLL AUDIT MASTER - 03

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME:   ARATA EXPOSITIONS, INC
SUMMARY OF HOURS
PERIOD ENDED:        June 30, 2003

| | EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS | |
|---|---|---|---|---|---|---|---|
| NON SENIOR | JAMES | BATTLE | 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 | 40.50 | 40.50 | 0.00 | |
| | SAMUEL | COLE | 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 | 13.50 | 13.50 | 0.00 | |
| | GEORGE | DAVIS | 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 | 19.50 | 19.50 | 0.00 | |
| | DONALD | GASKINS | 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 | 72.50 | 72.50 | 0.00 | |
| | WILLIE | HARDY JR | 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 | 78.50 | 78.50 | 0.00 | |
| | JIMMY | HOWARD | 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 | 14.00 | 14.00 | 0.00 | |
| | NATHANIEL | JONES | 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 | 25.50 | 25.50 | 0.00 | |
| | RAHMEL | MOORE | 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 | 26.00 | 26.00 | 0.00 | |
| | DANITA | PATTERSON | 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 | 41.00 | 41.00 | 0.00 | |
| | JAMES | WATSON JR | 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 | 16.00 | 0.00 | 16.00 | |
| | WILLIAM | PATTERSON | 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 | 20.00 | 0.00 | 20.00 | |
| | | TOTAL | | 367.00 | 331.00 | 36.00 | H&P |
| | | | | | | | |
| SENIOR | TALMADGE | WATSON | 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 | 403.50 | 228.25 | 175.25 | TOTAL |
| | | | | 403.50 | 228.25 | 175.25 | HEALTH |
| | | | | 384.50 | 0.00 | 384.50 | PENSION |

SENIOR RATE 31546 PAYROLL AUDIT MASTER - 03

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME:    ARATA EXPOSITIONS, INC
SUMMARY OF HOURS
PERIOD ENDED:        SEPTEMBER 30,2003

| EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS | |
|---|---|---|---|---|---|---|
| **NON SENIOR** HAROLD | ESKRIDGE | 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 | 12.00 | 12.00 | 0.00 | |
| WILLIE | HARDY JR. | 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 | 150.50 | 150.50 | 0.00 | |
| JAMES | WATSON JR | 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 | 108.50 | 108.50 | 0.00 | |
| | TOTAL | | 271.00 | 271.00 | 0.00 | H&P |
| | | | | | | |
| **SENIOR** TALMADGE | WATSON | 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 | 212.00 | 308.50 | -96.50 | TOTAL |
| | | | 212.00 | 308.50 | -96.50 | HEALTH |
| | | | 212.00 | 0.00 | 212.00 | PENSION |

SENIOR RATE 31546 PAYROLL AUDIT MASTER - 03

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME:    ARATA EXPOSITIONS, INC
SUMMARY OF HOURS
PERIOD ENDED:    DECEMBER 31,2003

| | EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS | |
|---|---|---|---|---|---|---|---|
| **NON SENIOR** | JAMES | WATSON JR | 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 | 36.75 | 36.75 | 0.00 | |
| | CHARLES | PETTY | 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 | 44.50 | 0.00 | 44.50 | |
| | SAMPSON | NASH JR | 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 | 16.00 | 16.00 | 0.00 | |
| | WILLIAM | PATTERSON | 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 | 9.00 | 9.00 | 0.00 | H&P |
| | | TOTAL | | 106.25 | 61.75 | 44.50 | |
| **SENIOR** | TALMADGE | WATSON | 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 | 402.50 | 493.50 | -91.00 | TOTAL |
| | | | | 402.50 | 493.50 | -91.00 | HEALTH |
| | | | | 389.50 | 0.00 | 389.50 | PENSION |

SENIOR RATE 31546 PAYROLL AUDIT MASTER - 03.xls

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME:    ARATA EXPOSITIONS, INC
SUMMARY OF HOURS
PERIOD ENDED:    MARCH 31,2004

| | EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS | |
|---|---|---|---|---|---|---|---|
| NON SENIOR | RALPH | BLAINE JR. | 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 | 298.50 | 298.50 | 0.00 | |
| | DEREK | WATSON | 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 | 31.50 | 31.50 | 0.00 | |
| | VICTORIA | BENNETT | 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 | 90.50 | 90.50 | 0.00 | |
| | TRACIE | BLALOCK | 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 | 140.50 | 140.50 | 0.00 | |
| | TIFFANY | HAMIEL | 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 | 104.50 | 104.50 | 0.00 | |
| | WAYNE | HILL | 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 | 107.50 | 107.50 | 0.00 | |
| | GEORGE | JONES | 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 | 82.50 | 82.50 | 0.00 | |
| | CHARLES | WILSON | 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 | 139.50 | 139.50 | 0.00 | |
| | KEVIN | YOUNG | 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 | 28.50 | 28.50 | 0.00 | |
| | | TOTAL | | 1,023.50 | 1,023.50 | 0.00 | H&P |
| SENIOR | TALMADGE | WATSON | 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 | 383.75 | 585.25 | (201.50) | TOTAL |
| | | | | 383.75 | 585.25 | (201.50) | HEALTH |
| | | | | 356.50 | 0.00 | 356.50 | PENSION |

SENIOR RATE 31546 PAYROLL AUDIT MASTER - 04

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME:     ARATA EXPOSITIONS, INC
SUMMARY OF HOURS
PERIOD ENDED:          JUNE 30,2004

| | EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS | |
|---|---|---|---|---|---|---|---|
| NON SENIOR | RALPH | BLAINE JR | 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 | 40.00 | 40.00 | 0.00 | |
| | LARRY | COLE | 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 | 16.00 | 16.00 | 0.00 | |
| | GARY | OLIVER | 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 | 0.50 | 0.50 | 0.00 | |
| | DEREK | WATSON | 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 | 17.50 | 17.50 | 0.00 | |
| | BILLY | WILLIAMS | 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 | 8.50 | 8.50 | 0.00 | |
| | WILLIE | HARDY JR | 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 | 103.00 | 103.00 | 0.00 | |
| | CHARLIE | GIGGETTS | 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 | 13.00 | 13.00 | 0.00 | |
| | CHARLES | MALLORY | 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 | 6.00 | 6.00 | 0.00 | |
| | ANTONIO | WINDSOR | 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 | 16.50 | 16.50 | 0.00 | |
| | | TOTAL | | 221.00 | 221.00 | 0.00 | H&P |
| SENIOR | TALMADGE | WATSON | 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 | 358.75 | 408.75 | -50.00 | TOTAL |
| | | | | 358.75 | 408.75 | -50.00 | HEALTH |
| | | | | 300.75 | 0.00 | 300.75 | PENSION |

SENIOR RATE 31546 PAYROLL AUDIT MASTER - 04

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME:     ARATA EXPOSITIONS, INC
SUMMARY OF HOURS
PERIOD ENDED:          SEPTEMBER 30,2004

| | EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS | |
|---|---|---|---|---|---|---|---|
| NON SENIOR | RALPH | BLAINE JR | 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 | 11.50 | 11.50 | 0.00 | |
| | DEREK | WATSON | 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 | 13.00 | 0.00 | 13.00 | |
| | WILLIE | HARDY JR | 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 | 75.50 | 75.50 | 0.00 | |
| | | TOTAL | | 100.00 | 87.00 | 13.00 | H&P |
| SENIOR | TALMADGE | WATSON | 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 | 246.00 | 123.50 | 122.50 | TOTAL |
| | | | | 246.00 | 123.50 | 122.50 | HEALTH |
| | | | | 246.00 | 0.00 | 246.00 | PENSION |

SENIOR RATE 31546 PAYROLL AUDIT MASTER - 04

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME:    ARATA EXPOSITIONS, INC
SUMMARY OF HOURS
PERIOD ENDED:          DECEMBER 31,2004

| | EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS | |
|---|---|---|---|---|---|---|---|
| NON SENIOR | WILLIE | HARDY JR | 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 | 20.50 | 20.50 | 0.00 | |
| | SENECA | HILL | 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 | 8.00 | 8.00 | 0.00 | |
| | BERNARD | ROBINSON | 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 | 4.00 | 4.00 | 0.00 | |
| | DEREK | WATSON | 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 | 86.75 | 67.00 | 19.75 | |
| | ANTONIO | WINDSOR | 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 | 17.50 | 17.50 | 0.00 | |
| | | TOTAL | | 136.75 | 117.00 | 19.75 | H&P |
| SENIOR | TALMADGE | WATSON | 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 | 486.75 | 561.50 | -74.75 | TOTAL |
| | | | | 486.75 | 561.50 | -74.75 | HEALTH |
| | | | | 420.00 | 0.00 | 420.00 | PENSION |

SENIOR RATE 31546 PAYROLL AUDIT MASTER - 04

# EXHIBIT F

# COLLECTION PROCEDURE

## of the

## Teamsters Local 639-Employers Trust Funds

As Modified as of June 5, 2000

## TABLE OF CONTENTS

PAGE

INTRODUCTION . . . . . . . . . . 1

TRUST DOCUMENTS . . . . . . . . . . 2
- A. Agreement and Declaration of Trust . . . . . . . . . . 2
- B. Collective Bargaining Agreements . . . . . . . . . . 2
- C. Employer Association , Local Union, and Fund Office Participation in the Trusts . . . . . . . . . . 4

PROCEDURES . . . . . . . . . . 6
- A. Administrative Manager Responsibilities . . . . . . . . . . 6
  - 1. Collection and Maintenance of Documents . . . . . . . . . . 6
  - 2. Notification of Contract Expiration . . . . . . . . . . 7
  - 3. Determination of Delinquencies and Receivables . . . . . . . . . . 7
    - a. Preparation and Review of Monthly Reports . . . . . . . . . . 7
    - b. Delinquency and Receivables Reports . . . . . . . . . . 7
  - 4. Notification of Delinquency . . . . . . . . . . 9
    - a. First Formal Notice . . . . . . . . . . 9
    - b. Second Formal Notice . . . . . . . . . . 9
  - 5. Notification of Trust Counsel . . . . . . . . . . 10
  - 6. Audits . . . . . . . . . . 10
    - a. Notification to Employer of Results of Audit . . . . . . . . . . 10
    - b. Notification to Trustees and Trust Counsel of Audit Dispute . . . 11
- B. Auditor Responsibilities . . . . . . . . . . 12
- C. Trust Counsel Responsibilities . . . . . . . . . . 15
  - 1. Advice to Trustees . . . . . . . . . . 15
  - 2. Payroll Audits . . . . . . . . . . 15
  - 3. Collection Litigation . . . . . . . . . . 15
  - 4. Collection Reports . . . . . . . . . . 16
- D. Trustee Responsibilities . . . . . . . . . . 17
  - 1. Review Delinquency and Receivables Reports . . . . . . . . . . 17
  - 2. Audits . . . . . . . . . . 17
  - 3. Waiver of Claims . . . . . . . . . . 18
  - 4. Approval of Settlements or Compromises of Litigation . . . . . . . . . . 18
- E. Local Union Responsibilities . . . . . . . . . . 19

REFUND POLICY . . . . . . . . . . 21

POLICY CONCERNING INTEREST AND LIQUIDATED DAMAGES AFTER AUDITS . . 22

APPENDIX 1 - HEALTH TRUST AGREEMENT .......................... A - 1

APPENDIX 2 - PENSION TRUST AGREEMENT .......................... A - 2

APPENDIX 3 - PARTICIPATION AGREEMENT .......................... A - 3

APPENDIX 4 - SAMPLE CONTRACT LANGUAGE ..................... A - 4

APPENDIX 5 - NOTIFICATION OF CONTRACT EXPIRATION ................. A - 8

APPENDIX 6 - NOTIFICATION OF TARGET CONTRIBUTION RATES .......... A - 10

APPENDIX 7 - MONTHLY CONTRIBUTION REPORT ...................... A - 11

APPENDIX 8 - MONTHLY DELINQUENCY REPORT ........................ A - 12

APPENDIX 9 - MONTHLY RECEIVABLES REPORT ....................... A - 13

APPENDIX 10 - FIRST FORMAL NOTICE .............................. A - 14

APPENDIX 11 - SECOND FORMAL NOTICE ............................ A - 16

APPENDIX 12 - NOTIFICATION TO TRUST COUNSEL ..................... A - 18

APPENDIX 13 - NOTIFICATION TO EMPLOYER OF AUDIT RESULTS .......... A - 19

APPENDIX 14 - NOTIFICATION OF AUDIT DISPUTE ..................... A - 20

APPENDIX 15 - NOTIFICATION OF AUDIT REFUSAL ..................... A - 21

APPENDIX 16 - NOTICE OF INTENT TO SUE .......................... A - 22

APPENDIX 17 - SAMPLE COMPLAINT ................................ A - 24

# INTRODUCTION

The Trustees of the Teamsters Local 639-Employers Pension Fund ("Pension Fund") and the Teamsters Local 639-Employers Health Fund ("Health Fund") (collectively, "Funds") have approved this Collection Procedure. In accordance with the requirements of the Employee Retirement Income Security Act of 1974 ("ERISA"), these written guidelines set forth the documents and procedures to be utilized in the Collection Procedure.

The Trustees instruct the Fund Office, the Auditor, and Trust Counsel to implement and follow this Procedure and to make reasonable, diligent, and systematic efforts to collect all delinquent contributions, interest, and liquidated damages.

## TRUST DOCUMENTS

### A.    Agreement and Declaration of Trust

Teamsters Local 639 and other participating Local Unions ("Local Union") shall encourage

each Employer participating in the Teamsters Local 639-Employers Health Trust ("Health Trust")

and/or the Teamsters Local 639-Employers Pension Trust ("Pension Trust") to execute either (1)

a copy of the current Agreement and Declaration of Trust[1] for each Trust in which the Employer

participates; (2) a Participation Agreement; or (3) contract language adopting the Agreement and

Declaration of Trust. Nevertheless, in the absence of such executed documents, it remains the

Trustees' position that any Employer who is legally obligated to make contributions to the Trust

adopts the Agreement and Declaration of Trust as a matter of law..

The Fund Office shall retain a copy of each Agreement and Declaration of Trust,

Participation Agreement, or Collective Bargaining Agreement executed by an authorized

representative of each participating Employer.

A copy of the current Agreements and Declarations of Trust for the Health Trust and the

Pension Trust are attached as Appendix 1 and 2, respectively. A copy of a sample Participation

Agreement is attached as Appendix 3. Sample labor contract language is attached as Appendix 4.

### B.    Collective Bargaining Agreements

The Collective Bargaining Agreements negotiated by the Local Unions participating in the

Health Trust and/or Pension Trust shall provide that each Employer signatory to the Collective

---

[1]Each participating Employer shall be signatory to an identical Agreement and Declaration
of Trust. If an Agreement and Declaration of Trust is amended at any time, each participating
Employer shall be required to execute the amended Agreement and Declaration of Trust.

2

Bargaining Agreement shall pay a specified sum for each paid hour or each hour worked by employees covered by the Collective Bargaining Agreement. Sample contract language is attached as Appendix 4.

The Trustees, in consultation with the Health Trust's actuary or consultant, will determine the target contribution rates necessary to maintain benefits at specified schedules of health and welfare benefits for the present year and for three additional years in the future. Each participating Local Union should consult with the Fund Office prior to entering into labor negotiations with any Employer to determine the target rate of hourly contributions necessary to provide specified levels of benefits. The participating Local Union should negotiate a level of contributions established by the Trustees as sufficient to provide a schedule of benefits.

Immediately upon the completion of negotiations, the participating Local Union must notify the Administrative Manager in writing of negotiated changes in the contribution rates. The Administrative Manager should review the language contained in proposed Collective Bargaining Agreements to ensure that the rate of contributions is sufficient to maintain benefits for the term of the contract. If the contribution rates negotiated by the Local Union fail to support the schedule of health and welfare benefits currently provided to the covered employees, the covered employees will be converted to the schedule of benefits that is supported by the negotiated rates. If the negotiated rates are insufficient to support any schedule of health and welfare benefits, the Administrative Manager shall terminate the Employer's participation in the Health Trust. Alternatively, the Trustees, at their discretion after consultation with the Trust's actuary or consultant, may establish a new schedule of benefits which may be maintained by a non-conforming contribution rate.

3

The participating Local Union must submit a copy of the Collective Bargaining Agreement executed by an authorized Employer representative within a reasonable time after the completion of negotiations. A copy of such Collective Bargaining Agreement shall be maintained by the Fund Office.

**C.     Employer Association , Local Union, and Fund Office Participation in the Trusts**

1.     If a participating Local Union executes a Collective Bargaining Agreement with an Employer Association on behalf of the Association's Employer members, an authorized representative of the Employer Association shall furnish the Administrative Manager with a certified list of the names of each Employer which is a member of the Association and which is a party to the Employer Association's Collective Bargaining Agreement. The Fund Office shall retain the certified list of Employer Association members who are bound by the Association's Collective Bargaining Agreement.

2.     Each Local Union which negotiates a Collective Bargaining Agreement which requires an Employer to contribute to the Health Trust or the Pension Trust may contribute to that Trust on behalf of its own employees pursuant to a signed Participation Agreement. Prior to transmitting any contributions, the Local Union must submit to the Administrative Manager a formal resolution by its Executive Board authorizing the payment of contributions on behalf of its employees and an executed Participation Agreement. Contributions on behalf of a Local Union's employees shall be at the highest contribution rate contained in any Collective Bargaining Agreement negotiated by that Local Union. The Administrative Manager shall retain a certified copy of the Resolution and Participation Agreement.

4

3.      By formal resolution of the Trustees, the Trust may provide benefits to its employees (if any) under the Health Trust and the Pension Trust. Contributions on behalf of the Trust's employees shall be at the highest contribution rate contained in any Collective Bargaining Agreement negotiated by any Local Union participating in the Trust. The Administrative Manager shall retain a certified copy of the Resolution.

5

# PROCEDURES

## A.    Administrative Manager Responsibilities

The Health Trust and the Pension Trust shall maintain a Fund Office for the administration of both Trusts. The Administrative Manager shall supervise the Fund Office and shall coordinate the Collection Program. The Administrative Manager may designate a Fund Office employee or employees to assist in the preparation of the documents, reports, and correspondence described below.

### 1.    Collection and Maintenance of Documents

The Administrative Manager shall be the custodian of Fund Records. He shall maintain copies of all executed Agreements and Declarations of Trust, all Collective Bargaining Agreements, Participation Agreements, Stipulations and Resolutions, and all minutes of meetings of the Trustees. The Administrative Manager shall insure that an authorized representative of each Employer and Union has executed and signed each Collective Bargaining Agreement, Participation Agreement, Stipulation or Resolution.

The Administrative Manager shall maintain copies of certified lists of Employers which are to be bound by any Employer Association Agreement and other documents pertinent to the Employer Association's members obligations to make contributions to the Trust.

The Administrative Manager shall maintain copies of all Audit Reports undertaken on any Employer for at least seven years after the completion of the audit and the payment of any delinquencies reported by the audit.

2. **Notification of Contract Expiration**

At each regular meeting of the Trustees, the Administrative Manager shall notify the Trustees of the Collective Bargaining Agreements with participating Employers which are due to expire within the next six months. At each regular meeting of the Trustees, the Administrative Manager shall report on the status of the negotiations identified in the prior report. A proposed form is attached as Appendix 5.

At least 90 days prior to the expiration of any Collective Bargaining Agreement, the Administrative Manager shall notify the Local Union of the target contribution rates established by the Trustees to provide levels of health and welfare benefits for the term of the proposed contract. A proposed notification form is attached as Appendix 6.

3. **Determination of Delinquencies and Receivables**

   a. **Preparation and Review of Monthly Reports**

The Administrative Manager shall review all Monthly Contribution Reports received from each Employer. Such reports are due no later than the last day of the month following the month during which an eligible employee worked or received wages under any Collective Bargaining Agreement. The Monthly Contribution Report shall be in the form attached as Appendix 7.

   b. **Delinquency and Receivables Reports**

On the fourth work day of the month following the month in which a Monthly Contribution Report is due, the Administrative Manager shall initially determine that the following Employers are delinquent:

1.  Any Employer which, despite a current Collective Bargaining Agreement, did not file a Monthly Contribution Report and failed to advise the Fund Office that "no work" was performed during the month for which a Contribution Report was due.

2.  Any Employer which files a Monthly Contribution Report without making the necessary contributions required by the number of hours reported on the Monthly Contribution Report.

The Administrative Manager shall also identify any Employer which is not then delinquent but meets one or more of the following conditions:

1.  Any Employer whose Monthly Contribution Report lists the same number of hours every month worked by his employees although variable hours might be expected.

2.  Any Employer whose Monthly Contribution Report lists the same number of employees every month although a variable number of employees might be expected.

3.  Any Employer which appears to be making contributions on a minimal basis, just sufficient to establish or maintain eligibility.

4.  Any Employer which has first tendered a check or payment that has been returned by any bank for "insufficient funds" or "insufficient deposits."

5.  Any Employer which has been late in payment and listed on a Delinquent Report more than three times within the past 12 months.

6.  Any Employer whose known current circumstances may affect its continued ability to make timely payments, i.e., change in management, financial instability, pendency of strike, etc.

A proposed Monthly Delinquency Report format is attached as Appendix 8.

8

On the fourth work day of the month following the month in which a Monthly Contribution Report and payment is due, the Administrative Manager shall prepare a Monthly Receivables Report which shall identify each Employer which owes money to the Trusts. The Monthly Receivables Report shall identify the period for which the money is due and identify it as contributions, interest, or liquidated damages.   A proposed Monthly Receivables Report format is attached as Appendix 9.

The Administrative Manager shall transmit the Monthly Delinquency Report and the Monthly Receivables Report to all Trustees, to Trust Counsel, and to all Union Officers and Business Agents.

4.    Notification of Delinquency

a.    First Formal Notice

Within five business days after completion of the Monthly Delinquency Report and the Monthly Receivables Report, the Administrative Manager shall notify each Employer of its delinquent status and/or of the amount of its receivables by first class mail. The Administrative Manager shall transmit a copy of the First Formal Notice to Trust Counsel. A sample First Formal Notice is attached as Appendix 10.

b.    Second Formal Notice

If the Employer does not submit its Monthly Contribution Report and appropriate contributions or pay its receivables within two weeks of the mailing of the First Notice, the Administrative Manager shall again notify the Employer by first class mail. The Administrative Manager shall transmit a copy of the Second Formal Notice to Trust Counsel. A sample Second Formal Notice of Delinquency is attached as Appendix 11.

9

5.    **Notification of Trust Counsel**

If an Employer has not submitted its Monthly Contribution Report and/or appropriate contributions, liquidated damages and interest by the last business day of the month in which the First Formal Notice was mailed, the Administrative Manager shall notify Trust Counsel and the Trustees. A proposed form is attached as Appendix 12.

All further correspondence or contact with the Employer (except concerning the calculation of contributions due, liquidated damages or interest) should be referred to Trust Counsel.

The Administrative Manager shall promptly notify Trust Counsel of the receipt of any payment from any Employer whose delinquency and/or receivables has been formally referred to Trust Counsel.

6.    **Audits**

    a.    **Notification to Employer of Results of Audit**

The Administrative Manager is responsible for reviewing all completed Audit Reports received from the Auditor. If the Audit Report suggests a discrepancy or delinquency, the Administrative Manager must, within five work days of receipt of the Audit Report, transmit a copy of the Audit Report to the Audited Employer and notify the Audited Employer of the sum determined to be due, including a charge for the audit fee, interest, and a 10% liquidated damage. The notification to the Audited Employer shall set forth the basis for the sum determined to be due (*e.g.*, failure to make payment for certain hours; failure to include certain employees, etc.) and shall advise the Audited Employer that it has 30 days to present documentary evidence refuting the Auditor Report. A sample Notification of Audit Result is attached as Appendix 13.

10

Upon the recommendation of the Administrative Manager and Trust Counsel, the Trustees have discretion to waive the requirement that the Employer pay the audit fee if payment is made before the commencement of litigation.

If the Audited Employer does not reply within 30 days or replies and agrees with the results of the Audit Report, the amount of delinquency plus interest and a 10% liquidated damage will be included on the next Monthly Receivables Report.

b.     **Notification to Trustees and Trust Counsel of Audit Dispute**

The Administrative Manager shall notify the Trustees and Trust Counsel of any Audited Employer which disputes the Audit Report in a timely manner or which fails to dispute the Audit Report in a timely manner but nonetheless fails to pay the amount determined to be due. The Administrative Manager shall also notify the Local Union of the dispute concerning the Audit Report. A form for Notification of Trustees, Trust Counsel, and Local Union is attached as Appendix 14.

11

**B.    Auditor Responsibilities**

The Trusts shall retain the services of an independent Certified Public Accountant firm to provide comprehensive, systematic and periodic payroll audits or less comprehensive "agreed upon service" audits of participating Employers. The purpose of both types of audits is to determine whether the Employer has paid contributions as required by the applicable Collective Bargaining Agreement. The Trustees shall determine which type of audit is appropriate. For the purposes of this Manual, the term "audit" shall refer to both types of audits.

The Auditor shall submit to the Trustees a schedule for the audit of each participating Employer once in a three year period. The Trustees may direct the Auditor not to audit a particular Employer on the proposed schedule. The Trustees may also direct the Auditor to undertake a special payroll audit. The Auditor shall audit any employer which ceases to be a participating Employer.

Prior to undertaking any audit, the Auditor shall review the Employer's Collective Bargaining Agreement, the current Agreement and Declaration of Trust and any other documents necessary to determine whether the Audited Employer has made the required contributions. The Auditor shall have, or obtain, a sufficient understanding of the Audited Employer's industry to determine whether the Audited Employer has made the required contributions. If the Auditor is uncertain as to any Audited Employer's obligation to make contributions, he shall discuss such matter with Trust Counsel and the responsible Union Business Agent.

The Auditor shall notify the Audited Employer in writing of the time and place of the audit as well as the documents the Audited Employer must produce. If an Audited Employer refuses to permit the Auditor to conduct an audit and/or refuses to furnish the necessary records as requested by the Auditor, the Auditor shall immediately notify the Trustees, Administrative Manager, and

Trust Counsel in writing. A sample Notice of Audit Refusal is attached Appendix 15. Thereafter, Trust Counsel shall institute such appropriate legal action as is directed by the Trustees.

In conducting an audit, the Auditor shall prepare such worksheets as he deems necessary and advisable in such form as is consistent with ordinary professional accounting/auditing standards. The extent of the review will depend upon the following: If the payroll records appear to be properly prepared and adequately supported by time records, less detailed checking is required. Under normal circumstances, the Auditor will review two quarters of each of the three years of the audit period and the last quarter reported. If the employer maintains poor payroll records or if the Auditor finds numerous errors, the Auditor shall review additional quarters.

The Auditor shall complete his audit, if practicable, within 30 days after being directed to perform an audit by the Trustees.

Upon completion of the engagement, the auditor shall conduct an exit interview with the audited employer or its representative explaining any deficiencies found. If deficiencies are found, the auditor shall thereafter transmit a draft report, together with a "ten day letter" to the employer. The "ten day letter" shall specify that the employer should contact the auditor within ten days after the date of the letter if the employer disputes any of the discrepancies set forth in the draft report. The letter shall also state that the audit report will be forwarded to the Board of Trustees for its review and action if the employer does not contact the auditor within ten days. If contact is not made within the ten day period, the auditor shall send the Administrative Manager the final audit report and shall set forth in a letter to the Administrative Manager any explanations or defenses that were presented by the employer. The Administrative Manager shall transmit a demand letter and the final audit report to the employer.

13

If a payroll audit discloses no amounts due, the auditor shall send the Administrative Manager the final audit report. The Administrative Manager shall transmit the final audit report to the employer.

If the audit discloses that an employer has overpaid, the auditor shall send the Administrative Manager the final audit report. The Administrative Manager shall check the employer's status on the delinquency list and accounts receivable list and shall seek instructions from the Trustees prior to contacting the employer regarding the overpayment.

14

## C.    Trust Counsel Responsibilities

### 1.    Advice to Trustees

Trust Counsel shall establish the procedures which they deem proper and necessary to carry out Counsels' first and foremost duty, that of assisting in every way possible the Trustees in carrying out their duties as fiduciaries.

Trust Counsel shall review all Collective Bargaining Agreements to ascertain that the necessary language is contained therein to protect the interests of the Trusts.

### 2.    Payroll Audits

Trust Counsel shall assist the Auditor concerning the interpretation of Collective Bargaining Agreements and other documents at the Auditor's request. If the Auditor reports that an Employer has refused to provide requested documents or has otherwise refused to cooperate with the audit, Trust Counsel shall attempt to secure the Employer's voluntary compliance. If the Employer refuses to comply, Trust Counsel shall notify the Trustees and take appropriate legal action as directed by the Trustees. A sample Notice of Audit Refusal is attached hereto as Appendix 15.

### 3.    Collection Litigation

Trust Counsel shall be responsible for instituting such legal actions as the Trustees deem appropriate to insure full recovery of all outstanding amounts owed to the Trust, including actions to obtain information necessary to conduct audits.

Trust Counsel shall review the Monthly Delinquency Reports and the Monthly Receivables Report prepared by the Administrative Manager. Trust Counsel shall notify each Employer with combined payables to the Trusts of $1,000.00 or more that if payment or records are not received

within 10 days from receipt of Counsel's written notice, the Trustees will be asked to authorize legal action. Trust Counsel shall send similar notices to Employers with combined payables of less than $1,000.00 at his discretion or at the direction of the Trustees. Trust Counsel will send such Notice of Intent to Sue by certified mail. A sample Notice of Intent to Sue is attached as Appendix 16.

If the Employer does not submit payment or produce records, Trust Counsel shall request the Trustees to authorize a collection action in the United States District Court for the District of Columbia. Trust Counsel shall initiate legal proceedings promptly after receiving authorization from the Trustees. A sample Complaint is attached as Appendix 17.

The Trust Counsel shall advise the Trustees of any settlement offers he receives and provide the Trustees with his professional legal judgment and advice as to the desirability of acceptance of such offer and the basis therefor.

### 4.    Collection Reports

At each regular meeting of the Trustees, Trust Counsel shall present a Collection Report describing his efforts to collect contributions, interest, and liquidated damages from each Delinquent Employer which owes $1,000.00 or more to the Trusts. The Collection Report shall summarize the status of each case. Where appropriate, the Collection Report shall recommend that amounts be written off as uncollectible and the reasons therefore.

At the last regular meeting of the Trustees each year, Trust Counsel's Collection Report shall summarize the status of all bankruptcy proceedings in which the Trust or Trusts are creditors.

16

**D.    Trustee Responsibilities**

**1.    Review Delinquency and Receivables Reports**

The Trustees shall review the Monthly Delinquency and Receivables Reports received from the Administrative Manager.

At regularly scheduled meetings, the Trustees shall determine whether any Employers whose names appear on the Monthly Delinquency or Receivables Reports should be suspended from participation in the Trust.

After consultation with Trust Counsel, the Trustees shall determine which Employers, if any, on the Monthly Delinquency and Receivables Reports should be sued.

**2.    Audits**

The Trusts shall retain the services of an independent Certified Public Accountant firm to provide comprehensive, systematic and periodic reports of participating Employers, including such periodic and special audits, as may be directed from time to time by the Trustees. The Auditor shall submit to the Trustees a schedule for the audit of each participating Employer once in a three year period. The Trustees may direct the Auditor not to audit a particular Employer on the proposed schedule. Based upon their review of the Monthly Delinquency and Receivables Reports, the Trustees shall determine which Employers, if any, should be subjected to a special audit.

The Trustees authorize the Auditor to notify each Employer the Trustees determines should be audited that an audit has been authorized.

The Administrative Manager shall review each Audit Report and Employer response and, in consultation with Trust Counsel and the Auditor, shall make recommendations to the Trustees.

The Trustees shall review the Administrative Manager's recommendations concerning each Audit Report and any documentary evidence furnished by an Audited Employer refuting the Audit Report. The Trustees shall make such determinations as are necessary to resolve any such dispute.

### 3.    Waiver of Claims

The Trustees may waive claims for liquidated damages and interest due from any contributing employer because of its delinquent contributions. The Trustees' current policy is to waive claims for liquidated damages (a) without consideration of the employer's explanation provided that the employer has a record of timely payments for thirty-six consecutive months or (b) after due consideration of the employer's explanation for the untimely payment. The Trustees' current policy is to waive claims for interest only in exigent circumstances.

### 4.    Approval of Settlements or Compromises of Litigation

Prior to the acceptance of any sums in settlement or compromise of any litigation, the Trustees shall consider the advice of Trust Counsel. The Trustees shall determine whether to accept any settlement offer and shall instruct the Trust Counsel accordingly. Any settlement shall be reduced to writing and signed by the Chair and Secretary of the Trust.

18

**E.    Local Union Responsibilities**

The Local Union shall notify the Administrative Manager six months in advance of the expiration date of each Collective Bargaining Agreement and shall obtain from the Administrative Manager the target contribution rates needed to maintain the level of health and welfare benefits for the life of the proposed new Collective Bargaining Agreement. The Local Union shall consult with Trust Counsel about contract language concerning adoption of the Agreement and Declaration of Trust. The Local Union shall periodically advise the Administrative Manager of the status of negotiations.

The Local Union shall be responsible for insuring that each Collective Bargaining Agreement negotiated with any Employer contains language clearly specifying the sum to be paid to the Trust for each employee covered by such Collective Bargaining Agreement. The Local Union shall consult with the Administrative Manager to determine the amount of contributions necessary to provide health and welfare benefits and to be specified in the Collective Bargaining Agreement.

The Local Union shall be responsible for notifying the Administrative Manager in writing of any change in the contractually established contribution rate immediately upon the completion of negotiations and for providing to the Administrative Manager one copy of each Collective Bargaining Agreement executed by any participating Employer.

The Local Union is required to provide to the Administrative Manager one copy of an executed Agreement and Declaration of Trust, Participation Agreement, or appropriate Collective Bargaining Agreement language for each participating Employer with which it has a Collective Bargaining Agreement requiring contributions to the Trusts:

19

The Local Union shall provide to the Administrative Manager one copy of a list certified by an official of any Employer Association with whom the Local Union negotiates containing the name of each Employer bound by the Employer Association agreement.

The Local Union, through its Business Agents, shall, upon request of the Administrative Manager or Trustees, furnish information concerning the employment history of employees, the financial circumstances of particular Employers, the extent to which a particular Employer conducts business within the jurisdiction of the Local Union and other pertinent information.  The Administrative Manager may submit a written request for information to the Local Union Business Agent.  The Administrative Manager shall submit a written report of his investigation to the Trustees.

The Union shall advise the Administrative Manager of any circumstances regarding any Employer which is likely to affect such Employer's continued ability to make timely Monthly Contribution Reports and payments (*e.g.*, proposed or actual change in ownership; change in management; financial instability; pendency of strike or other work stoppage; pendency of any organizing or decertification actions.)

20

## REFUND POLICY

No employer shall, directly or indirectly, receive any refund of contributions or withdrawal liability made by them to the Trust except as provided herein. Effective as of the adoption of this Collection Manual, if contributions or a payment of withdrawal liability is made by a Contributing Employer by a mistake of fact or law (other than a mistake relating to whether the Plan is described in Section 401(a) of the Internal Revenue Code of 1986 or the Trust is exempt from taxation under Section 501(a) of such Code), the Trust shall return such contribution or payment to the Contributing Employer or provide a credit against future contributions due provided:

(a)    that the refund is made within six months after the Board of Trustees determines that contributions or payment was made by mistake,

(b)    that any such refund is for contributions or payment made within three years of the date the Board of Trustees determines that the contributions or payment was made by mistake, and

(c)    that no health and welfare claims or pensions have been paid on the basis of the contributions paid in error.

In the event health and welfare claims have been paid, the Health Trust may refund contributions net of claims already paid provided the conditions of (a) and (b) above are met.

No employer shall, directly or indirectly, participate in the disposition of the Trust Fund or receive any benefits from the Trust.

21

## POLICY CONCERNING INTEREST AND LIQUIDATED DAMAGES AFTER AUDITS

Upon completion of the engagement, the auditor shall conduct an exit interview with the audited employer or its representative explaining any deficiencies found. If deficiencies are found, the auditor shall thereafter transmit a draft report, together with a "ten day letter" to the employer. The "ten day letter" shall specify that the employer should contact the auditor within ten days after the date of the letter if the employer disputes any of the discrepancies set forth in the draft report. The letter shall also state that the audit report will be forwarded to the Board of Trustees for its review and action if the employer does not contact the auditor within ten days. If contact is not made within the ten day period, the auditor shall send the Administrative Manager the final audit report and shall set forth in a letter to the Administrative Manager any explanations or defenses that were presented by the employer. The Administrative Manager shall transmit a demand letter and the final audit report to the employer.

If the audited employer pays the amounts due within 30 days of receipt of the Administrative Manager's demand letter, the Fund shall not assess interest or liquidated damages on the amounts due. If the audited employer does not pay the amounts due within 30 days of receipt of the Administrative Manager's demand letter, the Fund shall assess interest or liquidated damages on the amounts due retroactive to the periods in which the amounts should have been paid.

22

# EXHIBIT E

AGREEMENT


BETWEEN


TRADE SHOW CONTRACTORS ASSOCIATION OF
WASHINGTON, D.C. AND VICINITY


AND


TEAMSTERS'LOCAL UNION #639


April 1, 2006 – March 31, 2009

| | | PAGE |
|---|---|---|
| **ARTICLE 1** | **RECOGNITION** | 5 |
| **ARTICLE 2** | **TRANSFER OF COMPANY TITLE OR INTEREST** | 5 |
| **ARTICLE 3** | **UNION SECURITY AND CHECKOFF** | 5 |
| | **SECTION 1: Union Security** | 5 |
| | **SECTION 2: Checkoff** | 6 |
| | **Section 3: Drive Checkoff** | 7 |
| **ARTICLE 4** | **STEWARDS** | 7 |
| | **SECTION 1** | 7 |
| **ARTICLE 5** | **SENIORITY** | 8 |
| | **SECTION 1: Seniority** | 8 |
| | **SECTION 2: Seniority Rank and Posting** | 9 |
| | **SECTION 3: Loss of Seniority** | 10 |
| | **SECTION 4: Layoff and Recall** | 10 |
| **ARTICLE 6** | **MAINTENANCE OF STANDARDS** | 11 |
| | **SECTION 1: Protection of Conditions** | 11 |
| | **SECTION 2: Favorable Conditions** | 11 |
| | **SECTION 3: Extra Contract** | 12 |
| | **SECTION 4: Work Week Reduction** | 12 |
| | **SECTION 5: New Equipment** | 12 |
| | **SECTION 6: Baltimore, Maryland Exhibitor Freight** | 12 |
| **ARTICLE 7** | **GRIEVANCE PROCEDURE** | 13 |
| | **SECTION 1: Show Floor Dispute Resolution Procedure** | 13 |
| | **SECTION 2:** | 13 |
| | **SECTION 3:** | 14 |
| | **SECTION 4:** | 14 |
| | **SECTION 5:** | 14 |
| | **SECTION 6:** | 15 |
| | **SECTION 7:** | 15 |
| | **SECTION 8:** | 15 |
| **ARTICLE 8** | **DISCHARGE OR SUSPENSION** | 15 |
| | **SECTION 1:** | 15 |
| | **SECTION 2:** | 15 |
| | **SECTION 3:** | 15 |
| | **SECTION 4:** | 15 |
| | **SECTION 5:** | 16 |

ARTICLE 9      PROTECTION OF RIGHTS                               16
ARTICLE 10     WAGES AND OVERTIME                                 16
               (A) Working Foreman In Charge                      16
               (B) Working Foreman                                16
               (C) GFE                                            17
               (D) Seniority Drivers                              17
               (E) Seniority Checkers and Stewards                17
               (F) Seniority Employees                            17
               (H) Trainees                                       18
ARTICLE 11     VACATIONS                                          18
                   SECTION 1                                      18
                   SECTION 2                                      19
                   SECTION 3                                      19
ARTICLE 12     HOLIDAYS                                           19
                   SECTION 1                                      19
                   SECTION 2                                      19
                   SECTION 3                                      19
                   SECTION 4                                      20
                   SECTION 5                                      20
                   SECTION 6                                      20
ARTICLE 13     TEAMSTERS LOCAL 639 EMPLOYERS HEALTH TRUST         20
ARTICLE 14     TEAMSTERS LOCAL 639 EMPLOYERS PENSION TRUST        21
ARTICLE 15     COMPENSATION CLAIMS                                23
ARTICLE 16     BONDS                                              23
ARTICLE 17     EXAMINATION AND IDENTIFICATION FEES                24
                   SECTION 1                                      24
                   SECTION 2                                      24
ARTICLE 18     MILITARY CLAUSE                                    24
ARTICLE 19     POSTING OF AGREEMENTS AND NOTICES                  25
               SECTION 1: Posting of Agreement                    25
               SECTION 2: Union Bulletin Boards                   25
ARTICLE 20     SPLIT SHIFTS                                       25
ARTICLE 21     UNION ACTIVITIES                                   25
ARTICLE 22     INSPECTION PRIVILEGES                              25
ARTICLE 23     SUBCONTRACTING                                     26
ARTICLE 24     SEPARATION OF EMPLOYMENT                           26
ARTICLE 25     UNIFORMS AND DRESS CODE                            26
ARTICLE 26     ABSENCE                                            26
                   SECTION 1: Time off for Union Activities       26
                   SECTION 2: Leave of Absence                    27
                   SECTION 3: Pregnancy and Maternity Leave       27

| | | |
|---|---|---|
| ARTICLE 27 | FUNERAL LEAVE | 27 |
| ARTICLE 28 | JURY DUTY PAY | 28 |
| ARTICLE 29 | NON-DISCRIMINATION | 28 |
| | SECTION 1: | 28 |
| | SECTION 2: | 28 |
| | SECTION 3: | 28 |
| ARTICLE 30 | SUPPLEMENT TO THIS AGREEMENT | 28 |
| ARTICLE 31 | SICK LEAVE | 28 |
| ARTICLE 32 | SUPERVISORY PERSONNEL | 29 |
| ARTICLE 33 | LIE DETECTOR TEST | 29 |
| ARTICLE 34 | NON-COVERED UNITS | 29 |
| ARTICLE 35 | TRAINING PROGRAMS | 29 |
| ARTICLE 35A | LOSS OR DAMAGE | 30 |
| ARTICLE 35B | TIME SHEETS AND TIME CLOCKS | 30 |
| ARTICLE 35C | EMPLOYEE'S BAIL | 30 |
| | SECTION 1: Employee's Bail | 30 |
| | SECTION 2: Suspension or Revocation of License | 31 |
| ARTICLE 35D | COST, BONDS, COUNSEL, ETC. | 31 |
| ARTICLE 35E | DEFECTIVE EQUIPMENT AND DANGEROUS CONDITIONS OF WORK | 31 |
| ARTICLE 35F | GARNISHMENTS | 32 |
| ARTICLE 36 | EMERGENCY REOPENING | 33 |
| ARTICLE 36A | STRIKES/WORK STOPPAGES AND INTERUPTIONS | 33 |
| | SECTION 1: | 33 |
| | SECTION 2: | 33 |
| ARTICLE 37 | SEPARABILITY AND SAVINGS CLAUSE | 34 |
| ARTICLE 38 | DRUG FREE WORKPLACE POLICY | 34 |
| ARTICLE 39 | DRUG AND ALCOHOL TESTING POLICY | 36 |
| ARTICLE 40 | TERMINATION CLAUSE | 39 |
| ARTICLE 41 | MANAGEMENT RIGHTS CLAUSE | 39 |
| | SIGNATURE PAGE | 40 |
| | CASUAL ADDENDUM | 41-49 |

4/29/03

# AGREEMENT

### ARTICLE 1
### RECOGNITION

The Trade Show Contractors Association of Washington, D.C. and Vicinity, hereinafter sometimes referred to as "Association", on behalf of the individual Association Member-Contractor-Employers (hereinafter sometimes referred to individually as "Contractor" or "Employer"), as listed on the signature page of this Agreement (hereinafter sometimes referred to as "Agreement") recognizes and acknowledges Teamsters Local Union 639, hereinafter referred to as the "Union", as the sole and exclusive representative of all employees in the classifications of work covered by this Agreement for the purposes of collective bargaining as provided by the National Labor Relations Act, as amended.

### ARTICLE 2
### TRANSFER OF COMPANY TITLE OR INTEREST

Any Successor to the business of the Contractor, by whatever form or manner resulting, may agree to continue this Agreement in force by executing such documents that may be acceptable to the Union. The Contractor agrees to encourage the successor to employ the fulltime members of the Union employed by Contractor at the time of succession and further to recognize the seniority of such employees at that time.

This Agreement shall continue to be binding upon the Contractor should the Contractor move its place of business whether under a different name or corporation or otherwise and shall be binding upon the Contractor therefor.

### ARTICLE 3
### UNION SECURITY & CHECKOFF

SECTION 1:          Union Security

This Article applies only to those seniority employees who will be working in the classifications covered by this Agreement.

All present seniority employees who are members of the Union on the effective date of this subsection or on the date of execution of this Agreement, whichever is the later, shall remain

members of the Union in good standing as a condition of employment. All present seniority employees who are not members of the Union and all seniority employees who are hired thereafter shall become and remain. members in good standing of the Union as a condition of employment on and after the 31st day following the beginning of their employment or on and after the 31st day following the effective date of this subsection or the execution date of this Agreement, whichever is the later. This provision shall be made and become effective as of such time as it may be made and become effective under the provisions of the National Labor Relations Act, but not retroactively.

The failure of any person to become a member of the Union at the required time shall obligate the Contractor, upon written notice from the Union to such effect and to further effect that Union membership was available to such person on the same terms and conditions generally available to other members, to forthwith discharge such person. Further, the failure of any person to maintain his Union membership in good standing as required herein shall, upon written notice to the Contractor by the Union to such effect, obligate the Contractor to discharge such person.

In the event of any change in the law during the term of this Agreement, the Contractor agrees that the Union will be entitled to receive the maximum union security which may be lawfully permissible. If any provision of this Article is invalid under the law of any state wherein this Agreement is executed, such provision shall be modified to comply with the requirements of state law or shall be renegotiated for the purpose of adequate replacement. If such negotiations shall not result in a mutually satisfactory Agreement, the Union shall be permitted all legal or economic recourse.

SECTION 2: Checkoff

The Contractor agrees to deduct from the pay of all seniority employees covered by this Agreement, the dues, initiation fees and/or uniform assessments of the Union, all such deductions which shall be made monthly. Where laws require written authorization by the employee, the same is to be furnished in the form required. No deduction shall be made which is prohibited by applicable law.

In the event the Union develops a rate per hour or a percentage of weekly earnings to be deducted as dues for part-time employees, the Contractor agrees to make such deductions from the employee's paycheck and remit same to the Union on a monthly basis, provided the Union shall ;furnish proper authorization for such deductions.

SECTION 3: Drive Checkoff

The Contractor agrees to deduct from the paycheck of all full-time employees covered by this Agreement voluntary contributions to "Drive". "Drive" shall notify the Contractor of the amounts designated by each contributing employee that are to be deducted from his/her paychecks on a weekly basis for all weeks worked. The phrase "weeks worked" excludes any week other than a week in which the employee earned wages. The Contractor shall transmit to "Drive" national headquarters on a monthly basis, in one check, the total amount deducted along with the name of each employee on whose behalf a deduction is made, the employee's social security number and the amount deducted from the employee's paycheck. The International Brotherhood of Teamsters shall reimburse the Contractor annually for the Contractor's actual cost for the expenses incurred in administering the weekly deduction plan.

The Contractor agrees to deduct a one-time voluntary contribution from part-time employees covered by this Agreement to "Drive". "Drive" shall notify the Contractor of the amount designated by each contributing employee. Such contributions deducted shall be remitted to "Drive" on a monthly basis as outlined above.

## ARTICLE 4
## STEWARDS

SECTION 1: The Contractor recognizes the right of the Union to designate stewards and alternates.

The steward(s) are not to be assigned as Working Foreman in Charge (WFIC) or Working Foremen (WF).

Stewards are working stewards.

The authority of stewards and alternates so designated by the Union shall be limited to, and shall not exceed, the following duties and activities:

1.  The investigation and presentation of grievances in accordance with the provisions of the Agreement;

2.  The collection of dues when authorized by appropriate Union action; and

3.  The transmission of such messages and information which shall originate with, and are authorized by, the Union or its officers, provided such messages and information
    (A) Have been reduced to writing, or

(B) If not reduced to writing, are of a routine nature and do not involve work stoppages, slowdowns, refusal to handle goods, or any other interference with the Contractor's business.

Stewards and alternates have no authority to take strike action, or any other action interrupting the Contractor's business, except as authorized by official action of the Union.

The Contractor recognizes these limitations upon the authority of stewards and their alternates, and shall not hold the Union liable for any unauthorized acts. The Contractor in so recognizing such limitations shall have the authority to impose proper discipline, including discharge, in the event the steward has taken unauthorized strike action, slowdown, or work stoppage in violation of this Agreement.

Stewards shall be permitted to investigate, present and process grievances on or off the property of the Contractor, without loss of time or pay. Such time spent handling grievances shall be considered working hours in computing daily and/or weekly overtime. In the event of a "slack season", the steward shall be the last Teamster to be laid off, provided that the steward is qualified to do the work.

The steward shall remain at the show site during all hours that work is to be performed under this Agreement except when the Contractor anticipates merely to provide "baby sitting" or other de minimis service. The Union must be notified and it must be given the opportunity to assign a steward whenever the work of the Contractor requires two (2) or more Teamsters to complete any task that is bargaining unit work.

## ARTICLE 5
## SENIORITY

SECTION 1: The Contractor recognizes the principle that senior employees shall have preference provided that the senior employee in question has relatively equal skills, talents, dependability and attitude to perform to the utmost efficiency of operations for the Contractor.

Seniority shall prevail and is defined as the seniority which an employee acquires from his/her most recent date of hire. Seniority shall apply with respect to overtime (see below), job bidding, vacation, and other Agreement benefits. This Article is not intended to guarantee multiple job opportunities in the same day.

Seniority shall not be the absolute factor in staffing positions. The Contractor agrees to consider seniority as the first step in staffing. Seniority shall not be used to create overtime. The Union will not take straight time for employees, and turn it into premium time for seniority employees through bumping and other means. The aforementioned language is not intended to discriminatorily deny seniority employees earning opportunities, i.e. including both regular and premium earnings, provided that the Contractor believes that the individual(s) in question seeking the earning opportunity(s) are qualified to do the work, provided further that training opportunities are made available for the employees. Seniority employees will have bumping rights on all premium earning opportunities, provided that there shall be no bumping of Working Foremen In Charge ("WFIC"), and provided further that Contractors shall be able to designate WFIC, whenever needed.

All seniority employees shall be used in accordance with their seniority for all work, including premium work, provided, however, that they are qualified to perform the work available. Extra employees shall only be used after all seniority employees have been offered the work opportunity.

SECTION 2: Seniority Rank and Posting

(A) Within thirty (30) days after the signing of this Agreement, the Contractor shall post in a conspicuous place at the Contractor's Offices, a list of employees arranged according to their seniority. Every twelve (12) months thereafter, the Contractor shall post an up-to-date seniority list. Claims for corrections to such lists must be made to the Contractor in writing, with a copy to the Union, within ten (10) days after posting and after such time the list will be regarded as correct. Any controversy over the seniority standing of any employee on such list, if raised within such ten (10) days' period, shall be submitted to the grievance procedure as established by this Agreement.

(B)    A new employee shall work under the provision of this Agreement but shall be employed only on a thirty (30) day trial basis, during which period he/she may be discharged without further recourse; provided, however, that the Contractor may not discharge or discipline for the purpose of evading this Agreement or discriminating against Union members.

To become eligible to be placed on the Contractor's seniority list, an employee must work for thirty (30) days in a sixty (60) day period. Upon meeting this requirement, the employee shall be added to the Contractor's seniority list.

If any employee is hired as a replacement or extra employee, he/she shall not become a seniority employee until he/she meets the requirements of this Agreement as stated above.

The current practice of a Casual Teamster being employed for up to thirty (30) days shall not gain eligibility for seniority contingent upon written notice from the Contractor to the Union. This may be extended by further notice to the Union at thirty (30) day increments.

(C) The Union shall be entitled to a seniority list each six (6) months upon request.

SECTION 3: Loss of Seniority

(A) Seniority shall be broken only by:

> (1) Discharge;
> (2) Voluntary quit;
> (3) No work or layoffs for more than one (1) year;
> (4) Failure to respond to notice of recall as specified in Section 4 of this Article;
> (5) Unauthorized leave of absence;
> (6) Unauthorized failure to report for work for three (3) consecutive days when work is available.

(B) Consistent with the requirements of The Americans with Disabilities Act ("ADA") and other applicable law, any employee who is absent because of proven illness or injury shall accumulate his/her seniority, provided, however, that he/she must report his/her availability for work within three (3) days after the termination of such proven illness or injury.

SECTION 4:    Layoff and Recall

(A) When it becomes necessary to reduce the work force, and all probationary employees have been laid off, then the lowest employee on the seniority list shall be laid off first, and when the force is again increased, the employees are to be offered the opportunity to return to work in the reverse order in which they were laid off. Employees will not be considered to have been laid off until they have not worked one (1) day or more. For lay-offs of five days or less, a phone call is sufficient for recall.

(B) In the event of a recall, the laid off employee shall be given notice of recall by telegram, registered or certified mail, or "fax" sent to the address last given to the Contractor by the employee. Within three (3) calendar days after tender of delivery of the Contractor's notice at such address, the employee must notify the Contractor by telegram, registered or certified mail, or "fax" of his/her intent to return to work and must actually report to work within seven (7) calendar days after date of tender of delivery of the recall notice, unless it is mutually agreed that the employee need not return to work within such seven (7) calendar day period. In the event

the employee fails to comply with the above provisions, he/she shall lose all seniority rights under this Agreement and shall be considered as a voluntary quit.

(C) Notwithstanding the above, in the event a seniority employee on layoff accepts a recall to work by telephone and actually returns to work when called, it shall not be necessary that he/she be notified by telegram, mail or fax.

## ARTICLE 6
## MAINTENANCE OF STANDARDS

SECTION 1: Protection of Conditions

The Contractor agrees that all conditions of employment relating to wages, hours of work, overtime differentials and general working conditions shall be maintained at not less than the highest standards in effect at the time of the signing of this Agreement, and the conditions of employment shall be improved wherever specific provisions for improvement are made elsewhere in this Agreement.

It is agreed that the provisions of this Section shall not apply to inadvertent or bona fide errors made by the Contractor or the Union in applying the terms and conditions of this Agreement if such error is corrected within ninety (90) days from the date of error.

This provision does not give the Contractor the right to impose or continue wages, hours and working conditions less than those contained in this Agreement.

SECTION 2: Favorable Conditions

The Union agrees that in the event it makes any new agreements or alters any existing agreements to supply, or does supply labor to any other employer, contractor or exhibitor to perform such work as that established by any part of this Agreement for a rate of pay, benefits, or working conditions less than that established by any part of this Agreement, such lesser rate, benefit and/or working condition shall immediately be made available to the Contractors Party to this Agreement. The Union agrees further that each and every Contractor-Party to this Agreement shall have the right, upon request, to see all other written agreements which the Union has made, or makes, with any other employer, contractor or exhibitor performing trade show work within the jurisdiction of the Union.

In the event that the Union is ordered, however, by the National Labor Relations Board or a court of competent jurisdiction, to permit an employer-contractor not a member of the Association to provide rates of pay, benefits, or working conditions less than that established by

any part of the Agreement, such lesser rate, benefit and/or working condition shall not be required to be offered by the Union to Contractor-Members of the Association, which otherwise would be required as set forth in the paragraph of this Article immediately preceding this one.

SECTION 3: Extra Contract

The Contractor agrees not to enter into any agreement or contract with its employees, individually or collectively, which in any way conflicts with the terms and provisions of this Agreement. Any such agreement shall be null and void.

SECTION 4: Work Week Reduction

If either the Fair Labor Standards Act or the Wage/Hour regulations are subsequently amended so as to result in substantial penalties to either the employees or the Contractor, a written notice shall be sent by either Party requesting negotiations to amend those provisions of the Agreement which are affected. Thereafter, the Union and the Contractor shall enter into immediate negotiations for the purpose of arriving at a mutually satisfactory solution. In the event the Parties cannot agree on a solution to any problems arising from this Section within sixty (60) days after receipt of the stated written notice, either Party shall be allowed economic recourse.

SECTION 5: New Equipment

Where new types of equipment, operations and/or classifications for which rates of pay are not established by this Agreement are put into use, after seven (7) working days such operations covered by this Agreement rates governing such equipment, operations, and/or classifications shall be subject to negotiations between the Parties.

Rates agreed upon or awarded shall be effective as of the date equipment is put into use.

SECTION 6: Baltimore, Maryland Exhibitor Freight

In the event that the signatory contractors have a need to employ members of Local #639 at the Baltimore Convention Center, this agreement will permit the contractors to do so. It is expressly understood that this agreement and ability shall not conflict with any existing collective bargaining agreement and relationship.

*ARTICLE 7*

*GRIEVANCE PROCEDURE*

## SECTION 1: SHOW FLOOR DISPUTE RESOLUTION PROCEDURE

In order to promote mutual interests and provide for a prompt and efficient settlement of show floor disputes, the following procedure shall apply.

1.  The dispute/disagreement shall immediately be removed from the show floor.

2.  . The issue(s) shall be discussed in a less visible location in an attempt to resolve the issue(s).

3.  A representative of Labor (steward) and a representative from management shall be designated to discuss and resolve the issue(s).

4.  In the event that the issue(s) is not resolved, it shall be immediately referred to the appropriate business agent and management representative.

5.  Verbal and/or physical confrontations will not be tolerated and will be subject to appropriate action.

SECTION 2:    A grievance is hereby jointly defined as any difference of opinion or complaint between the employee(s) and/or the Union on the one hand, and the Contractor/Contractor(s) and/or Association on the other hand, in the interpretation or application of the terms of the Agreement.

Any grievance shall be settled in the following manner:

Step 1 - Problem Solving Step: The aggrieved employee(s) must present the grievance to the steward within five (5) working days after knowledge of the grievance or the reason for the grievance has occurred, except that no time limit shall apply in the case of a violation of wage provisions of this Agreement. If a satisfactory settlement is not effected with the foreman within three (3) working days, the steward and the employee shall submit such grievance in writing to the Union's business representative.

Step 2. The business representative shall then take the matter up with a representative of the Contractor with authority to act upon such grievance. (Step 2 Conference). A decision must be made within five (5) working days of the holding of the Step 2 Conference. (The Contractor or Association shall bring any grievance it/they may have to the attention of the Party [Union or employee(s)] causing the grievance, within five (5) working days of the incident or act giving rise to the grievance in this Step 2.)

Step 3. If within five (5) working days following the issuance of decision from the Step 2 Conference the Parties are unable to resolve a grievance, either the Union of the Contractor involved may submit the matter to the Federal Mediation and Conciliation Service (FMCS). The matter will go to an impartial mediator by a written notice within ten (10) days to the other Party, which choice of mediator may be approved by the other Party. If no choice of mediator is mutually agreed upon, the matter shall be referred to the Federal Mediation and Conciliation service for a list of mediators to be mailed to the Parties. Each Parry shall reply with its preferred selections no later than three (3) days after receipt of such list. The mediator shall not have the authority to amend or modify this Agreement or establish new terms or conditions of this Agreement. Both parties may elect to skip mediation and go Step 4 of the process.

Step 4. In the event that the grievance is not resolved at its Step 3 meeting, either the Contractor, the Association (if involved), or the Union may submit the matter to an impartial arbitrator by a written notice within ten (10) days to the other Party, which choice of arbitrator may be approved by the other Party. If no choice of arbitrator is mutually agreed upon, the matter shall be referred to the Federal Mediation and Conciliation service for a list of arbitrators to be mailed to the Parties. Each Parry shall reply with its preferred selections no later than three (3) days after receipt of such list.

The arbitrator shall not have the authority to amend or modify this Agreement or establish new terms or conditions of this Agreement. The arbitrator shall determine any question of arbitrability. If the position of the Union is sustained, the employee(s) shall be entitled to all the benefits of the Agreement which should have accrued to the employee(s) had there been no breach of the Agreement.

SECTION 3: Any steward shall be permitted to leave his or her work to investigate and adjust the grievance of any employee within his/her jurisdiction, after notification to his/her supervisor. Employees shall have the steward or a representative of the Union present during the discussion of any grievance with representative(s) of the Contractor.

SECTION 4: A mutual settlement of the grievance pursuant to the procedures set forth herein and/or a decision of the arbitrator shall be final and binding on all Parties and the employees involved. If the Contractor fails to comply with the award of the arbitrator or with the procedures of this Article, the Union has a right to take all legal and economic action to enforce compliance, and vice versa.

SECTION 5: Notwithstanding anything herein contained, it is agreed that in the event any Contractor is delinquent at the end of a period in the payment of its contribution to the health and welfare or pension fund or funds created under this Agreement and in accordance with the rules and regulations of the trustees of such funds, after the proper official of the Union has given seventy-two (72) hours written notice to the Contractor of such delinquency in health and

welfare and/or pension payments, the employees or the Union shall have the right to take such action as may be necessary until such delinquent payments are made. It is further agreed that in the event such action is taken, the Contractor shall be responsible to the employees for losses resulting therefrom.

SECTION 6: The Union or its authorized representative shall have the right to examine time sheets and any other records pertaining to the computation of compensation of any individual whose pay is in dispute. The Union or its authorized representative shall also have the right to examine any records pertaining to a specific grievance.

SECTION 7: The procedures set forth herein may be invoked only by an authorized representative of the Employer-Contractor/Association and the Union.

SECTION 8: No demand for arbitration shall be considered timely if filed with the Federal Mediation and Conciliation Service more than ninety (90) days after the date of the incident or act giving rise to the filing of the grievance.

## ARTICLE 8
### DISCHARGE AND SUSPENSION

SECTION 1: The Contractor shall not discharge nor suspend any employee without just cause. In all cases involving the discharge or suspension of any employee, the Contractor must notify' the employee in writing of his/her discharge or suspension within five (5) days (excluding Saturdays, Sundays, and holidays) of the Contractor's knowledge of the infraction and the reason therefore. Such written notice shall also be given to the steward, and a copy mailed to the Union within one (1) working day from the time of the discharge or suspension.

SECTION 2: In respect to discharge or suspension, except as provided later in this Section, the Contractor must give at least one (1) warning notice of the specific complaint against such employee in writing and a copy of the same to the Union and the steward. The warning notice as herein provided shall not remain in effect for a period of more than nine (9) months from the date of the occurrence upon which the complaint and warning notice are based. Refer to Contractor Work Rules attached for just cause which may result in immediate discharge or suspension.

SECTION 3: Any employee discharged must be paid in full for all wages owed him/her by the Contractor including earned vacation pay, if any, within five (5) working days from the date of discharge.

SECTION 4: A discharged or suspended employee must advise his/her Union in writing, within five (5) working days after receiving notification of such action against him/her, of his/her desire to appeal the discharge or suspension. Notice of appeal from discharge or suspension must

be made to the Contractor in writing within five (5) days from the date of discharge or suspension and/or return to his point of origin or the base of operations for the day, as applicable.

SECTION 5: If the Union and the Contractor are unable to agree as to the settlement of any timely-filed grievance, then it may be referred to the grievance procedure as set forth in Article 7.

## ARTICLE 9
## PROTECTION OF RIGHTS

Sanctioned Picket Lines

It shall not be a violation of this Agreement, and it shall not be cause for discharge or disciplinary action in the event that an employee refuses to enter upon any property involved in a primary labor dispute, or refuses to go through or work behind any primary picket line, including primary picket lines at the Contractor's place of business.

## ARTICLE 10
## WAGES AND OVERTIME

Effective during the term of this Agreement, the straight time hourly rate of pay shall be as follows:

(A) Working Foreman In Charge

A Working Foreman in Charge (WFIC) may be designated by the Contractor when over twenty (20) Teamsters are employed on the show floor, or when the Contractor otherwise deems necessary. When the number of Teamsters employed on the show floor is less than twenty (20), there may or may not be any "WFIC" designated for that day. This classification and rate of pay shall be effective only at show sites. The rate of pay for the "WFIC" shall be $2.00 per hour over the base rate of the employee designated by the Contractor as "WFIC".

(B) Working Foreman

Working Foremen (WF) may be designated by the Contractor; the Contractor has the right to determine if WF are needed. The rate of pay for WF shall be $1.25 per hour over the base rate of the employee designated by the Contractor as a WF.

(C) <u>GFE</u>

|  | April 1, 2005 | April 1, 2006 | April 1, 2007 | April 1, 2008 |
|---|---|---|---|---|
| Health & Welfare | $3.52 | 4.12 | 4.72 | 5.32 |
| Pension | $4.33 | 4.53 | 4.73 | 4.93 |
| Annual salary increase |  | (.49) | (.53) | (.57) |
| Hourly rate (not including fringes) | $23.20 | 23.69 | 24.22 | 24.79 |
| TOTAL PACKAGE | $31.05 | $32.34 | $33.67 | $35.04 |

[Note: For Sections (C)-(H), the stated rates are subject to reduction depending upon the money to be contributed into a pension/401K plan, as the Union and/or employees so authorize.]

(D) <u>Seniority Drivers`[1]</u> (Not Grandfathered).

|  | April 1, 2005 | April 1, 2006 | April 1, 2007 | April 1, 2008 |
|---|---|---|---|---|
| Health & Welfare | $3.52 | 4.12 | 4.72 | 5.32 |
| Pension | $4.33 | 4.53 | 4.73 | 4.93 |
| Annual salary increase |  | (.45) | (.49) | (.43) |
| Hourly rate (not including fringes) | $22.20 | 22.65 | 23.14 | 23.57 |
| TOTAL PACKAGE | $30.05 | $31.30 | $32.59 | $33.82 |

(E) <u>Seniority Checkers and Stewards</u>[2]

|  | April 1, 2005 | April 1, 2006 | April 1, 2007 | April 1, 2008 |
|---|---|---|---|---|
| Health & Welfare | $3.52 | 4.12 | 4.72 | 5.32 |
| Pension | $4.33 | 4.53 | 4.73 | 4.93 |
| Annual salary increase |  | (.25) | (.29) | (.33) |
| Hourly rate (not including fringes) | $22.20 | 22.45 | 22.74 | 23.07 |
| TOTAL PACKGE | $30.05 | $31.10 | $32.19 | $33.32 |

(F) <u>Seniority Employees</u> - (Other than Drivers and "Grandfathered", Checkers or Stewards).

|  | April 1, 2005 | April 1, 2006 | April 1, 2007 | April 1,2008 |
|---|---|---|---|---|
| Health & Welfare | $3.52 | 4.12 | 4.72 | 5.32 |
| Pension | $4.33 | 4.53 | 4.73 | 4.93 |
| Annual salary increase |  | (.22) | (.25) | (.29) |
| Hourly rate (not including fringes) | $21.20 | 21.42 | 21.67 | 21.96 |
| TOTAL PACKAGE | $29.05 | $30.07 | $31.12 | $32.21 |

---

[1] *It is the seniority driver-employee's responsibility to obtain and maintain his/her "CDL" in order for the seniority driver-employee to be eligible to be assigned by the Contractor to driving work that is available*
[2] *Note: Stewards will have the right to review time sheets both at the start and the conclusion of the employees' work shifts*

17

Trainees will not exceed ten percent (10%) of the labor call and will not be assigned unless the number of Teamsters employed is more than twenty (20).

To the extent the Union does not fill the call, the Contractor can fill the call from other sources.

All work performed on Sunday by all seniority employees shall be paid for at the rate of double time the applicable hourly rate.

All work performed on Saturday by all seniority employees shall be paid for at the rate of time and one-half the applicable hourly rate.

All work performed in excess of eight (8) hours on a regular work day shall be paid for at the rate of time and one-half the applicable hourly rate.

All seniority employees shall be used in accordance with their seniority for all work including premium work. Extra employees shall be only used after all seniority employees have been offered work opportunity.

Any seniority employee ordered to perform work shall be guaranteed eight (8) hours work or pay, except Saturday or Sunday, which shall be at four (4) hours guaranteed at the applicable overtime rate.

Replacement or extra employees shall be guaranteed four (4) hours of work or pay on any day when they are put to work.

## ARTICLE 11
### VACATIONS

SECTION 1: All employees who have been continuously in the employ of the Contractor for one (1) year or more shall receive one (1) week's vacation with pay after one (1) year; two (2) weeks' vacation with pay after three (3) years of continuous employment; three (3) weeks' vacation with pay after eight (8) years of continuous employment; four (4) weeks' vacation with pay after twelve (12) years of continuous employment.

For employees entitled to four (4) weeks' vacation, the fourth week does not have to be contiguous. Furthermore, if production requirements necessitate, the Contractor may pay the fourth week's pay without granting any additional time off.

An employee must work 130 days per year to qualify, unless absent due to illness or injury. Any employee who has been in the service of the Contractor for a period of one (1) year or more and who resigns or is laid off more than six (6) but not less than twelve (12) months following his/her most recent anniversary date of employment, shall be entitled to vacation pay in an amount equal to one-twelfth (1/12) of the vacation pay to which he/she is eligible under the

provisions of this Agreement, for each full month of service completed by such employee since his/her most recent anniversary date of employment. The amount of vacation pay to which such an employee would be entitled shall be consistent with the amount of vacation the employee would have been eligible to receive on his/her next anniversary date. This pro-rated vacation pay provision does not apply in cases of discharge. The anniversary date of employment shall be used to compute vacation eligibility rather than Agreement year.

The Contractor shall pay vacation pay prior to each employee's vacation. All vacation pay will be paid in separate checks or the Contractor will ensure that deductions are computed properly on a weekly basis.

SECTION 2: All vacations shall be picked by the employees in accordance with their seniority, it being understood that ten percent (10%) of the employees in a classification in a Department may take vacation at any time. The Contractor shall determine that number of employees on vacation at any given time consistent with efficient operations, providing more than ten percent (10%) of the employees in a classification in a Department have requested vacation at the same time. Such vacation periods will not be split unless mutually agreed to by the Contractor and the employee. Requests for vacations shall be made at least fifteen (15) days in advance. The employee must take his/her vacation within ten (10) months after the date on which he/she becomes eligible for such vacation, unless otherwise mutually agreed upon by the Contractor and the employee.

SECTION 3: If a holiday falls during an employee's vacation, he/she shall receive another day's vacation with pay.

## ARTICLE 12
## HOLIDAYS

SECTION 1: Employees shall not be required to work and shall be paid eight (8) hours' pay at the straight time hourly rate for the following holidays: New Year's Day, Martin Luther King Day, Presidents' Day, Memorial Day, Fourth of July, Labor Day, Veterans' Day, Columbus Day, Thanksgiving Day, Day after Thanksgiving and Christmas.

SECTION 2: (A) Seniority employees called to work on any of the above-listed holidays shall be paid a minimum of four (4) hours' pay at one and one-half (1'/2) times the regular rate in addition to the eight (8) hours referred to above. The holiday pay shall start at 12:01 a.m.

SECTION 3: Employees who are serving their "thirty (30) working days during a sixty (60) days probationary period" are not entitled to holiday pay for holidays falling within the probationary period.

SECTION 4: All seniority employees covered by this Agreement and not on layoff shall receive the specified holidays with pay at the straight time rate provided that the seniority employee works the last regular work day preceding the holiday and the first regular work day following the holiday, unless previously excused, or subsequently excused for proven illness or injury. Failure of the Contractor to provide work for the last regular work day preceding the holiday or the first regular work day following the holiday shall not eliminate an employee from receiving holiday pay.

SECTION 5: Seniority employees may refuse to work on a holiday; however, all jobs must be covered by seniority employees with lesser seniority on the seniority list.

SECTION 6: All replacement or extra employees will be paid at the Saturday rate of pay for all hours worked on a holiday listed in this Agreement.

## ARTICLE 13

### TEAMSTERS LOCAL 639 EMPLOYERS HEALTH TRUST

The only agreement between the Contractor and the Union Parties to this Agreement regarding health and welfare benefits for employees covered by this Agreement is as follows:

1. Commencing with the first day of April 1999, and for the duration of the Agreement, and any renewals or extensions thereof, the Contractor agrees to make payments to the Teamsters Local 639 Employers Health Trust ("Health Trust") for each seniority employee covered by this Agreement, as follows:

(A) The Contractor shall make contributions to the above named Health Trust for each hour, or portion thereof, for which a seniority employee receives pay. However, Contractor contributions shall be limited to an amount based on a maximum of forty (40) hours paid to an employee in one (1) week.

| Effective | April 1,2006 | April 1,2007 | April 1,2008 |
|-----------|--------------|--------------|--------------|
| | .60 | .60 | .60 |
| | 4.12 | 4.72 | 5.32 |

(B) For the purpose of this Article, each hour paid for, including hours attributable to show up time, and other hours for which pay is received by the employee in accordance with this Agreement, shall be counted as hours for which contributions are payable.

(C) Contributions shall be paid on behalf of any employee starting with the employee's first day of employment in a job classification covered by this Agreement.    This includes, but is not limited to, probationary employees.

(D) The payments to the Health Trust required above shall be made to the "Teamsters Local 639 Health Trust" which was established under an "Agreement and Declaration of Trust", dated June 19, 1979. The Contractor hereby agrees to be bound by and to the said "Agreement and Declaration of Trust", as though he/she had actually signed the same.

2.    The Contractor hereby irrevocably designates as its representatives on the Board of Trustees such Trustees as are now serving, or who will in the future serve, as contractor trustees, together with their successors. The Contractor further agrees to be bound by all actions taken by the Trustees pursuant to the said "Agreement and Declaration of Trust."

3.    All contributions shall be made at such time and in such manner as the Trustees require; and the Trustees shall have the authority to have an independent accountant audit the payroll and wage records of the Contractor for the purpose of determining the accuracy of contributions to the Health Trust.

4.    If a Contractor fails to make contributions to the Health Trust within twenty (20) days after the date required by the Trustees, the Union shall have the right to take whatever steps are necessary to secure compliance with the Agreement, any other provisions hereof to the contrary notwithstanding, and the Contractor shall be liable for all costs for collection of the payments due, together with attorney's fees and such penalties as may be assessed by the Trustees. The Contractor's liability for payment under this Article shall not be subject to or covered by any grievance or arbitration procedure of any "no-strike" clause which may be provided or set forth elsewhere in this Agreement.

5.    The health plan adopted by the Trustees of said Health Trust shall at all times conform with the requirements of the Internal Revenue Code so as to enable the Contractor at all times to treat contributions to the Health Trust as a deduction for income tax purposes.

### ARTICLE 14
### TEAMSTERS LOCAL 639 EMPLOYERS PENSION TRUST

The only agreement between Contractor and Union Parties to this Agreement regarding pension benefits for employees covered by this Agreement is, as follows:

1.    Commencing with the first day of April 2006 and for the duration of the Agreement, and any renewals or extensions thereof, the Contractor agrees to make payments to Local 639 Employers Pension Trust ("Pension Trust") for each seniority employee covered by this Agreement including WFIC, WF, GFE, Seniority Drivers, Forklift Operators, Exhibit Technicians, Decorators and Riggers, Stewards, and "Seniority Employees" as follows:

(A)    The Contractor shall make contributions in the named trust for each hour, or portion thereof for each seniority employee who receives pay, at the rate of 4.53, 4.73, and 4.93 per hour, effective April 1, 2006, April 1, 2007, and April 1, 2008, respectively. However, Contractor contributions shall be limited to: (1) an amount based on a maximum of forty (40) hours paid to a seniority employee in one weekend; and (2) to 140 hours paid to a seniority employee per month for the entire month.

| Effective | April 1, 2006 | April 1,2007 | April 1, 2008 |
|-----------|---------------|--------------|---------------|
|           | .20           | .20          | .20           |
|           | 4.53          | 4.73         | 4.93          |

(B)    For the purpose of this Article, each hour paid for, including hours attributable to show up time, and other hours for which pay is received ,by the seniority employee in accordance with this Agreement, shall be counted as hours for which contributions are payable.

(C)    Contributions shall be paid on behalf of any seniority employee starting with the employee's first day of employment in a job classification covered by this Agreement. This includes, but is not limited to, probationary employees.

(D)    The payments to the Pension Trust required above shall be made to the "Teamsters Local 639 Employers Pension Trust" which was established under an agreement and declaration of trust dated June 15, 1979. The Contractor hereby agrees to be bound by and to the said agreement and declaration of trust, as though he/she had actually signed the same.

2.    The Contractor hereby irrevocably designates as its representatives on the board of trustees such trustees as are now serving, or who will be in the future serving, as employer trustees, together with their successors. The Contractor further agrees to be bound by all actions taken by the trustees pursuant to the said agreement and declaration of trust.

3.    All contributions shall be made at such time and in such manner as the trustees are required; and the trustees shall have the authority to have an independent accountant audit the payroll and wage records of the Contractor for the purpose of determining the accuracy of contributions to the Pension Trust.

4.    If a Contractor fails to make contributions to the Pension Trust within twenty (20) days after the date required by the trustees, the Union shall have the right to take whatever steps are necessary to secure compliance with this Agreement, any other provisions hereof to the contrary notwithstanding, and that Contractor shall be liable for all costs for collection of the payments due together with attorney's fees and such penalties as may be assessed by the trustees. The Contractor's liability for payment under this Article shall not be subject to or covered by any grievance or arbitration procedure of any "no-strike" clause which may be provided or set forth elsewhere in this Agreement.

5.    The pension plan adopted by the trustees of said Pension Trust shall at all times conform with the requirements of the Internal Revenue Code so as to enable the Contractor at all times to treat contributions to the Pension Trust as a deduction for income tax purposes.

## ARTICLE 15

## COMPENSATION CLAIMS

The Contractor agrees to cooperate toward the prompt settlement of employee on-the-job injury claims when such claims are due and owing as required by law. The Contractor shall provide Worker's Compensation protection for all employees consistent with state and local laws.

In the event that an employee is injured on the job, the Contractor shall pay such employee his/her day's guarantee for that day lost because of such injury. An employee who is injured on the job and is sent home or to a hospital, or who must obtain medical attention, shall receive pay at the applicable hourly rate for the balance of his/her regular shift on that day. An employee who has returned to his/her regular duties after sustaining a compensable injury and who is required by his/her Worker's Compensation doctor to receive additional medical treatment during his/her regularly scheduled working hours, shall receive his/her regular hourly rate of pay for such time.

## ARTICLE 16

## BONDS

Should the Contractor require any employee to give bond, cash bond shall not be compulsory, and any premium involved shall be paid by the Contractor. The primary obligation to procure the bond shall be on the Contractor. If the Contractor cannot arrange for a bond within ninety (90) days, he/she must so notify the employee in writing. Failure to so notify shall relieve the employee of the bonding requirement. If proper notice is given, the employee shall be allowed thirty (30) days from the date of such notice to make his/her own bonding requirements, standard premiums only on said bond to be paid by the Contractor. A standard premium shall be that premium paid by the Contractor for bonds applicable to all other of its employees in similar classifications. Any excess premium is to be paid by the employee. Cancellation of a bond after once issued, shall not be cause for discharge unless the bond is canceled for cause which occurs during working hours, or due to the employee having given a fraudulent statement in obtaining said bond.

## ARTICLE 17
## EXAMINATION AND IDENTIFICATION FEES

SECTION 1: Physical, mental or other examinations required by a government body or the Contractor shall be promptly complied with by all employees, provided, however, the Contractor shall pay for all such examinations. The Contractor shall not pay for any time spent in the case of applicants for jobs and shall be responsible to other employees only for time spent at the place of examination or examinations, where the time spent by the employee exceeds two (2) hours, and in that case, only for those hours in excess of said two (2). , Examinations are to be taken at the employee's home terminal and are not to exceed one (1) in any one (1) year, unless the employee has suffered serious injury or illness during the year. Other than as provided in the Drug and Alcohol Testing Policy, employees will not be required to take examinations during their working hours.

The Contractor reserves the right to select its own medical examiner or physician, and the Union may, if it believes an injustice has been done an employee, have said employee reexamined at the Union's expense. In the event of disagreement between the doctor selected by the Contractor and the doctor selected by the Union, the Contractor and Union doctors shall together select a third doctor within thirty (30) days, whose opinion shall be final.

SECTION 2: Should the Contractor find it necessary to require employees to carry or record full personal identification, such requirement shall be complied with by the employees. The cost of such personal identification shall be borne by the Contractor.

## ARTICLE 18
## MILITARY CLAUSE

Employees enlisting or entering the military or Naval services of the United States, pursuant to the provisions of the Universal Military Training and Service Act and Amendments thereto, shall be granted all rights and privileges provided by the Act.

The Contractor shall pay the Health Trust and Pension Trust contributions on employees on leave of absence for training in the Military Reserves or National Guard, but not to exceed fourteen (14) days or 80 hours providing such absence affects his/her credits or coverage for the Health Trust and/or Pension Trust.

## ARTICLE 19
## POSTING OF AGREEMENT AND NOTICES

SECTION 1: Posting of Agreement

A copy of this Agreement shall be posted in a conspicuous place in each office.

SECTION 2: Union Bulletin Boards

The Contractor agrees to provide suitable space for the Union bulletin board in each office. Postings by the Union on such boards are to be confined to official business of the Union.

## ARTICLE 20
## SPLIT SHIFTS

There shall be no split shifts. In the event an employee agrees to return to work the following morning after working past midnight, he/she shall be granted one-half hour grace period beyond that starting time for being late.

## ARTICLE 21
## UNION ACTIVITES

Any employee member of the Union acting in any official capacity whatsoever shall not be discriminated against for his/her acts as such officer of the Union so long as such acts do not interfere with the conduct of the Contractor's business, nor shall there be any discrimination against any employee because of Unison membership or activities.

## ARTICLE 22
## INSPECTION PRIVALEGES

Authorized agents of the Union shall have *access* to the Contractor's establishment during working hours for the purpose of adjusting disputes, investigating working conditions, collection of dues, and ascertaining *that the* Agreement is being adhered to, provided however, that *there* is no interruption of the Contractor's working schedule.    The Union's authorized agent will first notify the Contractor representative at the show site upon his/her arrival at' the show site.

## ARTICLE 23
### SUBCONTRACTING

For the purpose of preserving work and job opportunities for the seniority employees covered by this Agreement, the Contractor agrees that it will not subcontract work to avoid this Agreement.

In the event that the Contractor needs extra equipment, he/she shall give equal opportunity and consideration to the Contractors who have an Agreement with this Union.

## ARTICLE 24
### SEPARATION OF EMPLOYMENT

Upon discharge, the Contractor shall pay all money including vacation pay due to the employee within five (5) working days. Upon an employee's quitting, the Contractor shall pay all money due to the employee including vacation pay on the pay day in the week following such quitting.

## ARTICLE 25
### UNIFORM AND DRESS CODE

The Contractor agrees that if any employee is required to wear any kind of uniform or safety equipment as a condition of his/her continued employment, such uniform or safety equipment shall be furnished by the Contractor free of charge, at the standard required by the Contractor.

Inappropriate, obscene, and/or unsafe dress will not be tolerated. Employees will present themselves for work in a neat, clean, and professional manner.

## ARTICLE 26
### ABSENCE

<u>SECTION 1</u>: Time off for Union Activities

The Contractor agrees to grant the necessary time off, without discrimination or loss of seniority rights for employee(s) to, attend a labor convention or serve in any capacity on other official Union business, provided forty-eight (48) hours' written notice is given to the Contractor by the Union, specifying length of time off. The Union agrees that, in making its request *for* time off *for* Union activities, due consideration shall be given to the number of employees affected in order that there shall be no disruption of the Contractor's operations due to lack of available employees.

**SECTION 2**: Leave of Absence

Consistent with the ADA and other applicable laws, any employee desiring leave of absence from his/her employment shall secure written permission from both the Union and Contractor. The maximum leave of absence shall be for ninety (90) days and may be extended for like periods. Permission for same must be secured from both the Union and Contractor. During the period of absence, the employee shall not engage in gainful employment in the same industry. Failure to comply with this provision shall result in the complete loss of seniority rights for the employees involved. Inability to work because of proven sickness or injury shall not result in the loss of seniority rights.

The employee must make suitable arrangements for continuation of Health Trust and Pension Trust payments before the leave may be approved by either the Union or Contractor.

**SECTION 3**: Pregnancy & Maternity Leave

(A)    A female employee will be granted a leave of absence due to pregnancy, written request and receipt by the Contractor of medical confirmation.
upon

(B)    If a female employee desires to work during her pregnancy, she may do so for as long as her condition permits and the Contractor may at any time require that her physician certify in writing that she is able to perform her regular duties without limitation.

(C)    She shall be permitted to return to work upon presentation of her physician's written certification that she is able to return to work within six (6) weeks after the birth, a written statement from her physician substantiating an extended leave of absence will be required. If such documentation is not submitted, she shall be considered to have quit as of her last day worked.

### ARTICLE 27
### FUNERAL LEAVE

In the event of a death in an employee's immediate family, namely: spouse, children, brothers, sisters, parents, and parents-in-law, the employee shall be paid in full for time lost not to exceed four (4) days. In the event of a death of a cousin, aunt, uncle, or grandparent, an employee shall be granted one (1) day off with pay to attend the funeral.

## ARTICLE 28
### JURY DUTY PAY

In the event that an employee loses all or part of his time on account of jury service, the Contractor shall pay such employee an amount sufficient to guarantee no loss in wages on account of such absence from work. Employees shall notify the Contractor within forty-eight (48) hours after they receive jury notice, and provide a copy of the summons.

## ARTICLE 29
### NON-DISCRIMINATION

SECTION 1: The Contractor and the Union agree not to discriminate against any individual with respect to hiring, compensation, or terms or conditions of employment because of such individual's race, color, religion, sex, national origin, pregnancy, disability or age, nor will they limit, segregate or classify employees in any way to deprive any individual employee of employment opportunities because of race, color, religion, sex, national origin, pregnancy, disability or age.

SECTION 2: The Contractor and the Union agree that there will be no discrimination by the Contractor or the Union against any employee because of his or her membership in the Union or because of any employee's lawful activity and/or support of the Union.

SECTION 3: Whenever any words are used in this Agreement in the masculine gender, they shall be construed as though they were also used in the feminine gender, and vice versa.

## ARTICLE 30
### SUPPLEMENT TO THIS AGREEMENT

An Addendum to this Agreement covering wages, hours of work, and other working conditions for casual (non-seniority) employees shall be negotiated and is by reference hereto made a part of this Agreement.

## ARTICLE 31
### SICK LEAVE

Consistent with the Parties' obligations under the ADA and other law, sick days will be provided as follows: Seniority employees having completed six (6) months' service shall qualify for one (1) working day sick leave during the following six (6) months without loss of pay. Seniority employees having completed one (1) year's service shall be entitled to five (5) working days' sick leave without loss of pay in each calendar year.

28

Seniority employees must work 130 days or 1040 hours to qualify for paid sick leave in each calendar year.

The Contractor shall pay seniority employees for any unused sick day pay, in the prior year, in the check for the hours worked in the first full week in January.

Seniority employees who are absent on account *of* illness for three (3) days or longer shall, upon request, furnish a doctor's certificate or other satisfactory proof of illness.

## ARTICLE 32
### SUPERVISORY PERSONELL

At no time will any non-Union employee be permitted to perform any work covered by this Agreement, except in an emergency.

## ARTICLE 33
### LIE DETECTOR TEST

The Company shall not require, request or suggest that an employee or applicant for employment take a polygraph or any other form of a lie detector test.

## ARTICLE 34
### NON-COVERED UNITS

This Agreement shall not be applicable 'to those operations of the Contractor where the employees are covered by a collective bargaining agreement with a union not signatory to this Agreement or to those employees who have not designated a representative of such employees in an appropriate bargaining unit as NLRB procedures provide. In the event the Union prevails, the Contractor and the Union will enter into negotiations immediately.

## ARTICLE 35
### TRAINING PROGRAMS

In the event that the Contractor acquires new equipment for which special training is needed, it is agreed that present employees in the bargaining unit shall be afforded the opportunity to be trained *and* qualified to operate such equipment before a new employee is hired to operate such equipment.

Teamster Local 639 and the Trade Show Contractors Association of Washington D.C. and Vicinity mutually agree to establish a formal training program specific to the trade show industry.

The program shall be jointly administered with three (3) Union trustees and three (3) Management trustees.

Within a six month period, no later than September 2003, a formal training program will be presented including training, testing, a curriculum, class schedule, an itemized listing of funding necessary, and trade show certification. Upon successful completion of this, the Contractors agree to fund the training program not to exceed $0.10 an hour per hour worked contribution. Employees failing to complete the Certified Training Program within the specified time limits shall have their wage revert back to the pre-March 31, 2003 rates."

## ARTICLE 35A
## LOSS OR DAMAGE

Employees shall not be charged for loss or damage unless clear proof of gross negligence is shown and/or an employee is found to be guilty of drunken driving or any other violation of Contractor rules and regulations and/or statutory ordinances.

## ARTICLE 35B
## TIME SHEETS AND TIME CLOCKS

In local operations, a daily time record shall be maintained by the Contractor at its place of business. In the event that the Contractor employs five (5) or more employees, it shall have time clock(s) at such main warehouse.

## ARTICLE 35C
## EMPLOYEE'S BAIL

SECTION 1: Employee's Bail

Employees will be bailed out of jail if accused of any offense in connection with the faithful discharge of their duties, and any employee forced to spend time in jail or in courts shall be compensated at his/her regular rate of pay. In addition, he/she shall be entitled to reimbursement of his/her meals, transportation, court costs, etc. provided, however, that faithful discharge of duties shall in no case include compliance with any order involving commission of a felony. In case an employee shall be subpoenaed as a Contractor witness, he/she shall be reimbursed for all time lost and expenses incurred.

<u>SECTION 2</u>: Suspension or Revocation of License

In the event that an employee shall suffer a suspension or revocation of his/her chauffeur's license because of a succession of size and weight penalties, caused by the employee complying with his/her Contractor's instructions to him/her, the Contractor shall provide employment for such employee at not less than his/her regular earnings at the time of such suspension for the entire period thereof subject, however, to the seniority and layoff provisions applicable to him/her at the time of such suspension.

## ARTICLE 35D
## COST, BONDS, COUNSEL, ETC.

When an employee is required to appear in any court for the purpose of testifying because of any accident he/she may have been involved in while in the Contractor's service during working hours, such employee shall be reimbursed in full by the Contractor for all earning opportunity lost because of such appearance.

The Contractor shall furnish employees who are involved in accidents during working hours with bail bond and legal counsel, and Contractor shall pay in full for same. Said bail bond and legal counsel shall remain assigned to the employee until all legal action in connection with said accident is concluded, provided that the employee is not charged and convicted of criminal negligence. This Section shall not apply to employees who are found guilty of drunken driving or any other violation of Contractor Work Rules as provided in the Addendum to this Agreement or statutory ordinances, or when involved in an accident during working hours.

The Contractor shall assume all responsibility for all court costs, legal fees and bail bond fees for any employee who is involved in any accident during working hours, and Contractor shall assume all responsibility for all judgments and awards against an employee who is involved in such accidents except for accidents involving criminal negligence for which the employee is found to have been guilty of drunken driving or any other violation of Contractor Work Rules (as set forth in Addendum), or ordinances.

## ARTICLE 35E
## DEFECTIVE EQUIPMENT AND DANGEROUS CONDITIONS OF WORK

The Contractor shall not require employees to take out on the streets or highways any vehicle that is not in safe operating condition or equipped with the safety appliances prescribed by law.    It shall not be a violation of this Agreement where employees refuse to operate such equipment unless such refusal is unjustified. All equipment which is refused because it is not mechanically sound or properly equipped, shall be appropriately

31

tagged so that it cannot be used by other drivers until the maintenance department has adjusted the complaint. After equipment is repaired, the Contractor shall place on such equipment an "ok" in a conspicuous place so the driver can see the same.

Under no circumstances will an employee be required or assigned to engage in an activity involving dangerous conditions of work or danger to person or property or in violation of any applicable statute or court order, or in violation of a government regulation relating to safety of person or equipment. The term "dangerous conditions of work" does not relate to the type of cargo which is hauled or handled. Any employee involved in any accident shall immediately report said accident and any physical injury sustained. When required by his/her Contractor, the employee, before starting his/her next shift, shall make out an accident report in writing on forms furnished by the Contractor and shall turn in all available names and addresses of witnesses to the accident. Failure to comply with this provision shall subject such employee to disciplinary action by the Contractor.

Employees shall immediately, or at the end of their shift, report all defects of equipment. Such reports shall be made on suitable forms furnished by the Contractor and shall be made in multiple copies, one copy to be retained by the employee. The Contractor shall not ask or require any employee to take out equipment that has been reported by any other employee as being in an unsafe operating condition until same has been approved as being safe by the mechanical department.

When the occasion arises where an employee gives a written report on forms in use by the Contractor of a vehicle being in an unsafe working or operating condition, and received no consideration from the Contractor, he/she shall take the matter up with the officers of the Union who will take the matter up with the Contractor. All newly purchased or leased equipment used as city peddle trucks and equipment regularly assigned to peddle runs, must have steps or other similar devices to enable drivers to get in and out of the body.

The Contractor shall install heaters and defrosters on all trucks and tractors.

### ARTICLE 35F
### GARNISHMENTS

In the event of notice to a Contractor of a garnishment or impending garnishment, the Contractor may take disciplinary action if the employee fails to satisfy such garnishment within a seventy-two (72) hour period after notice to the employee. If the Contractor is notified of three (3) garnishments, irrespective of whether satisfied by the employee, within the seventy-two hour period, the employee may be subject to discipline or discharge with a fewer number of garnishments or impending garnishments if the employee fails to adjust the matter

within a seventy-two (72) hour period, such past practice shall be applicable in those cases. No garnishment or warning notice.

## ARTICLE 36
## EMERGENCY REOPENING

In the event of war, declaration of emergency or imposition of economic controls during the life of this Agreement, either Party may reopen the same upon sixty (60) days' written notice and request re-negotiation of matters dealing with wages and hours.

There shall be no limitation of time for such written notice.    Upon the failure of the Parties to agree in such negotiations, within sixty (60) days thereafter, either Party shall be permitted all lawful economic recourse to support its request for revisions. If governmental approval of revisions should become necessary, all Parties agree that the notice provided herein shall be accepted by all Parties as compliance with the notice requirements of applicable law, so as to permit economic action at the expiration thereof.

## ARTICLE 36A
## STRIKES/WORK STOPPAGES AND INTERRUPTIONS

SECTION 1: There shall be no strike, work stoppage, slowdown, work interruption or other disruption of the operations caused by cessation of work, picketing, sympathy strikes or otherwise, during the term of this Agreement except for just causes stipulated below. All such conduct is prohibited whether it is in protest of alleged breaches of this Agreement or otherwise. The Parties agree in this connection that all disputes between them, including disputes over the application of this Section, shall be finally and peacefully resolved pursuant to the grievance and arbitration provisions of this Agreement. Failure of an employee to abide by this provision shall be cause for immediate dismissal. Workers so dismissed may be replaced in accordance with this Agreement. The Union agrees to use its best efforts through its officers and representative to obtain an immediate and complete cessation of any such work stoppage, interruption, or picketing.

SECTION 2: Just causes for an interruption of the Contractor's operations shall be limited to nonpayment of wages for any pay period, nonpayment of fringe benefits as outlined in Articles 13 and 14, and failure to abide by the final decision of an arbitrator.

33

## ARTICLE 37
### SEPARABILITY AND SAVINGS CLAUSE

If any Article or Section of this Agreement or of any supplements or riders thereto should be held invalid by operation of law or by any tribunal of competent jurisdiction, or if compliance with or enforcement of any Article or Section should be restrained by such tribunal pending a final determination as to its validity, the remainder of this Agreement and of any supplements or riders thereto, or the application of such Article or Section to persons or circumstances other than those as to which it has been invalid or as to which compliance with or enforcement of has been restrained, shall not be affected thereby.

In the event that any Article or Section is held invalid or enforcement of or compliance with has been restrained, as above set forth, the Parties affected thereby shall enter into immediate collective bargaining negotiations after receipt of written notice of the desired amendments by either Contractor or Union for the purpose of arriving at a mutually satisfactory replacement for such Article or Section during the period of invalidity or restraint. There shall be no limitations of time for such written notice. If the Parties do not agree on a mutually satisfactory replacement within sixty (60) days after receipt of the stated written notice, either Party shall be permitted all legal or economic recourse in support of its demands notwithstanding any provisions of this Agreement to the contrary.

## ARTICLE 38
### DRUG-FREE WORKPLACE ACT POLICY

POLICY:  The Trade Show Contractors Association - TSCA (hereinafter referred to as the Employer) and the Union are committed to providing the safest and most productive work environment for all of the Employer's Employees represented by the Union.  This policy is therefore to ensure that all Union represented Employees of the Employer work in an environment free of the negative effects of illegal drug use and the misuse of legal drugs and alcohol.  The Employer and the Union recognize that early recognition and treatment of substance abuse problems are key to successful rehabilitation, and therefore, strongly encourage Employees prior to violating the terms of this Addendum to seek help and use their Employee Assistance Program.

The Policy incorporates by reference and adopts the drug testing procedures promulgated by the United States Department of Transportation in accordance with the Department of Health and Human Services' Mandatory Guidelines for Federal Workplace Drug Testing Programs, and as those regulations may be revised from time to time.

The possession of drug paraphernalia and the possession, ingestion, use, trafficking, being under the influence of, or testing positive for drugs at any Contractor's show site and the surrounding premises is prohibited.  Surrounding premises are defined as Contractor staging areas used by the Contractor and its Employees at any Contractor show site.  Drugs are defined as Amphetamines, Cocaine, Barbiturates, Methaqualone, Benzodiazapines, Morphine, THC-

34

Marijuana, Phencyclidine, "designer drugs", and all other drugs and substances which affect the personal senses of the Employee.

**RANDOM DRUG AND/OR ALCOHOL TESTING:** All Employees will be subject to unannounced random drug and alcohol testing during any working hours and will be included in the pool for selection. The selection of the Employees to be tested out of that pool will be done by an independent testing facility or other entity outside of the Employer's control. The random selection procedure will ensure that all Employees will be treated fairly and equally. The testing will occur randomly on a periodic basis reasonably spread throughout the year (minimum of four times per calendar year) in conjunction with Employer show schedules. The Employer reserves the right to test 15% of the working population on any given day. The percentage of Employees to be randomly tested can be changed upon mutual agreement between the Employer and the Union.

**POST ACCIDENT, REASONABLE SUSPICION AND PREVIOUS VIOLATORS:** The Contractor retains the right to require any Employee to submit to drug or alcohol urinalysis testing if the Employee is involved in a reportable accident or injury which is serious or preventable, or if the Employee's appearance, speech, job performance or work record provide reasonable suspicion that the Employee may be under the influence of drugs or alcohol, or such Employee is otherwise known to have violated a previous Contractor's drug/alcohol policy. The Contractor shall pay for all tests performed. If the Employee refuses to take the aforementioned tests, he/she shall be immediately suspended at the show site and shall be subject to discipline as provided for under "CONSEQUENCES FOR VIOLATION OF THIS POLICY."

**COLLECTION AND TESTING PROCEDURES:** The random pool will be selected by a certified, third party organization. A complete sign in list, to include all Union Employees, working for the Employer, will be faxed to the third party organization. This list shall be authenticated in writing by designated representatives of the Contractor and the Union before being faxed to the third party organization. The random pool will then be generated within one (1) hour. Notification of those selected will be sent to the Employer. Testing facilities will be established in accordance with the drug testing procedures promulgated by the United States Department of Transportation in accordance with the Department of Health and Human Services' mandatory Guidelines for Federal Workplace Drug Testing Programs, and as those regulations may be revised from time to time. Selected Employees will be individually notified and escorted to the testing facility location.

   Along with the concern to maintain a safe and drug-free workplace for all of the Employer's Employees represented by the Union, the Employer and the Union are also concerned about protecting the rights of such Employees under this anti-drug and alcohol program. They want to ensure that the collection and testing procedures are conducted in a scientifically valid program to insure fairness, scientific accuracy and the highest integrity in the process. All testing of samples will be performed by a laboratory certified for drug testing by the Department of Health and Human Services under the Mandatory Guidelines for Federal Workplace Drug Testing Programs, as that list is revised from time to time. The Employer will test for the presence of amphetamines, marijuana metabolites, cocaine metabolites, opiate metabolites (heroin) and phencyclidine (PCP). All testing of urine specimens will be performed by a multiple step urine test which involves a (1) immunoassay screening method and, (2) a confirmation test by use of Gas Chromatography and Mass Spectrometry (GC/MS). In addition, testing for the presence of alcohol will be done by taking breath samples through the use of a DOT approved Breath Alcohol Testing (BAT) unit. In addition, to insure fairness and integrity in the process, the collection and chain of custody procedures, Medical Review

Officer (MRO) review of all tests, and split sample testing will also be adopted by the Employer as part of this program.

Under the MRO review of a positive test procedure, the MRO will try to make contact with the donor for up to twenty-four (24) hours before asking the Employer and/or the Union to assist in contacting the Employee. Failure of the MRO to successfully contact the Employee within seventy-two (72) hours of taking the test will result in the test being reported to the Employer based upon the laboratory report. The MRO must be readily available to Employees by telephone between the hours of 9 AM an 9 PM EST.

All Employees will be tested based upon the cut off levels under the DOT regulations. In addition, certain Employees, such as those holding a commercial driver's license operating vehicles in interstate commerce fall within the jurisdiction of those DOT rules and are subject to the sanctions imposed by those rules and the provisions of this policy.

A positive drug test or to test positive means to have the presence of a drug or drug metabolite in an Employee's system that is equal to or greater than the levels specified below (or as these levels may be revised from time to time) for the confirmatory test level using GC/MS:

| DRUG | INITIAL TEST LEVEL |
|------|--------------------|
| Amphetamines | 1000 ng/ml |
| Marijuana Metabolites | 50 ng/ml |
| Cocaine Metabolites | 300 ng/ml |
| Opiate Metabolites | 2000 ng/ml |
| Phencyclidine | 25 ng/ml |

| DRUG | CONFIRMATORY TEST LEVEL |
|------|-------------------------|
| Amphetamines: | |
| Amphetamine | 500 ng/ml |
| Methamphetamine* | 500 ng/ml |
| Marijuana Metabolites** | 15 ng/ml |
| Cocaine Metabolites*** | 150 ng/ml |
| Opiates: | |
| Morphine | 2000 ng/ml |
| Codeine | 2000 ng/ml |
| 6-Acetylmorphine**** | 10 |
| Phencyclidine | 25 ng/ml |
| * | specimen must also contain amphetamine at a concentration greater than or equal to 200 ng/ml. |
| ** | Delta-9-tetrahydrocannabinol-9-carboxylic acid. |
| *** | Benzoylecgonine |
| **** | Test for 6-AM when morphine concentration exceeds 2000 ng/ml. |

36

Notification of all positive tests will be sent to a designated representative of the Employer. The designated representative will then notify the Union, the Employee as well as all parties signatory to this Addendum. An Employee who tests positive will not be requested or referred by any party signatory to this Addendum.

Employees who refuse to consent to testing or refusing to submit a breath or urine sample for testing as well as tampering with or adulterating the sample will be subject to immediate discharge. Refusing under this provision is defined as:

    a. Failure to provide an adequate breath or urine sample for testing without a valid medical reason.

    b. Engaging in conduct that clearly obstructs the testing process including but not limited to failure to sign the required forms, failure to report to the testing site within the time allocated, failure to cooperate with the testing personnel and failing to remain readily available for a test.

    c. Failure, immediately upon check-in at the laboratory facility or, in any event, within two (2) hours of signing the consent form, to produce a sample suitable for testing, e.g. such as a sample that falls out of proper temperature range, or is not an adequate volume of at least 45 ML.

    d. Failure to cooperate and/or successfully complete any requirements of the evaluation and rehabilitation processes.

CONSEQUENCES FOR VIOLATION OF THIS POLICY: Once an Employee fails any drug and/or alcohol test under this Policy, the Employee shall be immediately removed from the Employer's payroll and is immediately suspended from employment and ineligible for dispatch by the Union to any Employer signatory to this Contract. Violations of this policy shall subject the Employee to discipline up to and including discharge per the following:

<u>1st offense</u>: The Employee is suspended for a period of 45 consecutive days. The Employee will have 15 days to enter into an approved rehabilitation program. Upon completion of the program the Employee must submit to a "return to work" drug and/or alcohol test with a negative test result before they are referred or requested. All Employees that test positive are subject to up to three (3) follow-up drug and/or alcohol tests for up to one (1) year thereafter. A positive test within that one year will result in immediate and permanent termination.

<u>2nd offense</u>: Once an Employee who is employed or dispatched pursuant to the preceding paragraph again fails any drug and/or alcohol test under this policy, such Employee shall be immediately and permanently terminated from employment and immediately and permanently ineligible for dispatch by the Union to any Employer signatory to this Agreement.

MISCELLANEOUS: All Employer show site management and supervisory Employees shall participate in the random drug and alcohol testing program established for bargaining unit Employees, unless show site management and supervisory Employees are already covered by an Employer drug and alcohol testing program. Employer warehouse Employees shall be subject to the provisions of this Policy. Said program must be the same or more strict than the program established for bargaining unit Employees, at least in terms of percentages of Employees selected for drug and alcohol testing, and levels necessary to establish positive results.

The Contractor agrees to indemnify and hold harmless the Union from any liability resulting from any drug test administered by the Contractor.

## ARTICLE 40
## TERMINATION CLAUSE

SECTION 1: This Agreement shall be in full force and effect from April 1, 2006 to and including March 31, 2009, and shall continue from year to year thereafter unless written notice of desire to cancel or terminate the Agreement is served by either Party upon the other at least sixty (60) days prior to date of expiration.

SECTION 2: Where no such cancellation or termination notice is served and the Parties desire to continue said Agreement but also desire to negotiate changes or revisions in this Agreement, either Party may serve upon the other a notice at least sixty (60) days prior to March 31, 2009.

If a notice is given in accordance with the provisions of this Section, the expiration date of this Agreement shall be the sixty-first (61st) day following such notice.

## ARTICLE 41
## MANAGEMENT RIGHTS CLAUSE

SECTION 1: The management of the company and the direction of the working force, including the right to plan, direct, curtail, determine, and control operations, hire, suspend, discipline, or discharge for just cause, layoff, transfer, or relieve employees from duties because of lack of work, to promote efficiency or for other legitimate reasons, and all rights and powers customarily exercised by an employer, except as may be specifically limited by this agreement, are vested exclusively in the company.

SECTION 2: It shall be the responsibility of management to sign labor for work at all venues. The Union Steward will be copied of all relevant worker information. The sign-in forms shall be provided by management/contractor. This does not prohibit management from assigning this function to a bargaining unit Teamster.

SECTION 3: The contractor reserves the right to discipline, suspend, and/or discharge an employee for just cause.

SECTION 4: The use of portable/cell type phones is prohibited during working hours. The only exception to this rule is the Union Shop Steward utilizing his/her portable/cel phone to conduct Union business.

SECTION 5: Management reserves the right to badge employees

Page 39

This page intentionally left blank.

FOR THE TRADE SHOW
ASSOCIATION
WASHINGTON, D.C.
AND VICINITY

FOR THE UNION CONTRACTORS
TEAMSTERS LOCAL 639 OF

Members of Association
Bargaining Committee:

FOR THE TRADE SHOW        CONTRACTORS
ASSOCIATION OF WASHINGTON, D.C.
AND VICINITY:

FOR THE UNION:

TEAMSTERS LOCAL 639

Members of Association
Bargaining Committee:

_William P. Pill_  8/22/06 _____    Date        _Diana Faison_  8/20/06

David Pilinski                                          Diana Faison
President                                               Business Representative

List of Contractor-Members of the
Association as of April 1, 2006,
date of ratification of Agreement:

Arata Expositions, Inc.
Brede Exposition Services
Champion Expo
Freeman Decorating Company
GES Exposition Services, Inc.
Hargrove, Inc.
21st Century Expo Group, Inc.
U-Neek Expo, Inc.

# EXHIBIT D

*AGREEMENT*

*BETWEEN*

*TRADE SHOW CONTRACTORS ASSOCIATION OF WASHINGTON, D.C. AND VICINITY*

*AND*

*TEAMSTERS' LOCAL UNION #639*

*April 1, 2003 – March 31, 2006*

|  |  | PAGE |
|---|---|---|
| **ARTICLE 1** | **RECOGNITION** | 5 |
| **ARTICLE 2** | **TRANSFER OF COMPANY TITLE OR INTEREST** | 5 |
| **ARTICLE 3** | **UNION SECURITY AND CHECKOFF** | 5 |
|  | **SECTION 1: Union Security** | 5 |
|  | **SECTION 2: Checkoff** | 6 |
|  | **Section 3: Drive Checkoff** | 7 |
| **ARTICLE 4** | **STEWARDS** | 7 |
|  | **SECTION 1** | 7 |
| **ARTICLE 5** | **SENIORITY** | 8 |
|  | **SECTION 1: Seniority** | 8 |
|  | **SECTION 2: Seniority Rank and Posting** | 9 |
|  | **SECTION 3: Loss of Seniority** | 10 |
|  | **SECTION 4: Layoff and Recall** | 10 |
| **ARTICLE 6** | **MAINTENANCE OF STANDARDS** | 11 |
|  | **SECTION 1: Protection of Conditions** | 11 |
|  | **SECTION 2: Favorable Conditions** | 11 |
|  | **SECTION 3: Extra Contract** | 12 |
|  | **SECTION 4: Work Week Reduction** | 12 |
|  | **SECTION 5: New Equipment** | 12 |
|  | **SECTION 6: Baltimore, Maryland Exhibitor Freight** | 12 |
| **ARTICLE 7** | **GRIEVANCE PROCEDURE** | 13 |
|  | **SECTION 1: Show Floor Dispute Resolution Procedure** | 13 |
|  | **SECTION 2:** | 13 |
|  | **SECTION 3:** | 14 |
|  | **SECTION 4:** | 14 |
|  | **SECTION 5:** | 14 |
|  | **SECTION 6:** | 15 |
|  | **SECTION 7:** | 15 |
|  | **SECTION 8:** | 15 |
| **ARTICLE 8** | **DISCHARGE OR SUSPENSION** | 15 |
|  | **SECTION 1:** | 15 |
|  | **SECTION 2:** | 15 |
|  | **SECTION 3:** | 15 |
|  | **SECTION 4:** | 15 |
|  | **SECTION 5:** | 16 |

| | | |
|---|---|---|
| ARTICLE 9 | PROTECTION OF RIGHTS | 16 |
| ARTICLE 10 | WAGES AND OVERTIME | 16 |
| | (A) Working Foreman In Charge | 16 |
| | (B) Working Foreman | 16 |
| | (C) GFE | 17 |
| | (D) Seniority Drivers | 17 |
| | (E) Seniority Checkers and Stewards | 17 |
| | (F) Seniority Employees | 18 |
| | (H) Trainees | 18 |
| ARTICLE 11 | VACATIONS | 18 |
| | SECTION 1 | 18 |
| | SECTION 2 | 19 |
| | SECTION 3 | 19 |
| ARTICLE 12 | HOLIDAYS | 19 |
| | SECTION 1 | 19 |
| | SECTION 2 | 19 |
| | SECTION 3 | 19 |
| | SECTION 4 | 20 |
| | SECTION 5 | 20 |
| | SECTION 6 | 20 |
| ARTICLE 13 | TEAMSTERS LOCAL 639 EMPLOYERS HEALTH TRUST | 20 |
| ARTICLE 14 | TEAMSTERS LOCAL 639 EMPLOYERS PENSION TRUST | 21 |
| ARTICLE 15 | COMPENSATION CLAIMS | 23 |
| ARTICLE 16 | BONDS | 23 |
| ARTICLE 17 | EXAMINATION AND IDENTIFICATION FEES | 24 |
| | SECTION 1 | 24 |
| | SECTION 2 | 24 |
| ARTICLE 18 | MILITARY CLAUSE | 24 |
| ARTICLE 19 | POSTING OF AGREEMENTS AND NOTICES | 25 |
| | SECTION 1: Posting of Agreement | 25 |
| | SECTION 2: Union Bulletin Boards | 25 |
| ARTICLE 20 | SPLIT SHIFTS | 25 |
| ARTICLE 21 | UNION ACTIVITIES | 25 |
| ARTICLE 22 | INSPECTION PRIVILEGES | 25 |
| ARTICLE 23 | SUBCONTRACTING | 26 |
| ARTICLE 24 | SEPARATION OF EMPLOYMENT | 26 |
| ARTICLE 25 | UNIFORMS AND DRESS CODE | 26 |
| ARTICLE 26 | ABSENCE | 26 |
| | SECTION 1: Time off for Union Activities | 26 |
| | SECTION 2: Leave of Absence | 27 |
| | SECTION 3: Pregnancy and Maternity Leave | 27 |

| | | |
|---|---|---|
| ARTICLE 27 | FUNERAL LEAVE | 27 |
| ARTICLE 28 | JURY DUTY PAY | 28 |
| ARTICLE 29 | NON-DISCRIMINATION | 28 |
| | SECTION 1: | 28 |
| | SECTION 2: | 28 |
| | SECTION 3: | 28 |
| ARTICLE 30 | SUPPLEMENT TO THIS AGREEMENT | 28 |
| ARTICLE 31 | SICK LEAVE | 28 |
| ARTICLE 32 | SUPERVISORY PERSONNEL | 29 |
| ARTICLE 33 | LIE DETECTOR TEST | 29 |
| ARTICLE 34 | NON-COVERED UNITS | 29 |
| ARTICLE 35 | TRAINING PROGRAMS | 29 |
| ARTICLE 35A | LOSS OR DAMAGE | 30 |
| ARTICLE 35B | TIME SHEETS AND TIME CLOCKS | 30 |
| ARTICLE 35C | EMPLOYEE'S BAIL | 30 |
| | SECTION 1: Employee's Bail | 30 |
| | SECTION 2: Suspension or Revocation of License | 31 |
| ARTICLE 35D | COST, BONDS, COUNSEL, ETC. | 31 |
| ARTICLE 35E | DEFECTIVE EQUIPMENT AND DANGEROUS CONDITIONS OF WORK | 31 |
| ARTICLE 35F | GARNISHMENTS | 32 |
| ARTICLE 36 | EMERGENCY REOPENING | 33 |
| ARTICLE 36A | STRIKES/WORK STOPPAGES AND INTERUPTIONS | 33 |
| | SECTION 1: | 33 |
| | SECTION 2: | 33 |
| ARTICLE 37 | SEPARABILITY AND SAVINGS CLAUSE | 34 |
| ARTICLE 38 | DRUG FREE WORKPLACE POLICY | 34 |
| ARTICLE 39 | DRUG AND ALCOHOL TESTING POLICY | 36 |
| ARTICLE 40 | TERMINATION CLAUSE | 39 |
| ARTICLE 41 | MANAGEMENT RIGHTS CLAUSE | 39 |
| | SIGNATURE PAGE | 40 |
| | CASUAL ADDENDUM | 41-49 |

4/29/03

# AGREEMENT

## *ARTICLE 1*
## *RECOGNITION*

The Trade Show Contractors Association of Washington, D.C. and Vicinity, hereinafter sometimes referred to as "Association", on behalf of the individual Association Member-Contractor-Employers (hereinafter sometimes referred to individually as "Contractor" or "Employer"), as listed on the signature page of this Agreement (hereinafter sometimes referred to as "Agreement") recognizes and acknowledges Teamsters Local Union 639, hereinafter referred to as the "Union", as the sole and exclusive representative of all employees in the classifications of work covered by this Agreement for the purposes of collective bargaining as provided by the National Labor Relations Act, as amended.

## *ARTICLE 2*
## *TRANSFER OF COMPANY TITLE OR INTEREST*

Any Successor to the business of the Contractor, by whatever form or manner resulting, may agree to continue this Agreement in force by executing such documents that may be acceptable to the Union. The Contractor agrees to encourage the successor to employ the fulltime members of the Union employed by Contractor at the time of succession and further to recognize the seniority of such employees at that time.

This Agreement shall continue to be binding upon the Contractor should the Contractor move its place of business whether under a different name or corporation or otherwise and shall be binding upon the Contractor therefor.

## *ARTICLE 3*
## *UNION SECURITY & CHECKOFF*

SECTION 1:          Union Security

This Article applies only to those seniority employees who will be working in the classifications covered by this Agreement.

All present seniority employees who are members of the Union on the effective date of this subsection or on the date of execution of this Agreement, whichever is the later, shall remain

5

members of the Union in good standing as a condition of employment. All present seniority employees who are not members of the Union and all seniority employees who are hired thereafter shall become and remain. members in good standing of the Union as a condition of employment on and after the 31st day following the beginning of their employment or on and after the 31st day following the effective date of this subsection or the execution date of this Agreement, whichever is the later. This provision shall be made and become effective as of such time as it may be made and become effective under the provisions of the National Labor Relations Act, but not retroactively.

The failure of any person to become a member of the Union at the required time shall obligate the Contractor, upon written notice from the Union to such effect and to further effect that Union membership was available to such person on the same terms and conditions generally available to other members, to forthwith discharge such person. Further, the failure of any person to maintain his Union membership in good standing as required herein shall, upon written notice to the Contractor by the Union to such effect, obligate the Contractor to discharge such person.

In the event of any change in the law during the term of this Agreement, the Contractor agrees that the Union will be entitled to receive the maximum union security which may be lawfully permissible. If any provision of this Article is invalid under the law of any state wherein this Agreement is executed, such provision shall be modified to comply with the requirements of state law or shall be renegotiated for the purpose of adequate replacement. If such negotiations shall not result in a mutually satisfactory Agreement, the Union shall be permitted all legal or economic recourse.

SECTION 2: Checkoff

The Contractor agrees to deduct from the pay of all seniority employees covered by this Agreement, the dues, initiation fees and/or uniform assessments of the Union, all such deductions which shall be made monthly. Where laws require written authorization by the employee, the same is to be furnished in the form required. No deduction shall be made which is prohibited by applicable law.

In the event the Union develops a rate per hour or a percentage of weekly earnings to be deducted as dues for part-time employees, the Contractor agrees to make such deductions from the employee's paycheck and remit same to the Union on a monthly basis, provided the Union shall ;furnish proper authorization for such deductions.

6

SECTION 3: Drive Checkoff

The Contractor agrees to deduct from the paycheck of all full-time employees covered by this Agreement voluntary contributions to "Drive". "Drive" shall notify the Contractor of the amounts designated by each contributing employee that are to be deducted from his/her paychecks on a weekly basis for all weeks worked. The phrase "weeks worked" excludes any week other than a week in which the employee earned wages. The Contractor shall transmit to "Drive" national headquarters on a monthly basis, in one check, the total amount deducted along with the name of each employee on whose behalf a deduction is made, the employee's social security number and the amount deducted from the employee's paycheck. The International Brotherhood of Teamsters shall reimburse the Contractor annually for the Contractor's actual cost for the expenses incurred in administering the weekly deduction plan.

The Contractor agrees to deduct a one-time voluntary contribution from part-time employees covered by this Agreement to "Drive". "Drive" shall notify the Contractor of the amount designated by each contributing employee. Such contributions deducted shall be remitted to "Drive" on a monthly basis as outlined above.

## ARTICLE 4
### STEWARDS

SECTION 1: The Contractor recognizes the right of the Union to designate stewards and alternates.

The steward(s) are not to be assigned as Working Foreman in Charge (WFIC) or Working Foremen (WF).

Stewards are working stewards.

The authority of stewards and alternates so designated by the Union shall be limited to, and shall not exceed, the following duties and activities:

1. The investigation and presentation of grievances in accordance with the provisions of the Agreement;

2. The collection of dues when authorized by appropriate Union action; and

3. The transmission of such messages and information which shall originate with, and are authorized by, the Union or its officers, provided such messages and information
   (A) Have been reduced to writing, or

7

(B) If not reduced to writing, are of a routine nature and do not involve work stoppages, slowdowns, refusal to handle goods, or any other interference with the Contractor's business.

Stewards and alternates have no authority to take strike action, or any other action interrupting the Contractor's business, except as authorized by official action of the Union.

The Contractor recognizes these limitations upon the authority of stewards and their alternates, and shall not hold the Union liable for any unauthorized acts. The Contractor in so recognizing such limitations shall have the authority to impose proper discipline, including discharge, in the event the steward has taken unauthorized strike action, slowdown, or work stoppage in violation of this Agreement.

Stewards shall be permitted to investigate, present and process grievances on or off the property of the Contractor, without loss of time or pay. Such time spent handling grievances shall be considered working hours in computing daily and/or weekly overtime. In the event of a "slack season", the steward shall be the last Teamster to be laid off, provided that the steward is qualified to do the work.

The steward shall remain at the show site during all hours that work is to be performed under this Agreement except when the Contractor anticipates merely to provide "baby sitting" or other de minimis service. The Union must be notified and it must be given the opportunity to assign a steward whenever the work of the Contractor requires two (2) or more Teamsters to complete any task that is bargaining unit work.

## ARTICLE 5
### SENIORITY

SECTION 1: The Contractor recognizes the principle that senior employees shall have preference provided that the senior employee in question has relatively equal skills, talents, dependability and attitude to perform to the utmost efficiency of operations for the Contractor.

Seniority shall prevail and is defined as the seniority which an employee acquires from his/her most recent date of hire. Seniority shall apply with respect to overtime (see below), job bidding, vacation, and other Agreement benefits. This Article is not intended to guarantee multiple job opportunities in the same day.

Seniority shall not be the absolute factor in staffing positions. The Contractor agrees to consider seniority as the first step in staffing. Seniority shall not be used to create overtime. The Union will not take straight time for employees, and turn it into premium time for seniority employees through bumping and other means. The aforementioned language is not intended to discriminatorily deny seniority employees earning opportunities, i.e. including both regular and premium earnings, provided that the Contractor believes that the individual(s) in question seeking the earning opportunity(s) are qualified to do the work, provided further that training opportunities are made available for the employees. Seniority employees will have bumping rights on all premium earning opportunities, provided that there shall be no bumping of Working Foremen In Charge ("WFIC"), and provided further that Contractors shall be able to designate WFIC, whenever needed.

All seniority employees shall be used in accordance with their seniority for all work, including premium work, provided, however, that they are qualified to perform the work available. Extra employees shall only be used after all seniority employees have been offered the work opportunity.

SECTION 2: Seniority Rank and Posting

(A) Within thirty (30) days after the signing of this Agreement, the Contractor shall post in a conspicuous place at the Contractor's Offices, a list of employees arranged according to their seniority. Every twelve (12) months thereafter, the Contractor shall post an up-to-date seniority list. Claims for corrections to such lists must be made to the Contractor in writing, with a copy to the Union, within ten (10) days after posting and after such time the list will be regarded as correct. Any controversy over the seniority standing of any employee on such list, if raised within such ten (10) days' period, shall be submitted to the grievance procedure as established by this Agreement.

(B) A new employee shall work under the provision of this Agreement but shall be employed only on a thirty (30) day trial basis, during which period he/she may be discharged without further recourse; provided, however, that the Contractor may not discharge or discipline for the purpose of evading this Agreement or discriminating against Union members.

To become eligible to be placed on the Contractor's seniority list, an employee must work for thirty (30) days in a sixty (60) day period. Upon meeting this requirement, the employee shall be added to the Contractor's seniority list.

If any employee is hired as a replacement or extra employee, he/she shall not become a seniority employee until he/she meets the requirements of this Agreement as stated above.

The current practice of a Casual Teamster being employed for up to thirty (30) days shall not gain eligibility for seniority contingent upon written notice from the Contractor to the Union. This may be extended by further notice to the Union at thirty (30) day increments.

(C) The Union shall be entitled to a seniority list each six (6) months upon request.

SECTION 3: Loss of Seniority

(A) Seniority shall be broken only by:

(1) Discharge;
(2) Voluntary quit;
(3) No work or layoffs for more than one (1) year;
(4) Failure to respond to notice of recall as specified in Section 4 of this Article;
(5) Unauthorized leave of absence;
(6) Unauthorized failure to report for work for three (3) consecutive days when work is available.

(B) Consistent with the requirements of The Americans with Disabilities Act ("ADA") and other applicable law, any employee who is absent because of proven illness or injury shall accumulate his/her seniority, provided, however, that he/she must report his/her availability for work within three (3) days after the termination of such proven illness or injury.

SECTION 4:    Layoff and Recall

(A) When it becomes necessary to reduce the work force, and all probationary employees have been laid off, then the lowest employee on the seniority list shall be laid off first, and when the force is again increased, the employees are to be offered the opportunity to return to work in the reverse order in which they were laid off. Employees will not be considered to have been laid off until they have not worked one (1) day or more. For lay-offs of five days or less, a phone call is sufficient for recall.

(B) In the event of a recall, the laid off employee shall be given notice of recall by telegram, registered or certified mail, or "fax" sent to the address last given to the Contractor by the employee. Within three (3) calendar days after tender of delivery of the Contractor's notice at such address, the employee must notify the Contractor by telegram, registered or certified mail, or "fax" of his/her intent to return to work and must actually report to work within seven (7) calendar days after date of tender of delivery of the recall notice, unless it is mutually agreed that the employee need not return to work within such seven (7) calendar day period. In the event

the employee fails to comply with the above provisions, he/she shall lose all seniority rights under this Agreement and shall be considered as a voluntary quit.

(C) Notwithstanding the above, in the event a seniority employee on layoff accepts a recall to work by telephone and actually returns to work when called, it shall not be necessary that he/she be notified by telegram, mail or fax.

### ARTICLE 6
### MAINTENANCE OF STANDARDS

SECTION 1: Protection of Conditions

The Contractor agrees that all conditions of employment relating to wages, hours of work, overtime differentials and general working conditions shall be maintained at not less than the highest standards in effect at the time of the signing of this Agreement, and the conditions of employment shall be improved wherever specific provisions for improvement are made elsewhere in this Agreement.

It is agreed that the provisions of this Section shall not apply to inadvertent or bona fide errors made by the Contractor or the Union in applying the terms and conditions of this Agreement if such error is corrected within ninety (90) days from the date of error.

This provision does not give the Contractor the right to impose or continue wages, hours and working conditions less than those contained in this Agreement.

SECTION 2: Favorable Conditions

The Union agrees that in the event it makes any new agreements or alters any existing agreements to supply, or does supply labor to any other employer, contractor or exhibitor to perform such work as that established by any part of this Agreement for a rate of pay, benefits, or working conditions less than that established by any part of this Agreement, such lesser rate, benefit and/or working condition shall immediately be made available to the Contractors Party to this Agreement. The Union agrees further that each and every Contractor-Party to this Agreement shall have the right, upon request, to see all other written agreements which the Union has made, or makes, with any other employer, contractor or exhibitor performing trade show work within the jurisdiction of the Union.

In the event that the Union is ordered, however, by the National Labor Relations Board or a court of competent jurisdiction, to permit an employer-contractor not a member of the Association to provide rates of pay, benefits, or working conditions less than that established by

11

any part of the Agreement, such lesser rate, benefit and/or working condition shall not be required to be offered by the Union to Contractor-Members of the Association, which otherwise would be required as set forth in the paragraph of this Article immediately preceding this one.

SECTION 3: Extra Contract

The Contractor agrees not to enter into any agreement or contract with its employees, individually or collectively, which in any way conflicts with the terms and provisions of this Agreement. Any such agreement shall be null and void.

SECTION 4: Work Week Reduction

If either the Fair Labor Standards Act or the Wage/Hour regulations are subsequently amended so as to result in substantial penalties to either the employees or the Contractor, a written notice shall be sent by either Party requesting negotiations to amend those provisions of the Agreement which are affected. Thereafter, the Union and the Contractor shall enter into immediate negotiations for the purpose of arriving at a mutually satisfactory solution. In the event the Parties cannot agree on a solution to any problems arising from this Section within sixty (60) days after receipt of the stated written notice, either Party shall be allowed economic recourse.

SECTION 5: New Equipment

Where new types of equipment, operations and/or classifications for which rates of pay are not established by this Agreement are put into use, after seven (7) working days such operations covered by this Agreement rates governing such equipment, operations, and/or classifications shall be subject to negotiations between the Parties.

Rates agreed upon or awarded shall be effective as of the date equipment is put into use.

SECTION 6: Baltimore, Maryland Exhibitor Freight

In the event that the signatory contractors have a need to employ members of Local #639 at the Baltimore Convention Center, this agreement will permit the contractors to do so. It is expressly understood that this agreement and ability shall not conflict with any existing collective bargaining agreement and relationship.

*ARTICLE 7*

*GRIEVANCE PROCEDURE*

SECTION 1: **SHOW FLOOR DISPUTE RESOLUTION PROCEDURE**

In order to promote mutual interests and provide for a prompt and efficient settlement of show floor disputes, the following procedure shall apply.

1.    The dispute/disagreement shall immediately be removed from the show floor.

2    . The issue(s) shall be discussed in a less visible location in an attempt to resolve the issue(s).

3.    A representative of Labor (steward) and a representative from management shall be designated to discuss and resolve the issue(s).

4.    In the event that the issue(s) is not resolved, it shall be immediately referred to the appropriate business agent and management representative.

5.    Verbal and/or physical confrontations will not be tolerated and will be subject to appropriate action.

SECTION 2:    A grievance is hereby jointly defined as any difference of opinion or complaint between the employee(s) and/or the Union on the one hand, and the Contractor/Contractor(s) and/or Association on the other hand, in the interpretation or application of the terms of the Agreement.

Any grievance shall be settled in the following manner:

Step 1 - Problem Solving Step: The aggrieved employee(s) must present the grievance to the steward within five (5) working days after knowledge of the grievance or the reason for the grievance has occurred, except that no time limit shall apply in the case of a violation of wage provisions of this Agreement. If a satisfactory settlement is not effected with the foreman within three (3) working days, the steward and the employee shall submit such grievance in writing to the Union's business representative.

Step 2. The business representative shall then take the matter up with a representative of the Contractor with authority to act upon such grievance. (Step 2 Conference). A decision must be made within five (5) working days of the holding of the Step 2 Conference. (The Contractor or Association shall bring any grievance it/they may have to the attention of the Party [Union or employee(s)] causing the grievance, within five (5) working days of the incident or act giving rise to the grievance in this Step 2.)

13

**Step 3.** If within five (5) working days following the issuance of decision from the Step 2 Conference the Parties are unable to resolve a grievance, either the Union of the Contractor involved may submit the matter to the Federal Mediation and Conciliation Service (FMCS). The matter will go to an impartial mediator by a written notice within ten (10) days to the other Party, which choice of mediator may be approved by the other Party. If no choice of mediator is mutually agreed upon, the matter shall be referred to the Federal Mediation and Conciliation service for a list of mediators to be mailed to the Parties. Each Parry shall reply with its preferred selections no later than three (3) days after receipt of such list. The mediator shall not have the authority to amend or modify this Agreement or establish new terms or conditions of this Agreement. Both parties may elect to skip mediation and go Step 4 of the process.

**Step 4.** In the event that the grievance is not resolved at its Step 3 meeting, either the Contractor, the Association (if involved), or the Union may submit the matter to an impartial arbitrator by a written notice within ten (10) days to the other Party, which choice of arbitrator may be approved by the other Party. If no choice of arbitrator is mutually agreed upon, the matter shall be referred to the Federal Mediation and Conciliation service for a list of arbitrators to be mailed to the Parties. Each Parry shall reply with its preferred selections no later than three (3) days after receipt of such list.

The arbitrator shall not have the authority to amend or modify this Agreement or establish new terms or conditions of this Agreement. The arbitrator shall determine any question of arbitrability. If the position of the Union is sustained, the employee(s) shall be entitled to all the benefits of the Agreement which should have accrued to the employee(s) had there been no breach of the Agreement.

**SECTION 3:** Any steward shall be permitted to leave his or her work to investigate and adjust the grievance of any employee within his/her jurisdiction, after notification to his/her supervisor. Employees shall have the steward or a representative of the Union present during the discussion of any grievance with representative(s) of the Contractor.

**SECTION 4:** A mutual settlement of the grievance pursuant to the procedures set forth herein and/or a decision of the arbitrator shall be final and binding on all Parties and the employees involved. If the Contractor fails to comply with the award of the arbitrator or with the procedures of this Article, the Union has a right to take all legal and economic action to enforce compliance, and vice versa.

**SECTION 5:** Notwithstanding anything herein contained, it is agreed that in the event any Contractor is delinquent at the end of a period in the payment of its contribution to the health and welfare or pension fund or funds created under this Agreement and in accordance with the rules and regulations of the trustees of such funds, after the proper official of the Union has given seventy-two (72) hours written notice to the Contractor of such delinquency in health and

welfare and/or pension payments, the employees or the Union shall have the right to take such action as may be necessary until such delinquent payments are made. It is further agreed that in the event such action is taken, the Contractor shall be responsible to the employees for losses resulting therefrom.

SECTION 6: The Union or its authorized representative shall have the right to examine time sheets and any other records pertaining to the computation of compensation of any individual whose pay is in dispute. The Union or its authorized representative shall also have the right to examine any records pertaining to a specific grievance.

SECTION 7:  The procedures set forth herein may be invoked only by an authorized representative of the Employer-Contractor/Association and the Union.

SECTION 8: No demand for arbitration shall be considered timely if filed with the Federal Mediation and Conciliation Service more than ninety (90) days after the date of the incident or act giving rise to the filing of the grievance.

## ARTICLE 8
### DISCHARGE AND SUSPENSION

SECTION 1: The Contractor shall not discharge nor suspend any employee without just cause. In all cases involving the discharge or suspension of any employee, the Contractor must notify' the employee in writing of his/her discharge or suspension within five (5) days (excluding Saturdays, Sundays, and holidays) of the Contractor's knowledge of the infraction and the reason therefore. Such written notice shall also be given to the steward, and a copy mailed to the Union within one (1) working day from the time of the discharge or suspension.

SECTION 2:  In respect to discharge or suspension, except as provided later in this Section, the Contractor must give at least.one (1) warning notice of the specific complaint against such employee in writing and a copy of the same to the Union and the steward. The warning notice as herein provided shall not remain in effect for a period of more than nine (9) months from the date of the occurrence upon which the complaint and warning notice are based. Refer to Contractor Work Rules attached for just cause which may result in immediate discharge or suspension.

SECTION 3: Any employee discharged must be paid in full for all wages owed him/her by the Contractor including earned vacation pay, if any, within five (5) working days from the date of discharge.

SECTION 4: A discharged or suspended employee must advise his/her Union in writing, within five (5) working days after receiving notification of such action against him/her, of his/her desire to appeal the discharge or suspension. Notice of appeal from discharge or suspension must

be made to the Contractor in writing within five (5) days from the date of discharge or suspension and/or return to his point of origin or the base of operations for the day, as applicable.

SECTION 5: If the Union and the Contractor are unable to agree as to the settlement of any timely-filed grievance, then it may be referred to the grievance procedure as set forth in Article 7.

## ARTICLE 9
## PROTECTION OF RIGHTS

Sanctioned Picket Lines

It shall not be a violation of this Agreement, and it shall not be cause for discharge or disciplinary action in the event that an employee refuses to enter upon any property involved in a primary labor dispute, or refuses to go through or work behind any primary picket line, including primary picket lines at the Contractor's place of business.

## ARTICLE 10
## WAGES AND OVERTIME

Effective during the term of this Agreement, the straight time hourly rate of pay shall be as follows:

(A) Working Foreman In Charge

A Working Foreman in Charge (WFIC) may be designated by the Contractor when over twenty (20) Teamsters are employed on the show floor, or when the Contractor otherwise deems necessary. When the number of Teamsters employed on the show floor is less than twenty (20), there may or may not be any "WFIC" designated for that day. This classification and rate of pay shall be effective only at show sites. The rate of pay for the "WFIC" shall be $2.00 per hour over the base rate of the employee designated by the Contractor as "WFIC".

(B) Working Foreman

Working Foremen (WT) may be designated by the Contractor; the Contractor has the right to determine if WF are needed. The rate of pay for WF shall be $1.25 per hour over the base rate of the employee designated by the Contractor as a WF.

(C) GFE

|  | April 1, 2003 | April 1, 2004 | April 1, 2005 |
|---|---|---|---|
| Health & Welfare | $3.17 | $3.32 | $3.52 |
| Pension | $4.01 | $4.18 | $4.33 |
| Annual salary increase | $0.50 | $0.50 | $0.50 |
| Hourly rate (not including fringes) | $22.20 | $22.70 | $23.20 |

[Note: For Sections (C)-(H), the stated rates are subject to reduction depending upon the money to be contributed into a pension/401K plan, as the Union and/or employees so authorize.]

(D) Seniority Drivers[1] (Not Grandfathered).

|  | April 1, 2003 | April 1, 2004 | April 1, 2005 |
|---|---|---|---|
| Health & Welfare | $3.17 | $3.32 | $3.52 |
| Pension | $4.01 | $4.18 | $4.33 |
| Annual salary increase | $0.50 | $0.50 | $0.50 |
| Hourly rate (not including fringes) | $21.20 | $21.70 | $22.20 |

(E) Seniority Checkers and Stewards[2]

|  | April 1, 2003 | April 1, 2004 | April 1, 2005 |
|---|---|---|---|
| Health & Welfare | $3.17 | $3.32 | $3.52 |
| Pension | $4.01 | $4.18 | $4.33 |
| Annual salary increase | $0.50 | $0.50 | $0.50 |
| Hourly rate (not including fringes) | $21.20 | $21.70 | $22.20 |

(F)  Seniority Employees - (Other than Drivers and "Grandfathered", Checkers or Stewards).

|  | April 1, 2003 | April 1, 2004 | April 1, 2005 |
|---|---|---|---|
| Health & Welfare | $3.17 | $3.32 | $3.52 |
| Pension | $4.01 | $4.18 | $4.33 |
| Annual salary increase | $0.50 | $0.50 | $0.50 |
| Hourly rate (not including fringes) | $20.20 | $20.70 | $21.20 |

---

[1] *It is the seniority driver-employee's responsibility to obtain and maintain his/her "CDL" in order for the seniority driver-employee to be eligible to be assigned by the Contractor to driving work that is available*

[2] *Note: Stewards will have the right to review time sheets both at the start and the conclusion of the employees' work shifts*

17

Trainees will not exceed ten percent (10%) of the labor call and will not be assigned unless the number of Teamsters employed is more than twenty (20).

To the extent the Union does not fill the call, the Contractor can fill the call from other sources.

All work performed on Sunday by all seniority employees shall be paid for at the rate of double time the applicable hourly rate.

All work performed on Saturday by all seniority employees shall be paid for at the rate of time and one-half the applicable hourly rate.

All work performed in excess of eight (8) hours on a regular work day shall be paid for at the rate of time and one-half the applicable hourly rate.

All seniority employees shall be used in accordance with their seniority for all work including premium work. Extra employees shall be only used after all seniority employees have been offered work opportunity.

Any seniority employee ordered to perform work shall be guaranteed eight (8) hours work or pay, except Saturday or Sunday, which shall be at four (4) hours guaranteed at the applicable overtime rate.

Replacement or extra employees shall be guaranteed four (4) hours of work or pay on any day when they are put to work.

### ARTICLE 11
### VACATIONS

SECTION 1: All employees who have been continuously in the employ of the Contractor for one (1) year or more shall receive one (1) week's vacation with pay after one (1) year; two (2) weeks' vacation with pay after three (3) years of continuous employment; three (3) weeks' vacation with pay after eight (8) years of continuous employment; four (4) weeks' vacation with pay after twelve (12) years of continuous employment.

For employees entitled to four (4) weeks' vacation, the fourth week does not have to be contiguous. Furthermore, if production requirements necessitate, the Contractor may pay the fourth week's pay without granting any additional time off.

An employee must work 130 days per year to qualify, unless absent due to illness or injury. Any employee who has been in the service of the Contractor for a period of one (1) year or more and who resigns or is laid off more than six (6) but not less than twelve (12) months following his/her most recent anniversary date of employment, shall be entitled to vacation pay

in an amount equal to one-twelfth (1/12) of the vacation pay to which he/she is eligible under the provisions of this Agreement, for each full month of service completed by such employee since his/her most recent anniversary date of employment. The amount of vacation pay to which such an employee would be entitled shall be consistent with the amount of vacation the employee would have been eligible to receive on his/her next anniversary date. This pro-rated vacation pay provision does not apply in cases of discharge. The anniversary date of employment shall be used to compute vacation eligibility rather than Agreement year.

The Contractor shall pay vacation pay prior to each employee's vacation. All vacation pay will be paid in separate checks or the Contractor will ensure that deductions are computed properly on a weekly basis.

SECTION 2: All vacations shall be picked by the employees in accordance with their seniority, it being understood that ten percent (10%) of the employees in a classification in a Department may take vacation at any time. The Contractor shall determine that number of employees on vacation at any given time consistent with efficient operations, providing more than ten percent (10%) of the employees in a classification in a Department have requested vacation at the same time. Such vacation periods will not be split unless mutually agreed to by the Contractor and the employee. Requests for vacations shall be made at least fifteen (15) days in advance. The employee must take his/her vacation within ten (10) months after the date on which he/she becomes eligible for such vacation, unless otherwise mutually agreed upon by the Contractor and the employee.

SECTION 3:  If a holiday falls during an employee's vacation, he/she shall receive another day's vacation with pay.

### ARTICLE 12
### HOLIDAYS

SECTION 1: Employees shall not be required to work and shall be paid eight (8) hours' pay at the straight time hourly rate for the following holidays: New Year's Day, Martin Luther King Day, Presidents' Day, Memorial Day, Fourth of July, Labor Day, Veterans' Day, Columbus Day, Thanksgiving Day, Day after Thanksgiving and Christmas.

SECTION 2: (A) Seniority employees called to work on any of the above-listed holidays shall be paid a minimum of four (4) hours' pay at one and one-half (1½) times the regular rate in addition to the eight (8) hours referred to above. The holiday pay shall start at 12:01 a.m.

SECTION 3: Employees who are serving their "thirty (30) working days during a sixty (60) days probationary period" are not entitled to holiday pay for holidays falling within the probationary period.

19

SECTION 4: All seniority employees covered by this Agreement and not on layoff shall receive the specified holidays with pay at the straight time rate provided that the seniority employee works the last regular work day preceding the holiday and the first regular work day following the holiday, unless previously excused, or subsequently excused for proven illness or injury. Failure of the Contractor to provide work for the last regular work day preceding the holiday or the first regular work day following the holiday shall not eliminate an employee from receiving holiday pay.

SECTION 5: Seniority employees may refuse to work on a holiday; however, all jobs must be covered by seniority employees with lesser seniority on the seniority list.

SECTION 6: All replacement or extra employees will be paid at the Saturday rate of pay for all hours worked on a holiday listed in this Agreement.

## ARTICLE 13
### TEAMSTERS LOCAL 639 EMPLOYERS HEALTH TRUST

The only agreement between the Contractor and the Union Parties to this Agreement regarding health and welfare benefits for employees covered by this Agreement is as follows:

1. Commencing with the first day of April 1999, and for the duration of the Agreement, and any renewals or extensions thereof, the Contractor agrees to make payments to the Teamsters Local 639 Employers Health Trust ("Health Trust") for each seniority employee covered by this Agreement, as follows:

(A) The Contractor shall make contributions to the above named Health Trust for each hour, or portion thereof, for which a seniority employee receives pay. However, Contractor contributions shall be limited to an amount based on a maximum of forty (40) hours paid to an employee in one (1) week.

| Effective Date | April 1, 2003 | April 1, 2004 | April 1, 2005 |
|---|---|---|---|
| | $0.15 | $0.15 | $0.20 |
| | $3.17 | $3.32 | $3.52 |

(B) For the purpose of this Article, each hour paid for, including hours attributable to show up time, and other hours for which pay is received by the employee in accordance with this Agreement, shall be counted as hours for which contributions are payable.

(C) Contributions shall be paid on behalf of any employee starting with the employee's first day of employment in a job classification covered by this Agreement. This includes, but is not limited to, probationary employees.

(D) The payments to the Health Trust required above shall be made to the "Teamsters Local 639 Health Trust" which was established under an "Agreement and Declaration of Trust'", dated June 19, 1979. The Contractor hereby agrees to be bound by and to the said "Agreement and Declaration of Trust", as though he/she had actually signed the same.

20

2.    The Contractor hereby irrevocably designates as its representatives on the Board of Trustees such Trustees as are now serving, or who will in the future serve, as contractor trustees, together with their successors. The Contractor further agrees to be bound by all actions taken by the Trustees pursuant to the said "Agreement and Declaration of Trust."

3.    All contributions shall be made at such time and in such manner as the Trustees require; and the Trustees shall have the authority to have an independent accountant audit the payroll and wage records of the Contractor for the purpose of determining the accuracy of contributions to the Health Trust.

4.    If a Contractor fails to make contributions to the Health Trust within twenty (20) days after the date required by the Trustees, the Union shall have the right to take whatever steps are necessary to secure compliance with the Agreement, any other provisions hereof to the contrary notwithstanding, and the Contractor shall be liable for all costs for collection of the payments due, together with attorney's fees and such penalties as may be assessed by the Trustees. The Contractor's liability for payment under this Article shall not be subject to or covered by any grievance or arbitration procedure of any "no-strike" clause which may be provided or set forth elsewhere in this Agreement.

5.    The health plan adopted by the Trustees of said Health Trust shall at all times conform with the requirements of the Internal Revenue Code so as to enable the Contractor at all times to treat contributions to the Health Trust as a deduction for income tax purposes.

## ARTICLE 14
### TEAMSTERS LOCAL 639 EMPLOYERS PENSION TRUST

The only agreement between Contractor and Union Parties to this Agreement regarding pension benefits for employees covered by this Agreement is, as follows:

1.    Commencing with the first day of April 2003 and for the duration of the Agreement, and any renewals or extensions thereof, the Contractor agrees to make payments to Local 639 Employers Pension Trust ("Pension Trust") for each seniority employee covered by this Agreement including WFIC, WF, GFE, Seniority Drivers, Forklift Operators, Exhibit Technicians, Decorators and Riggers, Stewards, and "Seniority Employees" as follows:

(A)    The Contractor shall make contributions in the named trust for each hour, or portion thereof for each seniority employee who receives pay, at the rate of $4.01, $4.18, and $4.33 per hour, effective April 1, 2003, April 1, 2004, and April 1, 2005, respectively. However, Contractor contributions shall be limited to: (1) an amount based on a maximum of forty (40) hours paid to a seniority employee in one weekend; and (2) to 140 hours paid to a seniority employee per month for the entire month.

| Effective date | April 1, 2003 | April 1, 2004 | April 1, 2005 |
|---|---|---|---|
| | $0.15 | $0.17 | $0.15 |
| | $4.01 | $4.18 | $4.33 |

(B)    For the purpose of this Article, each hour paid for, including hours attributable to show up time, and other hours for which pay is received ,by the seniority employee in accordance with this Agreement, shall be counted as hours for which contributions are payable.

(C)    Contributions shall be paid on behalf of any seniority employee starting with the employee's first day of employment in a job classification covered by this Agreement. This includes, but is not limited to, probationary employees.

(D)    The payments to the Pension Trust required above shall be made to the "Teamsters Local 639 Employers Pension Trust" which was established under an agreement and declaration of trust dated June 15, 1979. The Contractor hereby agrees to be bound by and to the said agreement and declaration of trust, as though he/she had actually signed the same.

2.    The Contractor hereby irrevocably designates as its representatives on the board of trustees such trustees as are now serving, or who will be in the future serving, as employer trustees, together with their successors. The Contractor further agrees to be bound by all actions taken by the trustees pursuant to the said agreement and declaration of trust.

3.    All contributions shall be made at such time and in such manner as the trustees are required; and the trustees shall have the authority to have an independent accountant audit the payroll and wage records of the Contractor for the purpose of determining the accuracy of contributions to the Pension Trust.

4.    If a Contractor fails to make contributions to the Pension Trust within twenty (20) days after the date required by the trustees, the Union shall have the right to take whatever steps are necessary to secure compliance with this Agreement, any other provisions hereof to the contrary notwithstanding, and that Contractor shall be liable for all costs for collection of the payments due together with attorney's fees and such penalties as may be assessed by the trustees. The Contractor's liability for payment under this Article shall not be subject to or covered by any grievance or arbitration procedure of any "no-strike" clause which may be provided or set forth elsewhere in this Agreement.

5.    The pension plan adopted by the trustees of said Pension Trust shall at all times conform with the requirements of the Internal Revenue Code so as to enable the Contractor at all times to treat contributions to the Pension Trust as a deduction for income tax purposes.

## ARTICLE 15
### COMPENSATION CLAIMS

The Contractor agrees to cooperate toward the prompt settlement of employee on-the-job injury claims when such claims are due and owing as required by law. The Contractor shall provide Worker's Compensation protection for all employees consistent with state and local laws.

In the event that an employee is injured on the job, the Contractor shall pay such employee his/her day's guarantee for that day lost because of such injury. An employee who is injured on the job and is sent home or to a hospital, or who must obtain medical attention, shall receive pay at the applicable hourly rate for the balance of his/her regular shift on that day. An employee who has returned to his/her regular duties after sustaining a compensable injury and who is required by his/her Worker's Compensation doctor to receive additional medical treatment during his/her regularly scheduled working hours, shall receive his/her regular hourly rate of pay for such time.

## ARTICLE 16
### BONDS

Should the Contractor require any employee to give bond, cash bond shall not be compulsory, and any premium involved shall be paid by the Contractor. The primary obligation to procure the bond shall be on the Contractor. If the Contractor cannot arrange for a bond within ninety (90) days, he/she must so notify the employee in writing. Failure to so notify shall relieve the employee of the bonding requirement. If proper notice is given, the employee shall be allowed thirty (30) days from the date of such notice to make his/her own bonding requirements, standard premiums only on said bond to be paid by the Contractor. A standard premium shall be that premium paid by the Contractor for bonds applicable to all other of its employees in similar classifications. Any excess premium is to be paid by the employee. Cancellation of a bond after once issued, shall not be cause for discharge unless the bond is canceled for cause which occurs during working hours, or due to the employee having given a fraudulent statement in obtaining said bond.

## ARTICLE 17
### EXAMINATION AND IDENTIFICATION FEES

SECTION 1: Physical, mental or other examinations required by a government body or the Contractor shall be promptly complied with by all employees, provided, however, the Contractor shall pay for all such examinations. The Contractor shall not pay for any time spent in the case of applicants for jobs and shall be responsible to other employees only for time spent at the place of examination or examinations, where the time spent by the employee exceeds two (2) hours, and in that case, only for those hours in excess of said two (2). , Examinations are to be taken at the employee's home terminal and are not to exceed one (1) in any one (1) year, unless the employee has suffered serious injury or illness during the year. Other than as provided in the Drug and Alcohol Testing Policy, employees will not be required to take examinations during their working hours.

The Contractor reserves the right to select its own medical examiner or physician, and the Union may, if it believes an injustice has been done an employee, have said employee reexamined at the Union's expense. In the event of disagreement between the doctor selected by the Contractor and the doctor selected by the Union, the Contractor and Union doctors shall together select a third doctor within thirty (30) days, whose opinion shall be final.

SECTION 2: Should the Contractor find it necessary to require employees to carry or record full personal identification, such requirement shall be complied with by the employees. The cost of such personal identification shall be borne by the Contractor.

## ARTICLE 18
### MILITARY CLAUSE

Employees enlisting or entering the military or Naval services of the United States, pursuant to the provisions of the Universal Military Training and Service Act and Amendments thereto, shall be granted all rights and privileges provided by the Act.

The Contractor shall pay the Health Trust and Pension Trust contributions on employees on leave of absence for training in the Military Reserves or National Guard, but not to exceed fourteen (14) days or 80 hours providing such absence affects his/her credits or coverage for the Health Trust and/or Pension Trust.

## ARTICLE 19
### POSTING OF AGREEMENT AND NOTICES

SECTION 1: Posting of Agreement

A copy of this Agreement shall be posted in a conspicuous place in each office.

SECTION 2: Union Bulletin Boards

The Contractor agrees to provide suitable space for the Union bulletin board in each office. Postings by the Union on such boards are to be confined to official business of the Union.

## ARTICLE 20
### SPLIT SHIFTS

There shall be no split shifts. In the event an employee agrees to return to work the following morning after working past midnight, he/she shall be granted one-half hour grace period beyond that starting time for being late.

## ARTICLE 21
### UNION ACTIVITES

Any employee member of the Union acting in any official capacity whatsoever shall not be discriminated against for his/her acts as such officer of the Union so long as such acts do not interfere with the conduct of the Contractor's business, nor shall there be any discrimination against any employee because of Unison membership or activities.

## ARTICLE 22
### INSPECTION PRIVALEGES

Authorized agents of the Union shall have *access* to the Contractor's establishment during working hours for the purpose of adjusting disputes, investigating working conditions, collection of dues, and ascertaining *that the* Agreement is being adhered to, provided however, that *there* is no interruption of the Contractor's working schedule.    The Union's authorized agent will first notify the Contractor representative at the show site upon his/her arrival at' the show site.

25

## ARTICLE 23
### SUBCONTRACTING

For the purpose of preserving work and job opportunities for the seniority employees covered by this Agreement, the Contractor agrees that it will not subcontract work to avoid this Agreement.

In the event that the Contractor needs extra equipment, he/she shall give equal opportunity and consideration to the Contractors who have an Agreement with this Union.

## ARTICLE 24
### SEPARATION OF EMPLOYMENT

Upon discharge, the Contractor shall pay all money including vacation pay due to the employee within five (5) working days. Upon an employee's quitting, the Contractor shall pay all money due to the employee including vacation pay on the pay day in the week following such quitting.

## ARTICLE 25
### UNIFORM AND DRESS CODE

The Contractor agrees that if any employee is required to wear any kind of uniform or safety equipment as a condition of his/her continued employment, such uniform or safety equipment shall be furnished by the Contractor free of charge, at the standard required by the Contractor.

Inappropriate, obscene, and/or unsafe dress will not be tolerated. Employees will present themselves for work in a neat, clean, and professional manner.

## ARTICLE 26
### ABSENCE

SECTION 1: Time off for Union Activities

The Contractor agrees to grant the necessary time off, without discrimination or loss of seniority rights for employee(s) to, attend a labor convention or serve in any capacity on other official Union business, provided forty-eight (48) hours' written notice is given to the Contractor by the Union, specifying length of time off. The Union agrees that, in making its request *for* time off *for* Union activities, due consideration shall be given to the number of employees affected in order that there shall be no disruption of the Contractor's operations due to lack of available employees.

26

SECTION 2: Leave of Absence

Consistent with the ADA and other applicable laws, any employee desiring leave of absence from his/her employment shall secure written permission from both the Union and Contractor. The maximum leave of absence shall be for ninety (90) days and may be extended for like periods. Permission for same must be secured from both the Union and Contractor. During the period of absence, the employee shall not engage in gainful employment in the same industry. Failure to comply with this provision shall result in the complete loss of seniority rights for the employees involved. Inability to work because of proven sickness or injury shall not result in the loss of seniority rights.

The employee must make suitable arrangements for continuation of Health Trust and Pension Trust payments before the leave may be approved by either the Union or Contractor.

SECTION 3: Pregnancy & Maternity Leave

(A)    A female employee will be granted a leave of absence due to pregnancy, written request and receipt by the Contractor of medical confirmation.
upon

(B)    If a female employee desires to work during her pregnancy, she may do so for as long as her condition permits and the Contractor may at any time require that her physician certify in writing that she is able to perform her regular duties without limitation.

(C)    She shall be permitted to return to work upon presentation of her physician's written certification that she is able to return to work within six (6) weeks after the birth, a written statement from her physician substantiating an extended leave of absence will be required. If such documentation is not submitted, she shall be considered to have quit as of her last day worked.

## *ARTICLE 27*
## *FUNERAL LEAVE*

In the event of a death in an employee's immediate family, namely: spouse, children, brothers, sisters, parents, and parents-in-law, the employee shall be paid in full for time lost not to exceed four (4) days. In the event of a death of a cousin, aunt, uncle, or grandparent, an employee shall be granted one (1) day off with pay to attend the funeral.

## ARTICLE 28
### JURY DUTY PAY

In the event that an employee loses all or part of his time on account of jury service, the Contractor shall pay such employee an amount sufficient to guarantee no loss in wages on account of such absence from work. Employees shall notify the Contractor within forty-eight (48) hours after they receive jury notice, and provide a copy of the summons.

## ARTICLE 29
### NON-DISCRIMINATION

SECTION 1: The Contractor and the Union agree not to discriminate against any individual with respect to hiring, compensation, or terms or conditions of employment because of such individual's race, color, religion, sex, national origin, pregnancy, disability or age, nor will they limit, segregate or classify employees in any way to deprive any individual employee of employment opportunities because of race, color, religion, sex, national origin, pregnancy, disability or age.

SECTION 2: The Contractor and the Union agree that there will be no discrimination by the Contractor or the Union against any employee because of his or her membership in the Union or because of any employee's lawful activity and/or support of the Union.

SECTION 3: Whenever any words are used in this Agreement in the masculine gender, they shall be construed as though they were also used in the feminine gender, and vice versa.

## ARTICLE 30
### SUPPLEMENT TO THIS AGREEMENT

An Addendum to this Agreement covering wages, hours of work, and other working conditions for casual (non-seniority) employees shall be negotiated and is by reference hereto made a part of this Agreement.

## ARTICLE 31
### SICK LEAVE

Consistent with the Parties' obligations under the ADA and other law, sick days will be provided as follows: Seniority employees having completed six (6) months' service shall qualify for one (1) working day sick leave during the following six (6) months without loss of pay. Seniority employees having completed one (1) year's service shall be entitled to five (5) working days' sick leave without loss of pay in each calendar year.

28

Seniority employees must work 130 days or 1040 hours to qualify for paid sick leave in each calendar year.

The Contractor shall pay seniority employees for any unused sick day pay, in the prior year, in the check for the hours worked in the first full week in January.

Seniority employees who are absent on account *of* illness for three (3) days or longer shall, upon request, furnish a doctor's certificate or other satisfactory proof of illness.

## ARTICLE 32
### SUPERVISORY PERSONELL

At no time will any non-Union employee be permitted to perform any work covered by this Agreement, except in an emergency.

## ARTICLE 33
### LIE DETECTOR TEST

The Company shall not require, request or suggest that an employee or applicant for employment take a polygraph or any other form of a lie detector test.

## ARTICLE 34
### NON-COVERED UNITS

This Agreement shall not be applicable 'to those operations of the Contractor where the employees are covered by a collective bargaining agreement with a union not signatory to this Agreement or to those employees who have not designated a representative of such employees in an appropriate bargaining unit as NLRB procedures provide. In the event the Union prevails, the Contractor and the Union will enter into negotiations immediately.

## ARTICLE 35
### TRAINING PROGRAMS

In the event that the Contractor acquires new equipment for which special training is needed, it is agreed that present employees in the bargaining unit shall be afforded the opportunity to be trained *and* qualified to operate such equipment before a new employee is hired to operate such equipment.

Teamster Local 639 and the Trade Show Contractors Association of Washington D.C. and Vicinity mutually agree to establish a formal training program specific to the trade show industry.

29

The program shall be jointly administered with three (3) Union trustees and three (3) Management trustees.

Within a six month period, no later than September 2003, a formal training program will be presented including training, testing, a curriculum, class schedule, an itemized listing of funding necessary, and trade show certification. Upon successful completion of this, the Contractors agree to fund the training program not to exceed $0.10 an hour per hour worked contribution. Employees failing to complete the Certified Training Program within the specified time limits shall have their wage revert back to the pre-March 31, 2003 rates."

## ARTICLE 35A
## LOSS OR DAMAGE

Employees shall not be charged for loss or damage unless clear proof of gross negligence is shown and/or an employee is found to be guilty of drunken driving or any other violation of Contractor rules and regulations and/or statutory ordinances.

## ARTICLE 35B
## TIME SHEETS AND TIME CLOCKS

In local operations, a daily time record shall be maintained by the Contractor at its place of business. In the event that the Contractor employs five (5) or more employees, it shall have time clock(s) at such main warehouse.

## ARTICLE 35C
## EMPLOYEE'S BAIL

SECTION 1: Employee's Bail

Employees will be bailed out of jail if accused of any offense in connection with the faithful discharge of their duties, and any employee forced to spend time in jail or in courts shall be compensated at his/her regular rate of pay. In addition, he/she shall be entitled to reimbursement of his/her meals, transportation, court costs, etc. provided, however, that faithful discharge of duties shall in no case include compliance with any order involving commission of a felony. In case an employee shall be subpoenaed as a Contractor witness, he/she shall be reimbursed for all time lost and expenses incurred.

SECTION 2: Suspension or Revocation of License

In the event that an employee shall suffer a suspension or revocation of his/her chauffeur's license because of a succession of size and weight penalties, caused by the employee complying with his/her Contractor's instructions to him/her, the Contractor shall provide employment for such employee at not less than his/her regular earnings at the time of such suspension for the entire period thereof subject, however, to the seniority and layoff provisions applicable to him/her at the time of such suspension.

## ARTICLE 35D
### COST, BONDS, COUNSEL, ETC.

When an employee is required to appear in any court for the purpose of testifying because of any accident he/she may have been involved in while in the Contractor's service during working hours, such employee shall be reimbursed in full by the Contractor for all earning opportunity lost because of such appearance.

The Contractor shall furnish employees who are involved in accidents during working hours with bail bond and legal counsel, and Contractor shall pay in full for same. Said bail bond and legal counsel shall remain assigned to the employee until all legal action in connection with said accident is concluded, provided that the employee is not charged and convicted of criminal negligence. This Section shall not apply to employees who are found guilty of drunken driving or any other violation of Contractor Work Rules as provided in the Addendum to this Agreement or statutory ordinances, or when involved in an accident during working hours.

The Contractor shall assume all responsibility for all court costs, legal fees and bail bond fees for any employee who is involved in any accident during working hours, and Contractor shall assume all responsibility for all judgments and awards against an employee who is involved in such accidents except for accidents involving criminal negligence for which the employee is found to have been guilty of drunken driving or any other violation of Contractor Work Rules (as set forth in Addendum), or ordinances.

## ARTICLE 35E
### DEFECTIVE EQUIPMENT AND DANGEROUS CONDITIONS OF WORK

The Contractor shall not require employees to take out on the streets or highways any vehicle that is not in safe operating condition or equipped with the safety appliances prescribed by law.    It shall not be a violation of this Agreement where employees refuse to operate such equipment unless such refusal is unjustified. All equipment which is refused because it is not mechanically sound or properly equipped, shall be appropriately

31

tagged so that it cannot be used by other drivers until the maintenance department has adjusted the complaint. After equipment is repaired, the Contractor shall place on such equipment an "ok" in a conspicuous place so the driver can see the same.

Under no circumstances will an employee be required or assigned to engage in an activity involving dangerous conditions of work or danger to person or property or in violation of any applicable statute or court order, or in violation of a government regulation relating to safety of person or equipment. The term "dangerous conditions of work" does not relate to the type of cargo which is hauled or handled. Any employee involved in any accident shall immediately report said accident and any physical injury sustained. When required by his/her Contractor, the employee, before starting his/her next shift, shall make out an accident report in writing on forms furnished by the Contractor and shall turn in all available names and addresses of witnesses to the accident. Failure to comply with this provision shall subject such employee to disciplinary action by the Contractor.

Employees shall immediately, or at the end of their shift, report all defects of equipment. Such reports shall be made on suitable forms furnished by the Contractor and shall be made in multiple copies, one copy to be retained by the employee. The Contractor shall not ask or require any employee to take out equipment that has been reported by any other employee as being in an unsafe operating condition until same has been approved as being safe by the mechanical department.

When the occasion arises where an employee gives a written report on forms in use by the Contractor of a vehicle being in an unsafe working or operating condition, and received no consideration from the Contractor, he/she shall take the matter up with the officers of the Union who will take the matter up with the Contractor. All newly purchased or leased equipment used as city peddle trucks and equipment regularly assigned to peddle runs, must have steps or other similar devices to enable drivers to get in and out of the body.

The Contractor shall install heaters and defrosters on all trucks and tractors.

## *ARTICLE 35F*
## *GARNISHMENTS*

In the event of notice to a Contractor of a garnishment or impending garnishment, the Contractor may take disciplinary action if the employee fails to satisfy such garnishment within a seventy-two (72) hour period after notice to the employee. If the Contractor is notified of three (3) garnishments, irrespective of whether satisfied by the employee, within the seventy-two hour period, the employee may be subject to discipline or discharge with a fewer number of garnishments or .impending garnishments if the employee fails to adjust the matter

within a seventy-two (72) hour period, such past practice shall be applicable in those cases. No garnishment or warning notice.

## ARTICLE 36
## EMERGENCY REOPENING

In the event of war, declaration of emergency or imposition of economic controls during the life of this Agreement, either Party may reopen the same upon sixty (60) days' written notice and request re-negotiation of matters dealing with wages and hours.

There shall be no limitation of time for such written notice.    Upon the failure of the Parties to agree in such negotiations, within sixty (60) days thereafter, either Party shall be permitted all lawful economic recourse to support its request for revisions. If governmental approval of revisions should become necessary, all Parties agree that the notice provided herein shall be accepted by all Parties as compliance with the notice requirements of applicable law, so as to permit economic action at the expiration thereof.

## ARTICLE 36A
## STRIKES/WORK STOPPAGES AND INTERRUPTIONS

SECTION 1: There shall be no strike, work stoppage, slowdown, work interruption or other disruption of the operations caused by cessation of work, picketing, sympathy strikes or otherwise, during the term of this Agreement except for just causes stipulated below. All such conduct is prohibited whether it is in protest of alleged breaches of this Agreement or otherwise. The Parties agree in this connection that all disputes between them, including disputes over the application of this Section, shall be finally and peacefully resolved pursuant to the grievance and arbitration provisions of this Agreement. Failure of an employee to abide by this provision shall be cause for immediate dismissal. Workers so dismissed may be replaced in accordance with this Agreement. The Union agrees to use its best efforts through its officers and representative to obtain an immediate and complete cessation of any such work stoppage, interruption, or picketing.

SECTION 2: Just causes for an interruption of the Contractor's operations shall be limited to nonpayment of wages for any pay period, nonpayment of fringe benefits as outlined in Articles 13 and 14, and failure to abide by the final decision of an arbitrator.

## ARTICLE 37
## SEPARABILITY AND SAVINGS CLAUSE

If any Article or Section of this Agreement or of any supplements or riders thereto should be held invalid by operation of law or by any tribunal of competent jurisdiction, or if compliance with or enforcement of any Article or Section should be restrained by such tribunal pending a final determination as to its validity, the remainder of this Agreement and of any supplements or riders thereto, or the application of such Article or Section to persons or circumstances other than those as to which it has been invalid or as to which compliance with or enforcement of has been restrained, shall not be affected thereby.

In the event that any Article or Section is held invalid or enforcement of or compliance with has been restrained, as above set forth, the Parties affected thereby shall enter into immediate collective bargaining negotiations after receipt of written notice of the desired amendments by either Contractor or Union for the purpose of arriving at a mutually satisfactory replacement for such Article or Section during the period of invalidity or restraint. There shall be no limitations of time for such written notice. If the Parties do not agree on a mutually satisfactory replacement within sixty (60) days after receipt of the stated written notice, either Parry shall be permitted all legal or economic recourse in support of its demands notwithstanding any provisions of this Agreement to the contrary.

## ARTICLE 38
## DRUG-FREE WORKPLACE ACT POLICY

A.    AS REQUIRED BY THE UNITED STATES FEDERAL GOVERNMENT, the Parties acknowledge that, as provided in the "Drug-Free Workplace Act of 1988", the Association prohibits the unlawful manufacture, distribution, dispensation, possession, or use of any controlled substance in the workplace, which includes all the employees, bargaining unit and otherwise, at all the facilities at the job sites served; and

B.    The Parties agree further that in the event an Association Member Contractor's employee is found to have violated this policy, he/she will be disciplined immediately subject to the Grievance and Arbitration Procedure of this Agreement; and

C.    The Parties agree further that the Association Member Contractor's Drug-Free Workplace Act policy (set forth in paragraphs A and B, above, together with this paragraph C) will be given to each employee represented by the Union, as part of this Agreement, and that all employees agree to abide by this drug-free workplace policy and to notify the Association and/or the Association Member Contractors if they are convicted of a criminal drug offense occurring at any job site.

34

1.    The possession of drug paraphernalia and the possession, ingestion, use, trafficking, being under the influence of, or testing positive for drugs at any Contractor's show site and the surrounding premises is prohibited. Surrounding premises are defined as Contractor staging areas used by the Contractor and its employees at any Contractor show site. Drugs are defined as Amphetamines, Cocaine, Barbiturates, Methaqualone, Benzodiazapines, Morphine, THC/Marijuana, Phencyclidine, "designer drugs", and all other drugs and substances which affect the personal senses of the employee.

2.    The Contractor retains the right to require any employee to submit to drug or alcohol urinalysis testing if the employee is involved in a reportable accident or injury which is serious or preventable, or if the employee's appearance, speech or job performance give indication that the employee may be under the influence of drugs or alcohol. The Contractor shall pay for all tests performed. If the employee's failure is based solely on his/her properly taking of a valid prescribed medication at the direction of the employee's physician, which medication is reported at the time of taking of the drug test, that failure will not be the basis for discipline under this Contractor's Drug Alcohol Testing Policy. If the employee refuses to take the aforementioned tests, he/she shall be immediately suspended at the show site and shall not be referred by the Union to other Association members for ninety (90) consecutive days, and will be subject to the provisions of Section 4A of this Article. A second refusal will involve termination and no future referral.

3.    Drug tests will only be administered at an approved and/or certified lab which the LMC approves. In Maryland, the Contractor shall follow Md. Health Gen. Code Ann. Sec. 17.214.1 when testing any employee for substance abuse. In all cases, including Virginia and the District of Columbia, the Contractor shall assure that a split sample specimen is preserved, and by this Article, the employee is advised in writing that the employee has the right, at his or her own cost, to order a confirmatory test from another certified laboratory. The employee affected and the Union shall be promptly notified in writing about any positive drug test. The notice that is given by the Medical Review Officer ("MRO") or a Contractor to satisfy its obligations shall state for which substance and in what amount(s) the test was reported positive.

4.    Violation of this Policy shall subject an employee to discipline up to, and including, discharge, per the following:

## ARTICLE 39
### DRUG AND ALCOHOL TESTING POLICY

**SECTION 1. Purpose:**

The parties agree on the importance of a safe work environment. To the extent that drug and alcohol use and abuse compromise work place safety, the parties adopt this policy as a means of achieving their mutual intent to create and maintain a drug and alcohol free workplace.

The parties also recognize that drug and alcohol abuse is an illness. It is therefore the intent of the Policy to set forth not only a uniform substance abuse procedure, but to provide, where appropriate, reasonable opportunity for rehabilitation and eventual return to work of those persons found in violation of this policy.

**SECTION 2. Applicability:**

The employer may conduct drug and alcohol testing for any individual referred to the Employer as a regualr employee or casual. Further, regular employees and casuals in the employ of the Employer may during the course of their employment, be subject to drug and alcohol testing under the following circumstances:

    a.     When the Employer has "probable cause" to believe, on the basis of objective signs and evidence, that an employee is under the influence of drugs or alcohol.

            "Probable Cause" shall mean the employer believes that actions, appearance, or conduct of any regular employee or casual are indicative of the use of drugs or alcohol.

    b.     For *Safety*. Any regular employee(s) or casual(s) who performs his/her job in a manner which results in injury to persons or serious damage to equipment or property will be subject to testing for the presence of drugs or alcohol. The injured party may also be subject to testing.

    c.     Notwithstanding anything to the contrary, the Employer shall not, in testing for the presence of drugs or alcohol, act in an arbitrary or capricious manner.

    d.     When the Employer determines that an employee is to be tested for drugs or alcohol in accordance with this Policy, the Employer shall immediately contact the Union Steward or a designated representative and inform him/her of the name of the person being tested and the reason for the test.

**SECTION #3. Testing Procedure:**

The test for the presence of controlled substances (drugs), shall be by urine sampling. Testing for the presence of alcohol shall be by breath testing. In order to ensure the Integrity of the testing process, the following procedure will be followed in conducting drug and alcohol testing:

a. **Consent Form:** Each regular employee or causal will be required to sign a Consent Form at the collection site prior to undergoing a drug or alcohol test for a reason set forth in this Policy. Failure to sign a Consent form will result in termination.

b. **Testing Laboratory:** A reliable laboratory certified by the Substance Abuse & Mental Health Services Administration (SAMHSA) (formerly known as National Institute on Drug Abuse (NIDA) ) will be used. The laboratory must maintain its certification.

c. **Integrity and Identity of Specimen:** Production of the specimen will not be observed. Each specimen will be identified by code number and not name, toensure the confidentiality of the Donor. Each container will be properly labeled and made tamper proof, in the presence of the donor.

d. **Chain of Custody:** Handling and transportation of each specimen will be properly documented through strict chain of custody procedures.

e. **Laboratory Analysis Procedures:** The initial test will be Enzyme Immunoassay. Each specimen identified as positive on the initial test shall be confirmed using Gas Chromatography/Mas Spectrometry techniques.

f. **Cutoff Levels:**

| Drugs | Screen Test | Confirmation Test |
|-------|-------------|-------------------|
| Amphetamines | 1000 ng/ml | 500 ng/ml |
| Barbituates | 500 ng/ml | 500 ng/ml |
| Cocaine | 300 ng/ml | 150 ng/ml |
| Marijuana | 50 ng/ml | 15 ng/ml |
| Opiates Group | 300 ng/ml | 300 ng/ml |
| PCP | 25 ng/ml | 25 ng/ml |
| Alcohol | .04 | .04 |

**SECTION 4. Results:**

a.    If the results of the drug or alcohol test are positive, in the absence of a reasonable explanation, the individual will normally be referred to a Rehabilitation Program for a minimum of fifteen (15) days for an appropriate rehabilitative process. If the individual refuses rehabilitation or fails to comply with the recommended course of treatment, his/her employment will be terminated. Part of the recommended course of treatment will involve a drug or alcohol test (with negative results reported) prior to being eligible to return to work. Further, the individual is subject to three (3) random drug tests during the twelve-month (12) period immediately following his/her return from rehabilitation.

b.    In cases involving serious bodily injury or harm or physical damage, the Employer may deem it appropriate to terminate the individual rather than to offer treatment or rehabilitation.

c.    After the process of rehabilitation, should the individual revert to drug or alcohol use, as confirmed by testing only as defined by this Policy, his/her employment will be terminated with the Employer making further efforts to rehabilitate. Thus, a second occurrence will result in the individual's termination from employment.

**SECTION 5. Records:**

All drug and alcohol test results and records are considered confidential and will be kept by the private testing laboratory. They will be made known only to those Employer and Union representatives who must be involved in the decision-making process and results will only be reported as "positive" or "negative". Information regarding an Individual's illegal use of drugs may be released outside of the Company in the Grievance and Arbitration procedures, and only as required in the rehabilitation process or as required by law.

**SECTION 6. Training:**

Upon execution of this Policy, the Employer and the Union shall conduct Supervisor/Steward Training on the application and administration of this Policy.

## *ARTICLE 40*
### *TERMINATION CLAUSE*

SECTION 1: This Agreement shall be in full force and effect from April 1, 1999 to and including March 31, 2003, and shall continue from year to year thereafter unless written notice of desire to cancel or terminate the Agreement is served by either Party upon the other at least sixty (60) days prior to date of expiration.

SECTION 2: Where no such cancellation or termination notice is served and the Parties desire to continue said Agreement but also desire to negotiate changes or revisions in this Agreement, either Party may serve upon the other a notice at least sixty (60) days prior to March 31, 2003.

If a notice is given in accordance with the provisions of this Section, the expiration date of this Agreement shall be the sixty-first (61st) day following such notice.

## *ARTICLE 41*
### *MANAGEMENT RIGHTS CLAUSE*

SECTION 1: The management of the company and the direction of the working force, including the right to plan, direct, curtail, determine, and control operations, hire, suspend, discipline, or discharge for just cause, layoff, transfer, or relieve employees from duties because of lack of work, to promote efficiency or for other legitimate reasons, and all rights and powers customarily exercised by an employer, except as may be specifically limited by this agreement, are vested exclusively in the company.

SECTION 2: It shall be the responsibility of management to sign labor for work at all venues. The Union Steward will be copied of all relevant worker information. The sign-in forms shall be provided by management/contractor. This does not prohibit management from assigning this function to a bargaining unit Teamster.

SECTION 3: The contractor reserves the right to discipline, suspend, and/or discharge an employee for just cause.

SECTION 4: The use of portable/cell type phones is prohibited during working hours. The only exception to this rule is the Union Shop Steward utilizing his/her portable/cel phone to conduct Union business.

# CASUAL LABOR ADDENDUM TO AGREEMENT

## ARTICLE 1
## RECOGNITION

SECTION 1. The Trade Show Contractors Association of Washington, D.C. and Vicinity, hereinafter sometimes referred to as "Association", on behalf of the individual Association Member-Contractor-Employers (hereinafter sometimes referred to individually as "Contractor" or "Employer"), as listed on the signature page of this Casual Labor Addendum to Agreement (hereinafter sometimes referred to as "Addendum") recognizes and acknowledges Teamsters Local Union 639, hereinafter referred to as the "Union", as the sole and exclusive representative of all drivers, forklift operators, material handlers, helpers and other classifications specified in this Addendum employed as labor at the site of as exhibition or other exhibit halls within the jurisdictional boundaries of the Union.

SECTION 2. The work of the Union shall consist of delivery of freight, loading and unloading of freight; movement to and from storage areas and the operation of all mobile equipment (e.g., towmotors, electric jacks, etc.) done at the site of the exhibition or other exhibit halls within the jurisdictional boundaries of the Union.

Work relating to the delivery of chairs, tables, smokers and ashtrays may be performed by a composite crew which includes Carpenters and the Union when such work is done at the site of the exhibition or other exhibit halls within the jurisdictional boundaries of the Union.

The Work of the Union may be performed by seniority Union employees of the Contractor within the jurisdictional boundaries of the Union, provided work permits are secured, when required, from the business representative. "Grandfathered" employees have the right to perform any Union work.

The Contractor agrees to notify the Business Representative of the Union when a new fulltime employee has been hired to perform the work of the Union.

It is agreed that full-time employees who are not yet members of the Union, may be utilized at the show sites during the evaluation period. The Contractor agrees that no more than two (2) such employees may be employed at the same show site at the same time. The Contractor shall contact the Business Representative for a work permit for such probationary employees who will work at the show site.

## ARTICLE 2

### WAGES AND OVERTIME

(Including Contributions to Pension Trust and Health Trust)

SECTION 1. Pay Scale

Effective during the term of this Agreement, the straight time hourly rate of pay shall be as follows:

(A) Working Foreman In Charge

A Working Foreman In Charge (WFIC) may be designated by the Contractor when over twenty (20) Teamsters are employed on the show floor in a day, unless Contractor otherwise determines to do so. When the number of Teamsters employed on the show floor is less than twenty (20), there shall be no "WFIC" designated for that day, unless Contractor otherwise determines to do so. This classification and rate of pay shall be effective only at show sites. The rate of pay for the "WFIC" shall be $2.00 per hour over the base rate of the employee designated by the Contractor as "WFIC".

(B) Working Foreman

Working Foremen may be designated by the Contractor; the Contractor has the right to determine if working foremen are needed. The rate of pay for working foremen shall be $1.25 per hour over the base rate of the employee designated by the Contractor as a Working Foreman.

(D)    (Non-Seniority)Exhibit Technicians, Decorators, and Riggers

|  | April 1, 2003 | April 1, 2004 | April 1, 2005 |
|---|---|---|---|
| Health & Welfare | $3.17 | $3.32 | $3.52 |
| Pension | $0.15 | $0.30 | $0.45 |
| Annual salary increase | $0.35 | $0.35 | $0.35 |
| Hourly rate (not including fringes) | $17.00 | $17.35 | $17.70 |

(E)    (Non-Seniority) Forklift Operators

|  | April 1, 2003 | Jan. 1, 2004 | April 1, 2004 | Jan. 1, 2005 | April 1, 2005 | Jan. 1, 2006 |
|---|---|---|---|---|---|---|
| Health & Welfare | $3.17 |  | $3.32 |  | $3.52 |  |
| Pension | $0.15 |  | $0.30 |  | $0.45 |  |
| Annual increase | $0.35 |  | $0.35 |  | $0.35 |  |
| Fork differential |  | $0.25 |  | $0.25 |  | $0.25 |
| Hourly rate (not including fringes) | $17.00 | $17.25 | $17.60 | $17.85 | $18.20 | $18.45 |

44

(F)    (Non-Seniority) Drivers, Checkers and Stewards.

|  | April 1, 2003 | April 1, 2004 | April 1, 2005 |
|---|---|---|---|
| Health & Welfare | $3.17 | $3.32 | $3.52 |
| Pension | $0.15 | $0.30 | $0.45 |
| Annual salary increase | $0.35 | $0.35 | $0.35 |
| Hourly rate (not including fringes) | $18.15 | $18.50 | $18.85 |

1    The Contractor shall make contributions to the aforementioned Health and Welfare Trust for each hour worked or portion thereof for which the non-seniority employee receives pay. These contributions are not effected by over-time or double-time rates.

2    The Contractor shall make contributions to the aforementioned Pension Trust for each hour worked or portion thereof for which the non-seniority employee receives pay. These contributions are not effected by over-time or double-time rates.

2    It is the regular driver-employee's responsibility to obtain and maintain his/her "CDL" in order for the regular driver-employee to be eligible to be assigned by the Contractor to driving work that is available.

3    Note: Stewards will have the right to review time sheets both at the start and the conclusion of the employees' work shifts.

(F)    (Non-Seniority) Helpers and Freight Traffic Controllers.

|  | April 1, 2003 | April 1, 2004 | April 1, 2005 |
|---|---|---|---|
| Health & Welfare | $3.17 | $3.32 | $3.52 |
| Pension | $0.15 | $0.30 | $0.45 |
| Annual salary increase | $0.20 | $0.20 | $0.15 |
| Hourly rate (not including fringes) | $15.60 | $15.80 | $15.95 |

(G)    Trainees (less than one (1) year service in this industry).

|  | April 1, 2003 | April 1, 2004 | April 1, 2005 |
|---|---|---|---|
| Annual Salary Increase | $0.40 | $0.40 | $0.40 |
| Hourly Rate | $12.40 | $12.80 | $13.20 |

Trainees are not eligible for Pension or Health and Welfare Benefits.

Trainees will not exceed ten percent (10%) of the labor call and will not be assigned unless the number of Teamsters employed us more than twenty (20).

All work performed on Sunday by all Casual (Non-Seniority) Employees shall be paid for at the rate of double time the applicable hourly rate.

All work performed on Saturday by all Casual (Non-Seniority) Employees shall be paid for at the rate of time and one-half the applicable hourly rate.

All work performed in excess of eight (8) hours on a regular work day shall be paid for at the rate of time and one-half the applicable hourly rate.

45

All Casual (Non-Seniority) Employees shall be used for all work including premium work only after all Seniority Employees have been offered work opportunity.

Any Casual (Non-Seniority) Employee ordered to perform work shall be guaranteed four (4) hours work or pay. The guarantee for Saturday and Sunday work opportunity will be four (4) hours guaranteed at the applicable overtime rate.

Casual (Non-Seniority)-Employees shall be guaranteed four (4) hours work or pay on any day they are put to work.

Two shifts of eight (8) hours or more may be scheduled within a twenty-four (24) hour period. This is not to be construed that a Casual (Non-Seniority) Employees can refuse to work more than eight (8) hours if requested.

A Casual (Non-Seniority) Employee is a worker who is used on a temporary daily basis to supplement a Contractor's regular work force. A Casual (Non-Seniority) Employee shall be procured from the Union Hiring Hall or referral list (where applicable) which shall be operated on. a nondiscriminatory basis in accordance with applicable law. It is specifically understood that a worker who is working as a Casual (Non-Seniority) Employee is not working towards seniority.

SECTION 2. Effective during the term of this Addendum, the Contractor agrees that all meal hours will be for the period of one-half hour, which will be scheduled between the fourth hour and fifth hour of work, since the last meal hour. In the event circumstances require, after consultation with the Steward, employees may continue to work after the established meal hour, but must be given the meal hour by the fifth hour. The Contractor also agrees to a ten minute break in the morning, afternoon and evening where applicable. The break will be called by the Union steward at a mutually agreeable time consistent with the needs of the Contractor.

SECTION 3. Payment of Wages and Benefits

The Contractor shall be responsible for the preparation of paychecks to all of its full-time and part-time employees. Checks for employees working on their regular payday shall be delivered to the show site by 4:00 P.M. and employees will receive their paychecks at the work site when they sign out for the day. Paychecks for those who are not working shall be delivered by the Contractor to the office of the Union by 1:00 P.M. on Friday.

The Contractor shall be responsible to see that all pay checks are correct according to hours worked by employees. In the event of an alleged error, the Contractor shall make every reasonable effort to resolve the alleged error to the satisfaction of the employee within three (3) working days. In the event the Contractor error involves eight (8) hours or more and the employee does not receive satisfactory compensation for such hours within the three (3) working days, the Contractor shall pay the employee, as a penalty, the greater of five percent (5%) of the gross pay not paid or ten dollars ($10.00) per day for each day after the three (3) working days he waits to receive payment.

Contractor errors of less than eight (8) hours shall be corrected in the next paycheck which will be paid on the next regular payday.

## ARTICLE 3

### HOLIDAY PAY

The following holidays are recognized: New Year's Day, Martin Luther King Day, President's Day, Memorial Day, Fourth of July, Labor Day, Veteran's Day, Columbus Day, Thanksgiving Day, Day after Thanksgiving, and Christmas.

All casual workers will be paid at the Saturday rate of pay for all hours worked on any of the above holidays.

## ARTICLE 4

### USE OF PERSONAL VEHICLE, WORK RULES IN SERVICE, KIT BOOKED SHOWS (30) DAYS PRIOR

SECTION 1. Employees who use their own vehicle on Contractor business, at the Contractor's request, shall be paid at the rate of thirty cents ($.30) per mile.

SECTION 2. The Contractor agrees to notify its clients of the Union work rules and also agrees to publish information relating to such work rules in the exhibitor service kits.

SECTION 3. The Contractor agrees to furnish the Union a list of all booked shows thirty (30) days prior to the start of such show installation for the purpose of aiding the Union in planning for labor calls.

## ARTICLE 5

### CONTRACTOR CALLS

SECTION 1. (A) The Union agrees that the Contractor has the right to request the first nine (9) employees from the Union, from a list of all active individuals working out of the Union, which list is to be made available to Contractors, and which list will be updated and distributed every six (6) months.    The remainder of the call will not exceed fifty percent (50%) requested by the Contractor, and the Contractor agrees that those requested will be dispatched only if those requested are not already on another call or show.

It is understood that all calls for requested employees are for no less than four (4) hours, but may be for more than four (4) hours at the Contractor's discretion. If a requested employee is not available, then the requested employee shall have no right for employment at that time and said employee shall comply with the Union's referral procedure for future employment.

(B) Whenever possible, the Contractor agrees to make "initial" calls for part-time employees to the Union at least three (3) days prior to the day such employees are due to report to work.

(C) The Union agrees to furnish the Contractor with a list of employees scheduled to report at the start of the job by 1:00 P.M. on the day prior to the day such employees are due to report to work. The Union will furnish all casual employees from a Union list made up of qualified Teamster members. Qualified Teamster members will be certified through the Joint Labor and Management Training Program.

(D) Thereafter, once work in connection with a particular job begins, the Union shall be notified of calls for additional employees by 1:00 P.M. of the day before such employees are to report. Within a reasonable time of receiving such notice, the Union will call the Contractor if the Union will be unable to meet the call. The Steward will bring the list of the employees scheduled to report and the list shall include the qualification of each employee.

(E)    In the event the Union is unable to furnish the number of qualified employees requested by the Contractor at the time and date specified, the Contractor may obtain the required employees from whatever source available.

(F)    The Casual steward shall be the last teamster laid off , provided that they are qualified to do the work.

## ARTICLE 6

### STRIKES/WORK STOPPAGES AND INTERRUPTIONS

SECTION 1. There shall be no strike, work stoppage, slowdown, work interruption or other disruption of the Contractor's operations caused by cessation of work, picketing, sympathy strikes or otherwise during the term of this Addendum, except for just causes stipulated within the Addendum to Show Site Agreement. All such conduct is prohibited whether it is in protest of alleged breaches of this Addendum or otherwise. The Parties agree in this connection that all disputes between them, including disputes over the application of this Section, shall be finally and peaceful ly resolved pursuant to the Grievance and Arbitration provisions of the Agreement to which this Addendum applies. Failure of an employee to abide by this provision shall be cause for immediate dismissal. Workers so dismissed may be replaced in accordance with this Addendum and the Agreement. The Union agrees to use its best efforts through its officers and representatives to obtain an immediate and complete cessation of any such work.

SECTION 2. Just causes for an interruption of the Contractor's operation shall be limited to nonpayment of wages for any pay period. Nonpayment of fringe benefits as outlined in the Show Site Agreement and failure to abide by the final decision of an arbitrator.

48

FOR THE TRADE SHOW
ASSOCIATION
WASHINGTON, D.C.
AND VICINITY

FOR THE UNION CONTRACTORS
TEAMSTERS LOCAL 639 OF

Members of Association

Bargaining Committee:

FOR THE TRADE SHOW      CONTRACTORS
ASSOCIATION OF WASHINGTON, D.C.
AND VICINITY:

FOR THE UNION:

TEAMSTERS LOCAL 639

Members of Association
Bargaining Committee:

Dale P. Finney                              Date
President

James F. Woodward
Business Representative

Arata Expositions, Inc.                     Date

Breede Exposition Services                  Date

Champion Expo Contractors, Inc.             Date

Freeman Decorating Company                  Date

GES Exposition Services, Inc                Date

Hargrove, Inc.                              Date

21st Century Expo Group, Inc.               Date

U-Neek Expo, Inc.                           Date

49

List of Contractor-Members of the
Association as of April 1, 2003,
date of ratification of Agreement:


Arata Expositions, Inc.
Brede Exposition Services
Champion Expo
Freeman Decorating Company
GES Exposition Services, Inc.
Hargrove, Inc.
21st Century Expo Group, Inc.
U-Neek Expo, Inc.

Tim McGill,                                    Date
CEO, Hargrove, Inc.

Ray McFarland,                                 Date
President/CEO,
21st Century Expo Group, Inc.

John Gorton,                                   Date
President, U-Neek Expo


List of Contractor-Members of the
Association as April 1, 2003,
date of ratification of Agreement:


   Arata Expositions, Inc.
   Brede Exposition Services
   Champion Expo
   Freeman Decorating Company
   GES Exposition Services, Inc.
   Hargrove, Inc.
   21st Century Expo Group, Inc.
   U-Neek Expo, Inc.

X _Cecil Adams_

Cecil Adams       DATE
Shepard Expo Sucs
1531 Carroll Dr. NW
Atlanta, GA. 30318

51

IN WITNESS WHEREOF the Parties hereto have set their hands and seals to be effective as of April 1, 2003.

FOR THE TRADE SHOW
CONTRACTORS ASSOCIATION OF
WASHINGTON, D.C. AND VICINITY:

FOR THE UNION:
TEAMSTERS LOCAL 639

MEMBERS OF THE
ASSOCIATION BARGAINING
COMMITTEE:

_James F Woodward_ 11-13-03
Jim Woodward,                                      Date
Business Representative
Teamsters Local 639

_____    Date
Tom Arata, Jr.
General Manager, Arata Expo

_____    Date
David C. Bracken
General Manager, Brede
Exposition Services

_____    Date
Christopher Valentine
CFO, Champion Exposition
Services

_____    Date
Mike O'Neil
General Manager, Freeman
Decorating Company

_____    Date
Paul Dykstra
President and C.E.O.
GES Exposition Services

50

_____
Tim McGill,                    Date
CEO, Hargrove, Inc.


_____
Ray McFarland,                 Date
President/CEO,
21st Century Expo Group, Inc.


_____
John Gorton,                   Date
President, U-Neek Expo



List of Contractor-Members of the
Association as of April 1, 2003,
date of ratification of Agreement:


Arata Expositions, Inc.
Brede Exposition Services
Champion Expo
Freeman Decorating Company
GES Exposition Services, Inc.
Hargrove, Inc.
21st Century Expo Group, Inc.
U-Neek Expo, Inc.


X_____ 11/10/03
Jim Petrovich          Date
Adam Petrovich &
Associates, INC,


X_____
Shepard Expo SucSDate
1531 Carroll DR. NW
Atlanta GA, 30318


51

_____

Tim McGill,                           Date
CEO, Hargrove, Inc.

_____

Ray McFarland,                        Date
President/CEO,
21ˢᵗ Century Expo Group, Inc.

_____

John Gorton,                          Date
President, U-Neek Expo


List of Contractor-Members of the
Association as of April 1, 2003,
date of ratification of Agreement:


Arata Expositions, Inc.
Brede Exposition Services
Champion Expo
Freeman Decorating Company
GES Exposition Services, Inc.
Hargrove, Inc.
21st Century Expo Group, Inc.
U-Neek Expo, Inc.


x _Cecil Adams_____

Cecil Adams        DATE
Shepard Expo Svcs
1531 Carroll Dr. NW
Atlanta, GA. 30318


Crystal D. Jackson

Ebony Express of Wash. D.C. Inc.    Date

# EXHIBIT C

# AGREEMENT

## BETWEEN

## TRADE SHOW CONTRACTORS ASSOCIATION OF WASHINGTON, D.C. AND VICINITY

## AND

## TEAMSTERS' LOCAL UNION #639

### April 1, 1999 - March 31, 2003

## TABLE OF CONTENTS

Page

ARTICLE 1    RECOGNITION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
ARTICLE 2    TRANSFER OF COMPANY TITLE OR INTEREST . . . . . . . . . . . 1
ARTICLE 3    UNION SECURITY & CHECKOFF . . . . . . . . . . . . . . . . . . . . 1
            SECTION 1:  Union Security . . . . . . . . . . . . . . . . . . . . . 1
            SECTION 2:  Checkoff . . . . . . . . . . . . . . . . . . . . . . . . . 2
            SECTION 3:  Drive Checkoff . . . . . . . . . . . . . . . . . . . . . 3
ARTICLE 4    STEWARDS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
            SECTION 1: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
ARTICLE 5    SENIORITY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
            SECTION 1:  Senority . . . . . . . . . . . . . . . . . . . . . . . . . 4
            SECTION 2:  Senority Rank and Posting . . . . . . . . . . . 5
            SECTION 3:  Loss of Seniority . . . . . . . . . . . . . . . . . . 6
            SECTION 4:  Layoff and Recall . . . . . . . . . . . . . . . . . . 6
ARTICLE 6    MAINTENANCE OF STANDARDS . . . . . . . . . . . . . . . . . . . 7
            SECTION 1:  Protection of Conditions . . . . . . . . . . . . 7
            SECTION 2:  Favorable Conditions . . . . . . . . . . . . . . . 7
            SECTION 3:  Extra Contract . . . . . . . . . . . . . . . . . . . . . 8
            SECTION 4:  Work Week Reduction . . . . . . . . . . . . . . . 8
            SECTION 5:  New Equipment . . . . . . . . . . . . . . . . . . . . 8
            SECTION 6:  Baltimore, Maryland Exhibitor Freight . . . 8
ARTICLE 7    GRIEVANCE PROCEDURE . . . . . . . . . . . . . . . . . . . . . . . . 9
            SECTION 1: Show Floor Dispute Resolution
                       Procedure . . . . . . . . . . . . . . . . . . . . . . . 9
            SECTION 2: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
            SECTION 3: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
            SECTION 4: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
            SECTION 5: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
            SECTION 6: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
            SECTION 7: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
            SECTION 8: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
ARTICLE 8    DISCHARGE OR SUSPENSION . . . . . . . . . . . . . . . . . . . 11
            SECTION 1: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
            SECTION 2: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
            SECTION 3: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
            SECTION 4: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
            SECTION 5: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

ARTICLE 9      PROTECTION OF RIGHTS . . . . . . . . . . . . . . . . . . . . . . . . . 12
ARTICLE 10     WAGES AND OVERTIME . . . . . . . . . . . . . . . . . . . . . . . . 12
               (A) Working Foreman In Charge . . . . . . . . . . . . . . . 12
               (B) Working Foreman . . . . . . . . . . . . . . . . . . . . . . . . 13
               (C) GFE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
               (D) Drivers (Non-Seniority), Forklift . . . . . . . . . . . . . 13
               Operators, Exhibit Technicians,
               Decorators, and Riggers . . . . . . . . . . . . . . . . . . . . 13
               (E) Seniority Drivers . . . . . . . . . . . . . . . . . . . . . . . . . 13
               (E-1) Checkers . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
               (F) Seniority Employees . . . . . . . . . . . . . . . . . . . . . 14
               (G) Helpers, Freight Traffic Controllers . . . . . . . . . . 14
               (H) Trainees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
ARTICLE 11     VACATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
               SECTION 1: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
               SECTION 2: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
               SECTION 3: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
ARTICLE 12     HOLIDAYS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
               SECTION 1: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
               SECTION 2: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
               SECTION 3: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
               SECTION 4: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
               SECTION 5: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
               SECTION 6: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
ARTICLE 13     TEAMSTERS LOCAL 639 EMPLOYERS HEALTH TRUST . . . . . . 17
ARTICLE 14     TEAMSTERS LOCAL 639 EMPLOYERS PENSION TRUST . . . . . 18
ARTICLE 15     COMPENSATION CLAIMS . . . . . . . . . . . . . . . . . . . . . . . 20
ARTICLE 16     BONDS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
ARTICLE 17     EXAMINATION AND IDENTIFICATION FEES . . . . . . . . . . . 21
               SECTION 1: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
               SECTION 2: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
ARTICLE 18     MILITARY CLAUSE . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
ARTICLE 19     POSTING OF AGREEMENTS AND NOTICES . . . . . . . . . . . . 22
               SECTION 1: Posting of Agreement . . . . . . . . . . . . . . 22
               SECTION 2: Union Bulletin Boards . . . . . . . . . . . . . . 22
ARTICLE 20     SPLIT SHIFTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
ARTICLE 21     UNION ACTIVITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
ARTICLE 22     INSPECTION PRIVILEGES . . . . . . . . . . . . . . . . . . . . . . . 22

ARTICLE 23     SUBCONTRACTING ................................. 23
ARTICLE 24     SEPARATION OF EMPLOYMENT ..................... 23
ARTICLE 25     UNIFORMS ........................................ 23
ARTICLE 26     ABSENCE ........................................ 23

                SECTION 1:   Time Off For Union Activities .......... 23
                SECTION 2:   Leave of Absence ................... 24
                SECTION 3:   Pregnancy & Maternity Leave .......... 24

ARTICLE 27     FUNERAL LEAVE .................................. 24
ARTICLE 28     JURY DUTY PAY .................................. 25
ARTICLE 29     NON-DISCRIMINATION ............................ 25
            SECTION 1: ..................................... 25
            SECTION 2: ..................................... 25
            SECTION 3: ..................................... 25
ARTICLE 30     SUPPLEMENT TO THIS AGREEMENT ............... 25
ARTICLE 31     SICK LEAVE ..................................... 25
ARTICLE 32     SUPERVISORY PERSONNEL ....................... 26
ARTICLE 33     LIE DETECTOR TEST ............................. 26
ARTICLE 34     NON-COVERED UNITS ............................ 26
ARTICLE 35     TRAINING PROGRAMS ........................... 26
ARTICLE 35A    LOSS OR DAMAGE .............................. 27
ARTICLE 35B    TIME SHEETS AND TIME CLOCKS .............. 27
ARTICLE 35C    EMPLOYEE'S BAIL .............................. 27
                SECTION 1:   Employee's Bail ................... 27
                SECTION 2:   Suspension or Revocation of License .... 27
ARTICLE 35D    COST, BONDS, COUNSEL, ETC. .................. 28
ARTICLE 35E    DEFECTIVE EQUIPMENT AND DANGEROUS
            CONDITIONS OF WORK ......................... 28
ARTICLE 35F    GARNISHMENTS ................................ 29
ARTICLE 36     EMERGENCY REOPENING ........................ 30
ARTICLE 36A    STRIKES/WORK STOPPAGES AND INTERRUPTIONS ....... 30
            SECTION 1: ..................................... 30
            SECTION 2: ..................................... 30
ARTICLE 37     SEPARABILITY AND SAVINGS CLAUSE ............. 30
ARTICLE 38     DRUG-FREE WORKPLACE ACT POLICY .............. 31
ARTICLE 39     DRUG AND ALCOHOL TESTING POLICY ............ 32
ARTICLE 40     TERMINATION CLAUSE .......................... 34
ARTICLE 41     MANAGEMENT PEROGATIVE ..................... 34

[4-26-99]

# AGREEMENT

## ARTICLE 1
## RECOGNITION

The Trade Show Contractors Association of Washington, D.C. and Vicinity, hereinafter sometimes referred to as "Association", on behalf of the individual Association Member-Contractor-Employers (hereinafter sometimes referred to individually as "Contractor" or "Employer"), as listed on the signature page of this Agreement (hereinafter sometimes referred to as "Agreement") recognizes and acknowledges Teamsters Local Union 639, hereinafter referred to as the "Union", as the sole and exclusive representative of all employees in the classifications of work covered by this Agreement for the purposes of collective bargaining as provided by the National Labor Relations Act, as amended.

## ARTICLE 2
## TRANSFER OF COMPANY TITLE OR INTEREST

Any Successor to the business of the Contractor, by whatever form or manner resulting, may agree to continue this Agreement in force by executing such documents that may be acceptable to the Union. The Contractor agrees to encourage the successor to employ the full-time members of the Union employed by Contractor at the time of succession and further to recognize the seniority of such employees at that time.

This Agreement shall continue to be binding upon the Contractor should the Contractor move its place of business whether under a different name or corporation or otherwise and shall be binding upon the Contractor therefor.

## ARTICLE 3
## UNION SECURITY & CHECKOFF

SECTION 1:          Union Security

This Article applies only to those seniority employees who will be working in the classifications covered by this Agreement.

All present seniority employees who are members of the Union on the effective date of this subsection or on the date of execution of this Agreement, whichever is the later, shall remain



members of the Union in good standing as a condition of employment. All present seniority employees who are not members of the Union and all seniority employees who are hired thereafter shall become and remain members in good standing of the Union as a condition of employment on and after the 31st day following the beginning of their employment or on and after the 31st day following the effective date of this subsection or the execution date of this Agreement, whichever is the later. This provision shall be made and become effective as of such time as it may be made and become effective under the provisions of the National Labor Relations Act, but not retroactively.

The failure of any person to become a member of the Union at the required time shall obligate the Contractor, upon written notice from the Union to such effect and to further effect that Union membership was available to such person on the same terms and conditions generally available to other members, to forthwith discharge such person. Further, the failure of any person to maintain his Union membership in good standing as required herein shall, upon written notice to the Contractor by the Union to such effect, obligate the Contractor to discharge such person.

In the event of any change in the law during the term of this Agreement, the Contractor agrees that the Union will be entitled to receive the maximum union security which may be lawfully permissible.

If any provision of this Article is invalid under the law of any state wherein this Agreement is executed, such provision shall be modified to comply with the requirements of state law or shall be renegotiated for the purpose of adequate replacement. If such negotiations shall not result in a mutually satisfactory Agreement, the Union shall be permitted all legal or economic recourse.

SECTION 2:  Checkoff

The Contractor agrees to deduct from the pay of all seniority employees covered by this Agreement, the dues, initiation fees and/or uniform assessments of the Union, all such deductions which shall be made monthly. Where laws require written authorization by the employee, the same is to be furnished in the form required. No deduction shall be made which is prohibited by applicable law.

In the event the Union develops a rate per hour or a percentage of weekly earnings to be deducted as dues for part-time employees, the Contractor agrees to make such deductions from the employee's paycheck and remit same to the Union on a monthly basis, provided the Union shall furnish proper authorization for such deductions.



## SECTION 3:  Drive Checkoff

The Contractor agrees to deduct from the paycheck of all full-time employees cov
this Agreement voluntary contributions to "Drive".  "Drive" shall notify the Contracto
amounts designated by each contributing employee that are to be deducted from his/her pa
on a weekly basis for all weeks worked.  The phrase "weeks worked" excludes any wee
than a week in which the employee earned wages.  The Contractor shall transmit to
national headquarters on a monthly basis, in one check, the total amount deducted along
name of each employee on whose behalf a deduction is made, the employee's social
number and the amount deducted from the employee's paycheck.  The International Broth
of Teamsters shall reimburse the Contractor annually for the Contractor's actual cost
expenses incurred in administering the weekly deduction plan.

The Contractor agrees to deduct a one-time voluntary contribution from pa
employees covered by this Agreement to "Drive".  "Drive" shall notify the Contractor
amount designated by each contributing employee. Such contributions deducted shall be r
to "Drive" on a monthly basis as outlined above.

### *ARTICLE 4*
### *STEWARDS*

SECTION 1:  The Contractor recognizes the right of the Union to designate  stewa
alternates.

Neither Working Foremen ("WF") nor Working Foremen in Charge ("WFIC") ar
assigned as steward at the show site.

Stewards are working stewards.

The authority of stewards and alternates so designated by the Union shall be limi
and shall not exceed, the following duties and activities:

1.  The investigation and presentation of grievances in accordance with the provisi
the Agreement;

2.  The collection of dues when authorized by appropriate Union action; and



3. The transmission of such messages and information which shall originate with, and are authorized by, the Union or its officers, provided such messages and information

(A) Have been reduced to writing, or

(B) If not reduced to writing, are of a routine nature and do not involve work stoppages, slowdowns, refusal to handle goods, or any other interference with the Contractor's business.

Stewards and alternates have no authority to take strike action, or any other action interrupting the Contractor's business, except as authorized by official action of the Union.

The Contractor recognizes these limitations upon the authority of stewards and their alternates, and shall not hold the Union liable for any unauthorized acts. The Contractor in so recognizing such limitations shall have the authority to impose proper discipline, including discharge, in the event the steward has taken unauthorized strike action, slowdown, or work stoppage in violation of this Agreement.

Stewards shall be permitted to investigate, present and process grievances on or off the property of the Contractor, without loss of time or pay. Such time spent handling grievances shall be considered working hours in computing daily and/or weekly overtime. In the event of a "slack season", the casual steward shall be the last casual employee to be laid off.

The steward shall remain at the show site during all hours that work is to be performed under this Agreement except when the Contractor anticipates merely to provide "baby sitting" or other de minimis service. The Union must be notified and it must be given the opportunity to assign a steward whenever the work of the Contractor requires two (2) or more persons to complete any task that is bargaining unit work.

## ARTICLE 5
## SENIORITY

SECTION 1: The Contractor recognizes the principle that senior employees shall have preference provided that the senior employee in question has relatively equal skills, talents, dependability and attitude to perform to the utmost efficiency of operations for the Contractor.

Seniority shall prevail and is defined as the seniority which an employee acquires from his/her most recent date of hire. Seniority shall apply with respect to overtime (see below), job bidding, vacation, and other Agreement benefits.



Seniority shall not be the absolute factor in staffing positions. The Contractor agrees to consider seniority as the first step in staffing. Seniority shall not be used to create overtime. The Union will not take straight time for employees, and turn it into premium time for seniority employees through bumping and other means. The aforementioned language is not intended to discriminatorily deny seniority employees earning opportunities, i.e. including both regular and premium earnings, provided that the Contractor believes that the individual(s) in question seeking the earning opportunity(s) are qualified to do the work, provided further that training opportunities are made available for the employees. Seniority employees will have bumping rights on all premium earning opportunities, provided that there shall be no bumping of Working Foremen In Charge ("WFIC"), and provided further that Contractors shall be able to designate WFIC, whenever needed.

All seniority employees shall be used in accordance with their seniority for all work including premium work, provided, however, that they are qualified to perform the work available. Extra employees shall only be used after all seniority employees have been offered the work opportunity.

SECTION 2: Seniority Rank and Posting

(A) Within thirty (30) days after the signing of this Agreement, the Contractor shall post in a conspicuous place at the Contractor's Offices, a list of employees arranged according to their seniority. Every twelve (12) months thereafter, the Contractor shall post an up-to-date seniority list. Claims for corrections to such lists must be made to the Contractor in writing, with a copy to the Union, within ten (10) days after posting and after such time the list will be regarded as correct. Any controversy over the seniority standing of any employee on such list, if raised within such ten (10) days' period, shall be submitted to the grievance procedure as established by this Agreement.

(B) A new employee shall work under the provision of this Agreement but shall be employed only on a thirty (30) day trial basis, during which period he/she may be discharged without further recourse; provided, however, that the Contractor may not discharge or discipline for the purpose of evading this Agreement or discriminating against Union members.

To become eligible to be placed on the Contractor's seniority list, an employee must work for thirty (30) days in a sixty (60) day period. Upon meeting this requirement, the employee shall be added to the Contractor's seniority list.



If any employee is hired as a replacement or extra employee, he/she shall not becor seniority employee until he/she meets the requirements of this Agreement as stated above.

(C)  The Union shall be entitled to a seniority list each six (6) months upon reques

SECTION 3:  Loss of Seniority

(A)  Seniority shall be broken only by:

    (1)  Discharge;

    (2)  Voluntary quit;

    (3)  No work or layoffs for more than one (1) year;

    (4)  Failure to respond to notice of recall as specified in Section 4 of this Artic

    (5)  Unauthorized leave of absence;

    (6)  Unauthorized failure to report for work for three (3) consecutive days when w is available.

(B)  Consistent with the requirements of The Americans with Disabilities Act ("AD and other applicable law, any employee who is absent because of proven illness injury shall accumulate his/her seniority, provided, however, that he/she must rep his/her availability for work within three (3) days after the termination of su proven illness or injury.

SECTION 4:    Layoff and Recall

(A)  When it becomes necessary to reduce the work force, and all probationary employe have been laid off, then the lowest employee on the seniority list shall be laid off first, and wh the force is again increased, the employees are to be offered the opportunity to return to wc in the reverse order in which they were laid off.  Employees will not be considered to have be laid off until they have not worked one (1) week or more.

(B)  In the event of a recall, the laid off employee shall be given notice of recall telegram, registered or certified mail, or "fax" sent to the address last given to the Contractor the employee.  Within three (3) calendar days after tender of delivery of the Contractor's noti at such address, the employee must notify the Contractor by telegram, registered or certified ma or "fax" of his/her intent to return to work and must actually report to work within seven ( calendar days after date of tender of delivery of the recall notice, unless it is mutually agreed th the employee need not return to work within such seven (7) calendar day period.  In the eve



the employee fails to comply with the above provisions, he/she shall lose all seniority rig
this Agreement and shall be considered as a voluntary quit.

(C)  Notwithstanding the above, in the event a seniority employee on layoff
recall to work by telephone and actually returns to work when called, it shall not be
that he/she be notified by telegram, mail or fax.

### ARTICLE 6
### MAINTENANCE OF STANDARDS

<u>SECTION 1</u>:  Protection of Conditions

The Contractor agrees that all conditions of employment relating to wages, hours
overtime differentials and general working conditions shall be maintained at not less
highest standards in effect at the time of the signing of this Agreement, and the cond
employment shall be improved wherever specific provisions for improvement are made el
in this Agreement.

It is agreed that the provisions of this Section shall not apply to inadvertent or b
errors made by the Contractor or the Union in applying the terms and conditions
Agreement if such error is corrected within ninety (90) days from the date of error.

This provision does not give the Contractor the right to impose or continue wage
and working conditions less than those contained in this Agreement.

<u>SECTION 2</u>:  Favorable Conditions

The Union agrees that in the event it makes any new agreements or alters any
agreements to supply, or does supply labor to any other employer, contractor or exhi
perform such work as that established by any part of this Agreement for a rate of pay, b
or working conditions less than that established by any part of this Agreement, such less
benefit and/or working condition shall immediately be made available to the Contractor
to this Agreement.   The Union agrees further that each and every Contractor-Party
Agreement shall have the right, upon request, to see all other written agreements which the
has made, or makes, with any other employer, contractor or exhibitor performing trade
work within the jurisdiction of the Union.

In the event that the Union is ordered, however, by the National Labor Relations
or a court of competent jurisdiction, to permit an employer-contractor not a member
Association to provide rates of pay, benefits, or working conditions less than that establis



any part of the Agreement, such lesser rate, benefit and/or working condition shall not be required to be offered by the Union to Contractor-Members of the Association, which otherwise would be required as set forth in the paragraph of this Article immediately preceding this one.

SECTION 3:  Extra Contract

The Contractor agrees not to enter into any agreement or contract with its employees, individually or collectively, which in any way conflicts with the terms and provisions of this Agreement.  Any such agreement shall be null and void.

SECTION 4:  Work Week Reduction

If either the Fair Labor Standards Act or the Wage/Hour regulations are subsequently amended so as to result in substantial penalties to either the employees or the Contractor, a written notice shall be sent by either Party requesting negotiations to amend those provisions of the Agreement which are affected.  Thereafter, the Union and the Contractor shall enter into immediate negotiations for the purpose of arriving at a mutually satisfactory solution.  In the event the Parties cannot agree on a solution to any problems arising from this Section within sixty (60) days after receipt of the stated written notice, either Party shall be allowed economic recourse.

SECTION 5:  New Equipment

Where new types of equipment, operations and/or classifications for which rates of pay are not established by this Agreement are put into use, after seven (7) working days such operations covered by this Agreement rates governing such equipment, operations, and/or classifications shall be subject to negotiations between the Parties.

Rates agreed upon or awarded shall be effective as of the date equipment is put into use.

SECTION 6:  Baltimore, Maryland Exhibitor Freight

In the event that the Union (Teamsters Local 639) is definitely awarded by the AFL-CIO the jurisdiction for handling of freight, viz. the delivery and unloading and loading of "exhibitor freight in Baltimore, Maryland," the Contractor agrees to use the Union (Teamsters Local 639) for all such work (as provided in the Agreement) in Baltimore, Maryland.

### ARTICLE 7
### GRIEVANCE PROCEDURE

## SECTION 1: SHOW FLOOR DISPUTE RESOLUTION PROCEDURE

In order to promote mutual interests and provide for a prompt and efficient settlement of show floor disputes, the following procedure shall apply.

1. The dispute/disagreement shall immediately be removed from the show floor.
2. The issue(s) shall be discussed in a less visible location in an attempt to resolve the issue(s).
3. A representative of Labor (steward) and a representative from management shall be designated to discuss and resolve the issue(s).
4. In the event that the issue(s) is not resolved, it shall be immediately referred to the appropriate business agent and management representative.
5. Verbal and/or physical confrontations will not be tolerated and will be subject to appropriate action.

SECTION 2: A grievance is hereby jointly defined as any difference of opinion or complaint between the employee(s) and/or the Union on the one hand, and the Contractor/Contractor(s) and/or Association on the other hand, in the interpretation or application of the terms of the Agreement.

Any grievance shall be settled in the following manner:

Step 1 - Problem Solving Step: The aggrieved employee(s) must present the grievance to the steward within five (5) working days after knowledge of the grievance or the reason for the grievance has occurred, except that no time limit shall apply in the case of a violation of wage provisions of this Agreement. If a satisfactory settlement is not effected with the foreman within three (3) working days, the steward and the employee shall submit such grievance in writing to the Union's business representative.

Step 2. The business representative shall then take the matter up with a representative of the Contractor with authority to act upon such grievance. (Step 2 Conference). A decision must be made within five (5) working days of the holding of the Step 2 Conference. (The Contractor or Association shall bring any grievance it/they may have to the attention of the Party [Union or employee(s)] causing the grievance, within five (5) working days of the incident or act giving rise to the grievance in this Step 2.)



Step 3. If within five (5) working days following the issuance of decision from the Step 2 Conference the Parties are unable to resolve a grievance, either the Union or the employee involved (or the Contractor or Association, if applicable) may submit the grievance, in writing, to a Labor Management Committee ("LMC") composed of three (3) representatives appointed by the Association and three (3) representatives appointed by the Union, who shall serve at the will of the appointing body. At the next regularly scheduled meeting of the LMC, or within thirty (30) days after issuance of the decision from the Step 2 Conference, whichever occurs first, the LMC will meet to attempt to resolve the grievance. The Grievant (the Party pursuing the complaint) has the right to be present at this Step 3 meeting.

Within five (5) days following the Step 3 meeting, the LMC will notify all Parties in writing of its decision. The LMC shall impose upon the violating Party (if any) any remedy which it deems appropriate. Such decision and remedy (if any) shall be final and binding upon the Parties directly involved including the Union, the Association, and the employee - Grievant, if applicable.

Step 4. In the event that the LMC deadlocks upon, or is unable to resolve, the grievance at its Step 3 meeting, either the Contractor, the Association (if involved), or the Union may submit the matter to an impartial arbitrator by a written notice within ten (10) days to the other Party, which choice of arbitrator may be approved by the other Party. If no choice of arbitrator is mutually agreed upon, the matter shall be referred to the Federal Mediation and Conciliation service for a list of arbitrators to be mailed to the Parties. Each Party shall reply with its preferred selections no later than three (3) days after receipt of such list.

The arbitrator shall not have the authority to amend or modify this Agreement or establish new terms or conditions of this Agreement. The arbitrator shall determine any question of arbitrability. If the position of the Union is sustained, the employee(s) shall be entitled to all the benefits of the Agreement which should have accrued to the employee(s) had there been no breach of the Agreement.

SECTION 3: Any steward shall be permitted to leave his or her work to investigate and adjust the grievance of any employee within his/her jurisdiction, after notification to his/her supervisor. Employees shall have the steward or a representative of the Union present during the discussion of any grievance with representative(s) of the Contractor.

SECTION 4: A mutual settlement of the grievance pursuant to the procedures set forth herein and/or a decision of the arbitrator shall be final and binding on all Parties and the employees involved. If the Contractor fails to comply with the award of the arbitrator or with



the procedures of this Article, the Union has a right to take all legal and economic action to enforce compliance, and vice versa.

SECTION 5: Notwithstanding anything herein contained, it is agreed that in the event any Contractor is delinquent at the end of a period in the payment of its contribution to the health and welfare or pension fund or funds created under this Agreement and in accordance with the rules and regulations of the trustees of such funds, after the proper official of the Union has given seventy-two (72) hours written notice to the Contractor of such delinquency in health and welfare and/or pension payments, the employees or the Union shall have the right to take such action as may be necessary until such delinquent payments are made. It is further agreed that in the event such action is taken, the Contractor shall be responsible to the employees for losses resulting therefrom.

SECTION 6: The Union or its authorized representative shall have the right to examine time sheets and any other records pertaining to the computation of compensation of any individual whose pay is in dispute. The Union or its authorized representative shall also have the right to examine any records pertaining to a specific grievance.

SECTION 7: The procedures set forth herein may be invoked only by an authorized representative of the Employer-Contractor/Association and the Union.

SECTION 8: No demand for arbitration shall be considered timely if filed with the Federal Mediation and Conciliation Service more than ninety (90) days after the date of the incident or act giving rise to the filing of the grievance.

## ARTICLE 8
## DISCHARGE OR SUSPENSION

SECTION 1: The Contractor shall not discharge nor suspend any employee without just cause. In all cases involving the discharge or suspension of any employee, the Contractor must notify the employee in writing of his/her discharge or suspension within five (5) days (excluding Saturdays, Sundays, and holidays) of the Contractor's knowledge of the infraction and the reason therefore. Such written notice shall also be given to the steward, and a copy mailed to the Union within one (1) working day from the time of the discharge or suspension.

SECTION 2: In respect to discharge or suspension, except as provided later in this Section, the Contractor must give at least one (1) warning notice of the specific complaint against such employee in writing and a copy of the same to the Union and the steward. The warning notice as herein provided shall not remain in effect for a period of more than nine (9) months



from the date of the occurrence upon which the complaint and warning notice are based. Refer to Contractor Work Rules attached for just cause which may result in immediate discharge or suspension.

SECTION 3: Any employee discharged must be paid in full for all wages owed him/her by the Contractor including earned vacation pay, if any, within five (5) working days from the date of discharge.

SECTION 4: A discharged or suspended employee must advise his/her Union in writing, within five (5) working days after receiving notification of such action against him/her, of his/her desire to appeal the discharge or suspension. Notice of appeal from discharge or suspension must be made to the Contractor in writing within five (5) days from the date of discharge or suspension and/or return to his point of origin or the base of operations for the day, as applicable.

SECTION 5: If the Union and the Contractor are unable to agree as to the settlement of any timely-filed grievance, then it may be referred to the grievance procedure as set forth in Article 7.

## ARTICLE 9
## PROTECTION OF RIGHTS

Sanctioned Picket Lines

It shall not be a violation of this Agreement, and it shall not be cause for discharge or disciplinary action in the event that an employee refuses to enter upon any property involved in a primary labor dispute, or refuses to go through or work behind any primary picket line, including primary picket lines at the Contractor's place of business.

## ARTICLE 10
## WAGES AND OVERTIME

Effective during the term of this Agreement, the straight time hourly rate of pay shall be as follows:

(A) Working Foreman In Charge

A Working Foreman in Charge (WFIC) may be designated by the Contractor when over twenty (20) Teamsters are employed on the show floor, or when the Contractor otherwise deems necessary. When the number of Teamsters employed on the show floor is less than twenty (20), there may or may not be any "WFIC" designated for



that day.  This classification and rate of pay shall be effective  only at show sites. The rate of pay for the "WFIC" shall be $1.75 per hour over the base rate of the employee designated  by the Contractor as "WFIC".

(B)  Working Foreman

Working Foremen (WF) may be designated by the  Contractor; the Contractor has the right to determine if WF are needed.  The rate of pay for WF shall be $1.00 per hour over the base rate of the employee designated by the Contractor as a WF.

(C)  GFE

| April 1, 1999 | April 1, 2000 | April 1, 2001 | April 1, 2002 |
|---|---|---|---|
| $19.35 | $20.10 | $20.90 | $21.70 |

[Note: For Sections (C)-(H), the stated rates are subject to reduction depending upon the money to be contributed into a pension/401K plan, as the Union and/or employees so authorize.]

(D)  Drivers (Non-Seniority), Forklift Operators, Exhibit Technicians, Decorators, and Riggers.

**See Casual Labor Addendum**

(E)  Seniority Drivers[1] (Not Grandfathered).

| April 1, 1999 | April 1, 2000 | April 1, 2001 | April 1, 2002 |
|---|---|---|---|
| $18.35 | $19.10 | $19.90 | $20.70 |

(E-1)  Seniority Checkers and Stewards.[2]

---

1  It is the seniority driver-employee's responsibility to obtain and maintain his/her "CDL" in order for the seniority driver-employee to be eligible to be assigned by the Contractor to driving work that is available.

2  Note:  Stewards will have the right to review time sheets both at the start and the conclusion of the employees' work shifts.



| April 1, 1999 | April 1, 2000 | April 1, 2001 | April 1, 2002 |
|---------------|---------------|---------------|---------------|
| $18.35        | $19.10        | $19.90        | $20.70        |

(F)  Seniority Employees - (Other than Drivers and "Grandfathered").

| April 1, 1999 | April 1, 2000 | April 1, 2001 | April 1, 2002 |
|---------------|---------------|---------------|---------------|
| $17.35        | $18.10        | $18.90        | $19.70        |

(G)  Helpers, Freight Traffic Controllers

| April 1, 1999 | April 1, 2000 | April 1, 2001 | April 1, 2002 |
|---------------|---------------|---------------|---------------|
| $16.15        | $16.90        | $17.70        | $18.50        |

(H)  Trainees (Less than one (1) year service in this industry)

| April 1, 1999 | April 1, 2000 | April 1, 2001 | April 1, 2002 |
|---------------|---------------|---------------|---------------|
| $11.25        | $11.50        | $11.75        | $12.00        |

Trainees will not exceed ten percent (10%) of the labor call and will not be assigned unless the number of Teamsters employed is more than twenty (20).

To the extent the Union does not fill the call, the Contractor can fill the call from other sources.

All work performed on Sunday by all seniority employees shall be paid  for at the rate of double time the applicable hourly rate.

All work performed on Saturday by all seniority employees shall be paid for at the rate of time and one-half the applicable hourly rate.

All work performed in excess of eight (8) hours on a regular work day shall be paid for at the rate of time and one-half the applicable hourly rate.

All seniority employees shall be used in accordance with their seniority for all work including premium work. Extra employees shall be only used after all seniority employees have been offered work opportunity.



Any seniority employee ordered to perform work shall be guaranteed eight (8) hours work or pay, except Saturday or Sunday, which shall be at four (4) hours guaranteed at the applicable overtime rate.

Replacement or extra employees shall be guaranteed four (4) hours of work or pay on any day when they are put to work.

## ARTICLE 11
## VACATIONS

SECTION 1: All employees who have been continuously in the employ of the Contractor for one (1) year or more shall receive one (1) week's vacation with pay after one (1) year; two (2) weeks' vacation with pay after three (3) years of continuous employment; three (3) weeks' vacation with pay after eight (8) years of continuous employment; four (4) weeks' vacation with pay after twelve (12) years of continuous employment.

For employees entitled to four (4) weeks' vacation, the fourth week does not have to be contiguous. Furthermore, if production requirements necessitate, the Contractor may pay the fourth week's pay without granting any additional time off.

An employee must work 130 days per year to qualify, unless absent due to illness or injury. Any employee who has been in the service of the Contractor for a period of one (1) year or more and who resigns or is laid off more than six (6) but not less than twelve (12) months following his/her most recent anniversary date of employment, shall be entitled to vacation pay in an amount equal to one-twelfth (1/12) of the vacation pay to which he/she is eligible under the provisions of this Agreement, for each full month of service completed by such employee since his/her most recent anniversary date of employment. The amount of vacation pay to which such an employee would be entitled shall be consistent with the amount of vacation the employee would have been eligible to receive on his/her next anniversary date. This pro-rated vacation pay provision does not apply in cases of discharge. The anniversary date of employment shall be used to compute vacation eligibility rather than Agreement year.

The Contractor shall pay vacation pay prior to each employee's vacation. All vacation pay will be paid in separate checks or the Contractor will ensure that deductions are computed properly on a weekly basis.

SECTION 2: All vacations shall be picked by the employees in accordance with their seniority, it being understood that ten percent (10%) of the employees in a classification in a Department may take vacation at any time. The Contractor shall determine that number of



employees on vacation at any given time consistent with efficient operations, providing more than ten percent (10%) of the employees in a classification in a Department have requested vacation at the same time. Such vacation periods will not be split unless mutually agreed to by the Contractor and the employee. Requests for vacations shall be made at least fifteen (15) days in advance. The employee must take his/her vacation within ten (10) months after the date on which he/she becomes eligible for such vacation, unless otherwise mutually agreed upon by the Contractor and the employee.

SECTION 3:  If a holiday falls during an employee's vacation, he/she shall receive another day's vacation with pay.

## ARTICLE 12
## HOLIDAYS

SECTION 1:  Employees shall not be required to work and shall be paid eight (8) hours' pay at the straight time hourly rate for the following holidays:  New Year's Day, Martin Luther King Day, Presidents' Day, Memorial Day, Fourth of July, Labor Day, Veterans' Day, Columbus Day, Thanksgiving Day, Day after Thanksgiving and Christmas.

SECTION 2:  (A) Seniority employees called to work on any of the above-listed holidays shall be paid a minimum of four (4) hours' pay at one and one-half (1½) times the regular rate in addition to the eight (8) hours referred to above.  The holiday pay shall start at 12:01 a.m.

SECTION 3:  Employees who are serving their "thirty (30) working days during a sixty (60) days probationary period" are not entitled to holiday pay for holidays falling within the probationary period.

SECTION 4:  All seniority employees covered by this Agreement and not on layoff shall receive the specified holidays with pay at the straight time rate provided that the seniority employee works the last regular work day preceding the holiday and the first regular work day following the holiday, unless previously excused, or subsequently excused for proven illness or injury.  Failure of the Contractor to provide work for the last regular work day preceding the holiday or the first regular work day following the holiday shall not eliminate an employee from receiving holiday pay.

SECTION 5:  Seniority employees may refuse to work on a holiday; however, all jobs must be covered by seniority employees with lesser seniority on the seniority list.

SECTION 6:  All replacement or extra employees will be paid at the Saturday rate of pay for all hours worked on a holiday listed in this Agreement.

### ARTICLE 13
### TEAMSTERS LOCAL 639 EMPLOYERS HEALTH TRUST

The only agreement between the Contractor and the Union Parties to this Agreement regarding health and welfare benefits for employees covered by this Agreement is as follows:

1.    Commencing with the first day of April 1999, and for the duration of the Agreement, and any renewals or extensions thereof, the Contractor agrees to make payments to the Teamsters Local 639 Employers Health Trust ("Health Trust") for each seniority employee covered by this Agreement, as follows:

(A)    The Contractor shall make contributions to the above named Health Trust for each hour, or portion thereof, for which a seniority employee receives pay.  However, Contractor contributions shall be limited to an amount based on a maximum of forty (40) hours paid to an employee in one (1) week.

April 1, 1999            $3.02 per hour

(B)    For the purpose of this Article, each hour paid for, including hours attributable to show up time, and other hours for which pay is received by the employee in accordance with this Agreement, shall be counted as hours for which contributions are payable.

(C)    Contributions shall be paid on behalf of any employee starting with the employee's first day of employment in a job classification covered by this Agreement.  This includes, but is not limited to, probationary employees.

(D)    The payments to the Health Trust required above shall be made to the "Teamsters Local 639 Health Trust" which was established under an "Agreement and Declaration of Trust", dated June 19, 1979.  The Contractor hereby agrees to be bound by and to the said "Agreement and Declaration of Trust", as though he/she had actually signed the same.

2.    The Contractor hereby irrevocably designates as its representatives on the Board of Trustees such Trustees as are now serving, or who will in the future serve, as contractor trustees, together with their successors.  The Contractor further agrees to be bound by all actions taken by the Trustees pursuant to the said "Agreement and Declaration of Trust."

3.    All contributions shall be made at such time and in such manner as the Trustees require; and the Trustees shall have the authority to have an independent accountant audit the payroll and wage records of the Contractor for the purpose of determining the accuracy of contributions to the Health Trust.

4.    If a Contractor fails to make contributions to the Health Trust within twenty (20) days after the date required by the Trustees, the Union shall have the right to take whatever steps are necessary to secure compliance with the Agreement, any other provisions hereof to the contrary notwithstanding, and the Contractor shall be liable for all costs for collection of the payments due, together with attorney's fees and such penalties as may be assessed by the Trustees. The Contractor's liability for payment under this Article shall not be subject to or covered by any grievance or arbitration procedure of any "no-strike" clause which may be provided or set forth elsewhere in this Agreement.

5.    The health plan adopted by the Trustees of said Health Trust shall at all times conform with the requirements of the Internal Revenue Code so as to enable the Contractor at all times to treat contributions to the Health Trust as a deduction for income tax purposes.

## ARTICLE 14
## TEAMSTERS LOCAL 639 EMPLOYERS PENSION TRUST

The only agreement between Contractor and Union Parties to this Agreement regarding pension benefits for employees covered by this Agreement is, as follows:

1.    Commencing with the first day of April 1999 and for the duration of the Agreement, and any renewals or extensions thereof, the Contractor agrees to make payments to Local 639 Employers Pension Trust ("Pension Trust") for each seniority employee covered by this Agreement including WFIC, WF, GFE, Seniority Drivers, Forklift Operators, Exhibit Technicians, Decorators and Riggers, Stewards, and "Seniority Employees" as follows:

(A)    The Contractor shall make contributions in the named trust for each hour, or portion thereof for each seniority employee who receives pay, at the rate of $3.26, $3.46, $3.66 and $3.86 per hour, effective April 1, 1999, April 1, 2000, April 1, 2001 and April 1, 2002 respectively. However, Contractor contributions shall be limited to: (1) an amount based on a maximum of forty (40) hours paid to a seniority employee in one weekend; and (2) to 140 hours paid to a seniority employee per month for the entire month.



(B)  For the purpose of this Article, each hour paid for, including hours attributable to show up time, and other hours for which pay is received by the seniority employee in accordance with this Agreement, shall be counted as hours for which contributions are payable.

(C)  Contributions shall be paid on behalf of any seniority employee starting with the employee's first day of employment in a job classification covered by this Agreement. This includes, but is not limited to, probationary employees.

(D)  The payments to the Pension Trust required above shall be made to the "Teamsters Local 639 Employers Pension Trust" which was established under an agreement and declaration of trust dated June 15, 1979. The Contractor hereby agrees to be bound by and to the said agreement and declaration of trust, as though he/she had actually signed the same.

2.  The Contractor hereby irrevocably designates as its representatives on the board of trustees such trustees as are now serving, or who will be in the future serving, as employer trustees, together with their successors. The Contractor further agrees to be bound by all actions taken by the trustees pursuant to the said agreement and declaration of trust.

3.  All contributions shall be made at such time and in such manner as the trustees are required; and the trustees shall have the authority to have an independent accountant audit the payroll and wage records of the Contractor for the purpose of determining the accuracy of contributions to the Pension Trust.

4.  If a Contractor fails to make contributions to the Pension Trust within twenty (20) days after the date required by the trustees, the Union shall have the right to take whatever steps are necessary to secure compliance with this Agreement, any other provisions hereof to the contrary notwithstanding, and that Contractor shall be liable for all costs for collection of the payments due together with attorney's fees and such penalties as may be assessed by the trustees. The Contractor's liability for payment under this Article shall not be subject to or covered by any grievance or arbitration procedure of any "no-strike" clause which may be provided or set forth elsewhere in this Agreement.

5.  The pension plan adopted by the trustees of said Pension Trust shall at all times conform with the requirements of the Internal Revenue Code so as to enable the Contractor at all times to treat contributions to the Pension Trust as a deduction for income tax purposes.

6.    As to the 401(k) plan to be established effective April 1, 1999, any seniority employees that participate will be permitted to self-direct an amount of their wage rate not to exceed $5.00 per hour, once per each year of the Agreement, as of April 1 of each year.

## ARTICLE 15
## COMPENSATION CLAIMS

The Contractor agrees to cooperate toward the prompt settlement of employee on-the-job injury claims when such claims are due and owing as required by law.  The Contractor shall provide Worker's Compensation protection for all employees consistent with state and local laws.

In the event that an employee is injured on the job, the Contractor shall pay such employee his/her day's guarantee for that day lost because of such injury. An employee who is injured on the job and is sent home or to a hospital, or who must obtain medical attention, shall receive pay at the applicable hourly rate for the balance of his/her regular shift on that day.  An employee who has returned to his/her regular duties after sustaining a compensable injury and who is required by his/her Worker's Compensation doctor to receive additional medical treatment during his/her regularly scheduled working hours, shall receive his/her regular hourly rate of pay for such time.

## ARTICLE 16
## BONDS

Should the Contractor require any employee to give bond, cash bond shall not be compulsory, and any premium involved shall be paid by the Contractor.  The primary obligation to procure the bond shall be on the Contractor.  If the Contractor cannot arrange for a bond within ninety (90) days, he/she must so notify the employee in writing.  Failure to so notify shall relieve the employee of the bonding requirement. If proper notice is given, the employee shall be allowed thirty (30) days from the date of such notice to make his/her own bonding requirements, standard premiums only on said bond to be paid by the Contractor.  A standard premium shall be that premium paid by the Contractor for bonds applicable to all other of its employees in similar classifications.   Any excess premium is to be paid by the employee. Cancellation of a bond after once issued, shall not be cause for discharge unless the bond is canceled for cause which occurs during working hours, or due to the employee having given a fraudulent statement in obtaining said bond.

## ARTICLE 17
### EXAMINATION AND IDENTIFICATION FEES

SECTION 1: Physical, mental or other examinations required by a government body or the Contractor shall be promptly complied with by all employees, provided, however, the Contractor shall pay for all such examinations. The Contractor shall not pay for any time spent in the case of applicants for jobs and shall be responsible to other employees only for time spent at the place of examination or examinations, where the time spent by the employee exceeds two (2) hours, and in that case, only for those hours in excess of said two (2). Examinations are to be taken at the employee's home terminal and are not to exceed one (1) in any one (1) year, unless the employee has suffered serious injury or illness during the year. Other than as provided in the Drug and Alcohol Testing Policy, employees will not be required to take examinations during their working hours.

The Contractor reserves the right to select its own medical examiner or physician, and the Union may, if it believes an injustice has been done an employee, have said employee re-examined at the Union's expense. In the event of disagreement between the doctor selected by the Contractor and the doctor selected by the Union, the Contractor and Union doctors shall together select a third doctor within thirty (30) days, whose opinion shall be final.

SECTION 2: Should the Contractor find it necessary to require employees to carry or record full personal identification, such requirement shall be complied with by the employees. The cost of such personal identification shall be borne by the Contractor.

## ARTICLE 18
### MILITARY CLAUSE

Employees enlisting or entering the military or Naval services of the United States, pursuant to the provisions of the Universal Military Training and Service Act and Amendments thereto, shall be granted all rights and privileges provided by the Act.

The Contractor shall pay the Health Trust and Pension Trust contributions on employees on leave of absence for training in the Military Reserves or National Guard, but not to exceed fourteen (14) days or 80 hours providing such absence affects his/her credits or coverage for the Health Trust and/or Pension Trust.

## ARTICLE 19
## POSTING OF AGREEMENT AND NOTICES

SECTION 1: Posting of Agreement

A copy of this Agreement shall be posted in a conspicuous place in each office.

SECTION 2: Union Bulletin Boards

The Contractor agrees to provide suitable space for the Union bulletin board in each office. Postings by the Union on such boards are to be confined to official business of the Union.

## ARTICLE 20
## SPLIT SHIFTS

There shall be no split shifts. In the event an employee agrees to return to work the following morning after working past midnight, he/she shall be granted one-half hour grace period beyond that starting time for being late.

## ARTICLE 21
## UNION ACTIVITIES

Any employee member of the Union acting in any official capacity whatsoever shall not be discriminated against for his/her acts as such officer of the Union so long as such acts do not interfere with the conduct of the Contractor's business, nor shall there be any discrimination against any employee because of Union membership or activities.

## ARTICLE 22
## INSPECTION PRIVILEGES

Authorized agents of the Union shall have access to the Contractor's establishment during working hours for the purpose of adjusting disputes, investigating working conditions, collection of dues, and ascertaining that the Agreement is being adhered to, provided however, that there is no interruption of the Contractor's working schedule. The Union's authorized agent will first notify the Contractor representative at the show site upon his/her arrival at the show site.

## ARTICLE 23
### SUBCONTRACTING

For the purpose of preserving work and job opportunities for the seniority employees covered by this Agreement, the Contractor agrees that it will not subcontract work to avoid this Agreement.

In the event that the Contractor needs extra equipment, he/she shall give equal opportunity and consideration to the Contractors who have an Agreement with this Union.

## ARTICLE 24
### SEPARATION OF EMPLOYMENT

Upon discharge, the Contractor shall pay all money including vacation pay due to the employee within five (5) working days. Upon an employee's quitting, the Contractor shall pay all money due to the employee including vacation pay on the pay day in the week following such quitting.

## ARTICLE 25
### UNIFORMS

The Contractor agrees that if any employee is required to wear any kind of uniform or safety equipment as a condition of his/her continued employment, such uniform or safety equipment shall be furnished by the Contractor free of charge, at the standard required by the Contractor.

## ARTICLE 26
### ABSENCE

SECTION 1: Time off for Union Activities

The Contractor agrees to grant the necessary time off, without discrimination or loss of seniority rights for employee(s) to attend a labor convention or serve in any capacity on other official Union business, provided forty-eight (48) hours' written notice is given to the Contractor by the Union, specifying length of time off. The Union agrees that, in making its request for time off for Union activities, due consideration shall be given to the number of employees affected in order that there shall be no disruption of the Contractor's operations due to lack of available employees.

SECTION 2:  Leave of Absence

Consistent with the ADA and other applicable laws, any employee desiring leave of absence from his/her employment shall secure written permission from both the Union and Contractor.  The maximum leave of absence shall be for ninety (90) days and may be extended for like periods.  Permission for same must be secured from both the Union and Contractor.  During the period of absence, the employee shall not engage in gainful employment in the same industry.  Failure to comply with this provision shall result in the complete loss of seniority rights for the employees involved.  Inability to work because of proven sickness or injury shall not result in the loss of seniority rights.

The employee must make suitable arrangements for continuation of Health Trust and Pension Trust payments before the leave may be approved by either the Union or Contractor.

SECTION 3: Pregnancy & Maternity Leave

(A)    A female employee will be granted a leave of absence due to pregnancy, upon written request and receipt by the Contractor of medical confirmation.

(B)    If a female employee desires to work during her pregnancy, she may do so for as long as her  condition permits and the Contractor may at any time require that her physician certify in writing that she is able to perform her regular duties without limitation.

(C)    She shall be permitted to return to work upon presentation of her physician's written certification that she is able to return to work within six (6) weeks after the birth, a written statement from her physician substantiating an extended leave of absence will be required.  If such documentation is not submitted, she shall be considered to have quit as of her last day worked.

## ARTICLE 27
## FUNERAL LEAVE

In the event of a death in an employee's immediate family, namely: spouse, children, brothers, sisters, parents, and parents-in-law, the employee shall be paid in full for time lost not to exceed four (4) days.  In the event of a death of a  cousin, aunt, uncle, or grandparent, an employee shall be granted one (1) day off with pay to attend the funeral.

## ARTICLE 28
## JURY DUTY PAY

In the event that an employee loses all or part of his time on account of jury service, the Contractor shall pay such employee an amount sufficient to guarantee no loss in wages on account of such absence from work. Employees shall notify the Contractor within forty-eight (48) hours after they receive jury notice.

## ARTICLE 29
## NON-DISCRIMINATION

SECTION 1: The Contractor and the Union agree not to discriminate against any individual with respect to hiring, compensation, or terms or conditions of employment because of such individual's race, color, religion, sex, national origin, pregnancy, disability or age, nor will they limit, segregate or classify employees in any way to deprive any individual employee of employment opportunities because of race, color, religion, sex, national origin, pregnancy, disability or age.

SECTION 2: The Contractor and the Union agree that there will be no discrimination by the Contractor or the Union against any employee because of his or her membership in the Union or because of any employee's lawful activity and/or support of the Union.

SECTION 3: Whenever any words are used in this Agreement in the masculine gender, they shall be construed as though they were also used in the feminine gender, and vice versa.

## ARTICLE 30
## SUPPLEMENT TO THIS AGREEMENT

An Addendum to this Agreement covering wages, hours of work, and other working conditions for casual (non-seniority) employees shall be negotiated and is by reference hereto made a part of this Agreement.

## ARTICLE 31
## SICK LEAVE

Consistent with the Parties' obligations under the ADA and other law, sick days will be provided as follows: Seniority employees having completed six (6) months' service shall qualify for one (1) working day sick leave during the following six (6) months without loss of pay. Seniority employees having completed one (1) year's service shall be entitled to five (5) working days' sick leave without loss of pay in each calendar year.

Seniority employees must work 130 days or 1040 hours to qualify for paid sick leave in each calendar year.

The Contractor shall pay seniority employees for any unused sick day pay, in the prior year, in the check for the hours worked in the first full week in January.

Seniority employees who are absent on account of illness for three (3) days or longer shall, upon request, furnish a doctor's certificate or other satisfactory proof of illness.

### ARTICLE 32
### SUPERVISORY PERSONNEL

At no time will any non-Union employee be permitted to perform any work covered by this Agreement, except in an emergency.

### ARTICLE 33
### LIE DETECTOR TEST

The Company shall not require, request or suggest that an employee or applicant for employment take a polygraph or any other form of a lie detector test.

### ARTICLE 34
### NON-COVERED UNITS

This Agreement shall not be applicable to those operations of the Contractor where the employees are covered by a collective bargaining agreement with a union not signatory to this Agreement or to those employees who have not designated a representative of such employees in an appropriate bargaining unit as NLRB procedures provide. In the event the Union prevails, the Contractor and the Union will enter into negotiations immediately.

### ARTICLE 35
### TRAINING PROGRAMS

In the event that the Contractor acquires new equipment for which special training is needed, it is agreed that present employees in the bargaining unit shall be afforded the opportunity to be trained and qualified to operate such equipment before a new employee is hired to operate such equipment.

The Contractor further agrees that continuing programs for the education, training and upgrading of its employees, inures to the benefit of both the Contractor and the employees.



The Contractor agrees, therefore, to provide such job-related training to its employees at no cost to the employees.

The Union and the Contractor shall mutually agree on the degree of Contractor subsidization of training and education programs which are not directly job-related.

### ARTICLE 35A
### LOSS OR DAMAGE

Employees shall not be charged for loss or damage unless clear proof of gross negligence is shown and/or an employee is found to be guilty of drunken driving or any other violation of Contractor rules and regulations and/or statutory ordinances.

### ARTICLE 35B
### TIME SHEETS AND TIME CLOCKS

In local operations, a daily time record shall be maintained by the Contractor at its place of business. In the event that the Contractor employs five (5) or more employees, it shall have time clock(s) at such main warehouse.

### ARTICLE 35C
### EMPLOYEE'S BAIL

SECTION 1: Employee's Bail

Employees will be bailed out of jail if accused of any offense in connection with the faithful discharge of their duties, and any employee forced to spend time in jail or in courts shall be compensated at his/her regular rate of pay. In addition, he/she shall be entitled to reimbursement of his/her meals, transportation, court costs, etc. provided, however, that faithful discharge of duties shall in no case include compliance with any order involving commission of a felony. In case an employee shall be subpoenaed as a Contractor witness, he/she shall be reimbursed for all time lost and expenses incurred.

SECTION 2: Suspension or Revocation of License

In the event that an employee shall suffer a suspension or revocation of his/her chauffeur's license because of a succession of size and weight penalties, caused by the employee complying with his/her Contractor's instructions to him/her, the Contractor shall provide employment for such employee at not less than his/her regular earnings at the time of such suspension for the entire period thereof subject, however, to the seniority and layoff provisions applicable to him/her at the time of such suspension.

### ARTICLE 35D
### COST, BONDS, COUNSEL, ETC.

When an employee is required to appear in any court for the purpose of testifying because of any accident he/she may have been involved in while in the Contractor's service during working hours, such employee shall be reimbursed in full by the Contractor for all earning opportunity lost because of such appearance.

The Contractor shall furnish employees who are involved in accidents during working hours with bail bond and legal counsel, and Contractor shall pay in full for same. Said bail bond and legal counsel shall remain assigned to the employee until all legal action in connection with said accident is concluded, provided that the employee is not charged and convicted of criminal negligence. This Section shall not apply to employees who are found guilty of drunken driving or any other violation of Contractor Work Rules as provided in the Addendum to this Agreement or statutory ordinances, or when involved in an accident during working hours.

The Contractor shall assume all responsibility for all court costs, legal fees and bail bond fees for any employee who is involved in any accident during working hours, and Contractor shall assume all responsibility for all judgments and awards against an employee who is involved in such accidents except for accidents involving criminal negligence for which the employee is found to have been guilty of drunken driving or any other violation of Contractor Work Rules (as set forth in Addendum), or ordinances.

### ARTICLE 35E
### DEFECTIVE EQUIPMENT
### AND
### DANGEROUS CONDITIONS OF WORK

The Contractor shall not require employees to take out on the streets or highways any vehicle that is not in safe operating condition or equipped with the safety appliances prescribed by law. It shall not be a violation of this Agreement where employees refuse to operate such equipment unless such refusal is unjustified. All equipment which is refused because it is not mechanically sound or properly equipped, shall be appropriately tagged so that it cannot be used by other drivers until the maintenance department has adjusted the complaint. After equipment is repaired, the Contractor shall place on such equipment an "ok" in a conspicuous place so the driver can see the same.

Under no circumstances will an employee be required or assigned to engage in an activity involving dangerous conditions of work or danger to person or property or in violation of any applicable statute or court order, or in violation of a government regulation relating to safety of person or equipment. The term "dangerous conditions of work" does not relate to the type of cargo which is hauled or handled. Any employee involved in any accident shall immediately report said accident and any physical injury sustained. When required by his/her Contractor, the employee, before starting his/her next shift, shall make out an accident report in writing on forms furnished by the Contractor and shall turn in all available names and addresses of witnesses to the accident. Failure to comply with this provision shall subject such employee to disciplinary action by the Contractor.

Employees shall immediately, or at the end of their shift, report all defects of equipment. Such reports shall be made on suitable forms furnished by the Contractor and shall be made in multiple copies, one copy to be retained by the employee. The Contractor shall not ask or require any employee to take out equipment that has been reported by any other employee as being in an unsafe operating condition until same has been approved as being safe by the mechanical department.

When the occasion arises where an employee gives a written report on forms in use by the Contractor of a vehicle being in an unsafe working or operating condition, and received no consideration from the Contractor, he/she shall take the matter up with the officers of the Union who will take the matter up with the Contractor. All newly purchased or leased equipment used as city peddle trucks and equipment regularly assigned to peddle runs, must have steps or other similar devices to enable drivers to get in and out of the body.

The Contractor shall install heaters and defrosters on all trucks and tractors.

### ARTICLE 35F
### GARNISHMENTS

In the event of notice to a Contractor of a garnishment or impending garnishment, the Contractor may take disciplinary action if the employee fails to satisfy such garnishment within a seventy-two (72) hour period after notice to the employee. If the Contractor is notified of three (3) garnishments, irrespective of whether satisfied by the employee, within the seventy-two hour period, the employee may be subject to discipline or discharge with a fewer number of garnishments or impending garnishments if the employee fails to adjust the matter within a seventy-two (72) hour period, such past practice shall be applicable in those cases. No garnishment or warning notice.

## ARTICLE 36
## EMERGENCY REOPENING

In the event of war, declaration of emergency or imposition of economic controls during the life of this Agreement, either Party may reopen the same upon sixty (60) days' written notice and request renegotiation of matters dealing with wages and hours.

There shall be no limitation of time for such written notice. Upon the failure of the Parties to agree in such negotiations, within sixty (60) days thereafter, either Party shall be permitted all lawful economic recourse to support its request for revisions. If governmental approval of revisions should become necessary, all Parties agree that the notice provided herein shall be accepted by all Parties as compliance with the notice requirements of applicable law, so as to permit economic action at the expiration thereof.

## ARTICLE 36A
## STRIKES/WORK STOPPAGES AND INTERRUPTIONS

SECTION 1: There shall be no strike, work stoppage, slowdown, work interruption or other disruption of the operations caused by cessation of work, picketing, sympathy strikes or otherwise, during the term of this Agreement except for just causes stipulated below. All such conduct is prohibited whether it is in protest of alleged breaches of this Agreement or otherwise. The Parties agree in this connection that all disputes between them, including disputes over the application of this Section, shall be finally and peacefully resolved pursuant to the grievance and arbitration provisions of this Agreement. Failure of an employee to abide by this provision shall be cause for immediate dismissal. Workers so dismissed may be replaced in accordance with this Agreement. The Union agrees to use its best efforts through its officers and representative to obtain an immediate and complete cessation of any such work stoppage, interruption, or picketing.

SECTION 2: Just causes for an interruption of the Contractor's operations shall be limited to nonpayment of wages for any pay period, nonpayment of fringe benefits as outlined in Articles 13 and 14, and failure to abide by the final decision of an arbitrator.

## ARTICLE 37
## SEPARABILITY AND SAVINGS CLAUSE

If any Article or Section of this Agreement or of any supplements or riders thereto should be held invalid by operation of law or by any tribunal of competent jurisdiction, or if compliance with or enforcement of any Article or Section should be restrained by such tribunal

---

pending a final determination as to its validity, the remainder of this Agreement and of any supplements or riders thereto, or the application of such Article or Section to persons or circumstances other than those as to which it has been invalid or as to which compliance with or enforcement of has been restrained, shall not be affected thereby.

In the event that any Article or Section is held invalid or enforcement of or compliance with has been restrained, as above set forth, the Parties affected thereby shall enter into immediate collective bargaining negotiations after receipt of written notice of the desired amendments by either Contractor or Union for the purpose of arriving at a mutually satisfactory replacement for such Article or Section during the period of invalidity or restraint. There shall be no limitations of time for such written notice. If the Parties do not agree on a mutually satisfactory replacement within sixty (60) days after receipt of the stated written notice, either Party shall be permitted all legal or economic recourse in support of its demands notwithstanding any provisions of this Agreement to the contrary.

## ARTICLE 38
## DRUG-FREE WORKPLACE ACT POLICY

A.    AS REQUIRED BY THE UNITED STATES FEDERAL GOVERNMENT, the Parties acknowledge that, as provided in the "Drug-Free Workplace Act of 1988", the Association prohibits the unlawful manufacture, distribution, dispensation, possession, or use of any controlled substance in the workplace, which includes all the employees, bargaining unit and otherwise, at all the facilities at the job sites served; and

B.    The Parties agree further that in the event an Association Member Contractor's employee is found to have violated this policy, he/she will be disciplined immediately subject to the Grievance and Arbitration Procedure of this Agreement; and

C.    The Parties agree further that the Association Member Contractor's Drug-Free Workplace Act policy (set forth in paragraphs A and B, above, together with this paragraph C) will be given to each employee represented by the Union, as part of this Agreement, and that all employees agree to abide by this drug-free workplace policy and to notify the Association and/or the Association Member Contractors if they are convicted of a criminal drug offense occurring at any job site.

## ARTICLE 39
### DRUG AND ALCOHOL TESTING POLICY

1.     The possession of drug paraphernalia and the possession, ingestion, use, trafficking, being under the influence of, or testing positive for drugs at any Contractor's show site and the surrounding premises is prohibited. Surrounding premises are defined as Contractor staging areas used by the Contractor and its employees at any Contractor show site. Drugs are defined as Amphetamines, Cocaine, Barbiturates, Methaqualone, Benzodiazapines, Morphine, THC-Marijuana, Phencyclidine, "designer drugs", and all other drugs and substances which affect the personal senses of the employee.

2.     The Contractor retains the right to require any employee to submit to drug or alcohol urinalysis testing if the employee is involved in a reportable accident or injury which is serious or preventable, or if the employee's appearance, speech or job performance give indication that the employee may be under the influence of drugs or alcohol. The Contractor shall pay for all tests performed. If the employee's failure is based solely on his/her properly taking of a valid prescribed medication at the direction of the employee's physician, which medication is reported at the time of taking of the drug test, that failure will not be the basis for discipline under this Contractor's Drug Alcohol Testing Policy. If the employee refuses to take the aforementioned tests, he/she shall be immediately suspended at the show site and shall not be referred by the Union to other Association members for ninety (90) consecutive days, and will be subject to the provisions of Section 4A of this Article. A second refusal will involve termination and no future referral.

3.     Drug tests will only be administered at an approved and/or certified lab which the LMC approves. In Maryland, the Contractor shall follow Md. Health Gen. Code Ann. Sec. 17.214.1 when testing any employee for substance abuse. In all cases, including Virginia and the District of Columbia, the Contractor shall assure that a split sample specimen is preserved, and by this Article, the employee is advised in writing that the employee has the right, at his or her own cost, to order a confirmatory test from another certified laboratory. The employee affected and the Union shall be promptly notified in writing about any positive drug test. The notice that is given by the Medical Review Officer ("MRO") or a Contractor to satisfy its obligations shall state for which substance and in what amount(s) the test was reported positive.

4.     Violation of this Policy shall subject an employee to discipline up to, and including, discharge, per the following:



A.  First-time offenders' penalty is a suspension from the Contractor, and a removal from the Union's referral list to Association members Party to this Agreement, for a period of fourty-five (45) consecutive days. [Such violator will be required to test "clean" prior to being referred to any Association Member-Contractor after completion of suspension, and such violator will be required, for a period of one year from first work opportunity following suspension, to undergo "random" testing.]  Failure to test "clean" after suspension will be considered a second offense.

B.  Second-time offenders will be terminated indefinitely from the Contractor and from the Union's referral list to Association members Party to this Agreement.

C.  After termination, the employee can be reinstated for employment provided he/she (at his/her expense) successfully completes a certified drug and alcohol treatment program which is approved by the LMC.  If this employee tests positive a third time he/she will be "permanently" removed from the Union's referral list for Association Member Contractors.

5.  **Cut-Off Levels For Drug and Alcohol Tests**

Any amount of a drug in the employee's system that is above the cutoff levels which is consistent with the DOT (Department of Transportation) cut-off levels listed below will provide positive results ("positive" means the drug/alcohol is in his/her system).

NOTE:  Cutoff Level for Alcohol:  .04% alcohol in blood.

A.  Initial Drug Test Cutoff Levels for Other Substances

| DRUG | CUTOFF VALUE |
| --- | --- |
| Amphetamines | 1000 ng/ml |
| Cocaine metabolites | 300 ng/ml |
| Opiate metabolites | 300 ng/ml |
| Marijuana | |
| Metabolites | 50 ng/ml |
| Phencyclidine | 25 ng/ml |

B.  Confirmatory test.  All specimens identified as positive on the initial test shall be confirmed using gas chromatography/mass spectrometry (GC/MS) techniques at the cut-off levels listed in this paragraph for each drug.

Confirmatory Drug Test

| DRUG | CUTOFF VALUE |
|---|---|
| Amphetamine | 500 ng/ml |
| Methamphetamine | 500 ng/ml |
| Cocaine metabolite | 150 ng/ml |
| Opiate | |
| Morphine | 300 ng/ml |
| Codeine | 300 ng/ml |
| Marijuana metabolites | 15 ng/ml |
| Phencyclidine | 25 ng/ml |

In cases of discharge based upon the results of alcohol or drug tests, except as provided in paragraph "C" above, said employee outside the first thirty (30) days of employment shall have the right to file a grievance.

The Contractor agrees to indemnify and hold harmless the Union for any liability resulting from any drug test administered by the Contractor.

## ARTICLE 40
## TERMINATION CLAUSE

SECTION 1: This Agreement shall be in full force and effect from April 1, 1999 to and including March 31, 2003, and shall continue from year to year thereafter unless written notice of desire to cancel or terminate the Agreement is served by either Party upon the other at least sixty (60) days prior to date of expiration.

SECTION 2: Where no such cancellation or termination notice is served and the Parties desire to continue said Agreement but also desire to negotiate changes or revisions in this Agreement, either Party may serve upon the other a notice at least sixty (60) days prior to March 31, 2003.

If a notice is given in accordance with the provisions of this Section, the expiration date of this Agreement shall be the sixty-first (61st) day following such notice.

## ARTICLE 41
## MANAGEMENT PREROGATIVE

Subject to the limitations specifically expressed in this Agreement and all mutually agreed upon addenda, the Contractor retains all of its customary functions and prerogatives in the management of its business and direction of the working forces including, but not limited to, the right to hire, promote, discharge or discipline for just cause, to maintain disciplinary

disciplinary order and efficiency at its show sites, to assign Union personnel to special work requirements, to direct and control the use of all equipment and property of the Contractor.

IN WITNESS WHEREOF the Parties hereto have set their hands and seals to be effective as of April 1, 1999.

FOR THE TRADE SHOW CONTRACTORS ASSOCIATION OF WASHINGTON, D.C. AND VICINITY:

FOR THE UNION:

TEAMSTERS LOCAL 639

Members of Association
Bargaining Committee:

_____          _____
Mark Burns Nardone                 Date
President

_____          4-22-99
The Aaron Group                    Date

_____          4/2/99
Arata Expositions, Inc.            Date

_____          5/21/1999
James F. Woodward                  Date
Business Representative

_____          4-26-99
Brede Exposition Services          Date

_____          4/27/99
Federal Convention Contractors, Inc.   Date

_Charles J. Hall_                    4/26/99
                                     Date
Freeman Decorating Company


_[signature]_                        4/29/99
                                     Date
GES Exposition Services, Inc.


_[signature]_                        4/27/99
                                     Date
Hargrove, Inc.


_[signature]_, Pres                  4/22/99
                                     Date
21st Century Expo Group, Inc.


_John [signature]_                   4/26/99
                                     Date
U-Neek Expo, Inc.


List of Contractor-Members of the
Association as of April 1, 1999,
date of ratification of Agreement:

The Aaron Group
Arata Expositions, Inc.
Brede Exposition Services
Federal Convention Contractors, Inc.
Freeman Decorating Company
GES Exposition Services, Inc.
Hargrove, Inc.
21st Century Expo Group, Inc.
U-Neek Expo, Inc.

[g:\files\deanna\tscawdcv\639\showsite.agt]5.

# EXHIBIT B

# TEAMSTERS LOCAL 639—EMPLOYERS PENSION TRUST FUND
## Agreement and Declaration of Trust

## AMENDED AS OF JANUARY 18, 1984

THIS AGREEMENT is made and entered into at Washington, D.C. this _____ day of _____, 19___ by and between _____ hereinafter called the "COMPANY", and the DRIVERS, CHAUFFEURS AND HELPERS LOCAL UNION NO. 639 of Washington, D.C., hereinafter called the "UNION"; and JACK BAKER, MORRIS DAVIDSON, WILLIAM McINTYRE, and ROGER OLSON, Company Trustees; and JOHN CATLETT, JOSEPH CONNORS, PHILIP FEASTER, and JOHN STEGER, Union Trustees, hereinafter called "TRUSTEES"

*Recitals*

1. The Company and other Employers signatory to this Trust Agreement, are parties to collective bargaining agreements with the Union which provide that each Employer covered by any of said collective bargaining agreements will pay the sum specified therein, in the manner specified therein, for Employees under such collective bargaining agreements to a Plan of Pension Benefits established for the benefit of such Employees and their Dependents.

2. The parties have agreed that such payments shall be payable to and be deposited in the Trust Fund referred to in this Trust Agreement.

3. The purpose of this Trust Agreement is to provide for the revision and maintenance of such Trust Fund originally established by agreement of December 12, 1956 and as modified or amended subsequently, and for the revision and maintenance of such Plan of Pension Benefits authorized by the collective bargaining agreements.

4. The purpose of the Plan of Pension Benefits is to provide pension benefits for eligible Employees covered by the aforesaid collective bargaining agreements and eligible under the Plan, and such other persons as the Trustees may include from time to time, either through the purchase of insurance policies and annuity contracts or the payment of said benefits directly from the Fund.

*Provisions:*

In consideration of the foregoing, and of the mutual promises hereinafter provided, the parties agree as follows:

## ARTICLE I
## DEFINITIONS

Unless the context or subject matter requires otherwise, the following definitions shall govern this Agreement and Declaration of Trust:

*Section 1.1 Collective Bargaining Agreement.* The term "Collective Bargaining Agreement" as used herein, shall mean the Collective Bargaining Agreements in force and effect between the Union and the Company, together with any modifications, supplements or amendments thereto.

*Section 1.2 Union.* The term "Union" as used herein shall mean Drivers, Chauffeurs and Helpers Local Union No. 639 of Washington, D.C., affiliated with the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, and any Union affiliated with Teamsters' Joint Council No. 55, Washington, D.C. that enters into an Agreement and Declaration of Trust with the Trustees.

*Section 1.3 Company.* The term "Company" as used herein shall mean any corporation, partnership, or individual that has a collective bargaining agreement with the Union, or has signed a participation agreement with the Trust providing for payments into the Trust Fund on behalf of any Employee or such Employer covered by such Agreement. "Companies" means more than one such Company.

*Section 1.4 Employer.* The term "Employer" as used herein shall mean Company as defined immediately above, and further, shall mean the Union in its capacity as an Employer, except that the Union shall not participate in the selection of Employer Trustees.

*Section 1.5 Employees.* The term "Employees" as used herein, shall mean (1) those persons employed by any Employer as defined in Section 1.4 and on whose behalf payments are required to be made to the Pension Fund pursuant to a Collective Bargaining Agreement or a signed participation agreement; (2) paid Employees of the Union providing the Union contributes to the Pension Fund on behalf of each such Employee.

*Section 1.6 Participant.* The term "Participant" as used herein, shall mean any Employee of a Company or Union who is reported and for whom contributions are made to the Pension Trust Fund.

*Section 1.7 Beneficiary.* The term "Beneficiary" as used herein, shall mean a person designated by the terms of the Plan of Pension Benefits created pursuant to this Agreement and Declaration of Trust, who is or may become entitled to a benefit from this Fund.

*Section 1.8 Trustees.* The term "Trustees" as used herein, shall mean the Trustees designated in this Trust Agreement, together with their successors designated and appointed in accordance with the terms of this Trust Agreement.

*Section 1.9 Insurer.* The term "Insurer" as used herein, shall mean any insurance company qualified to do business in the District of Columbia selected to underwrite the Pension Plan by the Trustees.

*Section 1.10 Agreement and Declaration of Trust.* The term "Agreement and Declaration of Trust" as used herein, shall mean this instrument including any amendments, supplements and modifications hereto.

*Section 1.11 Act.* The term "Act" as used herein, shall mean the Employee Retirement Income Security Act of 1974, and amendments as may from time to time be made and any regulations promulgated pursuant to the provisions of the Act.

*Section 1.12 Plan of Pension Benefits.* The term "Plan of Pension Benefits" as used herein, shall mean the program of Pension benefits established by the Board of Trustees pursuant to this Agreement and Declaration of Trust.

*Section 1.13 Pension Trust Fund.* The term "Pension Trust Fund" or "Fund" or "Pension Fund" as used herein, shall mean the Trust Fund provided for in the Collective Bargaining Agreement between the Company and the Union which is continued by this restated Agreement and Declaration of Trust, and shall mean generally the monies, insurance policies and other things of value which comprise the corpus, income and additions to the Trust Fund.

## ARTICLE II
## CONTINUATION OF THE PENSION FUND

*Section 2.1 Continuation of the Pension Trust Fund.* There is hereby continued a Trust Fund known as the "Teamsters Local 639—Employers Pension Trust."

*Section 2.2 Composition of Pension Trust Fund.* This Trust Fund consists of (1) such sums of money as have been or shall be paid to the Pension Fund by the Employers as contributions required by Collective Bargaining Agreements or signed participation agreements; (2) all investments made therewith, the proceeds thereof and the income therefrom; (3) all other contributions and payments to the Trustees from any source whatsoever to the extent permitted by law; (4) all policies of insurance including dividends, interest, refunds or other sums payable to the Trustees on account of said policies; and (5) supplies, property and other assets used by the Trustees in the administration of the Pension Fund.

*Section 2.3 Purpose of Trust Fund.* The Trust Fund continued hereby is for the purpose of providing (1) Pension benefits and such other benefits as may be permitted by law under a plan of benefits adopted by the Trustees and (2) the means for financing the expenses of the Trustees in the operation and administration of the Pension Trust Fund, in accordance with this Agreement and Declaration of Trust. It is intended that this Trust be a multi-employer plan as that term is defined in Section 3(37) of the Act.

*Section 2.4 Irrevocable Purpose.* The Trust continued hereby shall constitute an irrevocable trust established for the exclusive benefit of employees, in accordance with Section 302(c) of the Labor Management Relations Act of 1947, as amended by Public Law 86-257, 1959, and in accordance with the Act.

## ARTICLE III
## BOARD OF TRUSTEES

*Section 3.1 Board of Trustees.*
(a) The operation and administration of the Pension Trust Fund shall be the responsibility of a Board of Trustees, composed of eight (8) Trustees, four (4) of whom shall be appointed by contributing Employers as defined in Article I, Section 1.4, and four (4) of whom shall be appointed by the Union.

(b) The Union Executive Board shall designate and appoint four Trustees of the Union in accordance with the Union's By-Laws. The Union Trustees' term shall be concurrent with the term of office of a majority of the Union Executive Board that initially appoints the Union Trustee. The President of the Union shall set forth the names of the Trustees so appointed by instrument in writing addressed to the Board of Trustees.

(c) The contributing Employers shall appoint Trustees pursuant to regulations adopted from time to time by the Trustees previously appointed by the contributing Employers. To be eligible to participate in the election of Trustees a Company must:
(1) be a non-delinquent Employer, and
(2) not have been delinquent more than two times in the twenty-four (24) months preceding the election date.

*Section 3.2 Acceptance of Trusteeship.* A Trustee shall execute a written acceptance in a form satisfactory to the Trustees and consistent with the Act and thereby shall be deemed to have accepted the Trust created and established by this Trust Agreement and to have consented to act as Trustee and to have agreed to administer the Pension Trust Fund as provided herein. Such written acceptance shall be filed at the office of the Fund.

*Section 3.3 Name.* The Trustees shall conduct the business of the Pension Trust Fund and execute all documents and instruments in the name of the Teamsters Local 639—Employers Pension Trust Fund.

*Section 3.4 Resignation and Replacement of Trustees.* A Trustee may resign and become and remain fully discharged from all further duty or responsibility hereunder upon giving (30) days' notice in writing to the remaining Trustees and to the party by whom he was designated, or such shorter notice as the remaining Trustees may accept as sufficient. The notice shall state the date on which such resignation shall take effect; and such resignation shall take effect on the date specified in the notice unless a successor Trustee shall have been appointed at an earlier date, in which event such resignation shall take effect immediately upon the appointment of such successor Trustee.

In the event of the resignation, death, incapacity or the unwillingness of any of the Trustees to serve, a successor Trustee shall be designated by the Union Executive Board to replace a Union Trustee, or by the remaining Company Trustees to replace a Company Trustee. The remaining Trustees shall be notified of such designation by an instrument in writing.

Any successor Trustee designated as herein provided shall affix his signature to a certificate of acceptance of this Agreement and Declaration of Trust as provided in Section 2 of this Article, and shall, without further act, become vested with all the estate rights, powers, discretions and duties of his predecessor Trustee.

Any retiring Trustee shall forthwith turn over to the remaining Trustees at the office of the Pension Fund any and all records, books, documents, monies and other property in his possession which are a part of the Pension Trust Fund and incident to the fulfillment of the Trustees' duties and responsibilities under this Agreement and Declaration of Trust.

The powers of the Trustees to act, as above provided in this Trust Agreement, shall not be impaired or limited in any way pending the designation of a successor Trustee to fill any vacancy.

*Section 3.5 Term of Trustees.* The full terms of all Trustees shall be four years commencing as of January 18, 1984 and thereafter on successive fourth anniversaries of such date, unless shortened in the case of a Union Trustee by application of Section 3.1(b) of this Article.

*Section 3.6 Payment of Trustees.* The Trustees shall not receive compensation for the performance of their duties as Trustees but may be reimbursed for all reasonable and necessary expenses which they incur in the performance of their duties. Any

Trustee who is not otherwise employed by a contributing Company or the Union as defined herein shall be paid such reasonable compensation as shall from time to time be agreed upon by the Board of Trustees.

## ARTICLE IV
## MEETINGS AND DECISIONS OF THE TRUSTEES

*Section 4.1 Officers of the Trustees.* The Trustees shall select from among their number a Chairman, and a Secretary. When the Chairman has been selected from the Trustees appointed by the Union the Secretary shall be selected from the Trustees appointed by the Employers or vice versa.

*Section 4.2 Meetings of the Trustees.* Regular meetings of the Trustees shall be held at such times and places as may be agreed upon by the Board of Trustees. Reasonable notice of the meetings shall be provided, except that meetings may be held at any time without notice if all the Trustees consent thereto in writing. Special meetings may be called by the Chairman and Secretary or any four (4) Trustees upon five (5) days' written notice to the other four (4) Trustees. The Trustees shall meet at least once every three months and at such other times as they deem it necessary to transact their business.

*Section 4.3 Action of Trustees Without Meeting.* Action by the Trustees may also be taken by them in writing, without a meeting, or by telephone conference call, or by wire, provided that in such cases, there shall be unanimous concurrence of all Trustees.

*Section 4.4 Quorum.* In all meetings of the Trustees, four (4) Trustees shall constitute a quorum for the transaction of business, provided there are at least two (2) Trustees appointed by the Union, and at least two (2) Trustees appointed by Employers present at such meetings. At all meetings, each Trustee shall have one vote and the Employer and Union appointed Trustees collectively shall have equal voting strength.

*Section 4.5 Majority Vote of Trustees.* All action by Trustees shall be by majority decision of those voting. Such majority decision shall govern not only this Article but any portion of this Agreement and Declaration of Trust which refers to action by the Trustees. In the event any matter presented for decision cannot be decided because of a tie vote or the lack of a quorum at two successive meetings, the matter shall be resolved pursuant to the procedure set forth in Article VIII hereof.

*Section 4.6 Minutes of Meetings.* The Trustees or their designee shall keep minutes of all meetings, but such minutes need not be verbatim. Copies of the minutes shall be sent to all the Trustees and to such other persons as the Trustees may direct. Minutes of a meeting shall be reviewed and approved by the Trustees at the next meeting.

## ARTICLE V
## POWERS AND DUTIES OF TRUSTEES

*Section 5.1 Conduct of Trust Business.* The Trustees shall have authority to control and manage the operation and administration of the Pension Fund and shall conduct the business and activities of the Pension Fund in accordance with this Trust Agreement and applicable law. The Trustees shall hold, manage and protect the Trust Fund and collect the income therefrom and contributions thereto. The Trustees shall be the Named Fiduciary and the Administrator of the Pension Fund as those terms are defined in the Act.

*Section 5.2 Use of the Trust Fund for Expenses and to Provide Benefits.*

(a) The Trustees shall have the power and authority to use and apply the Trust Fund to pay or provide for the payment of all reasonable and necessary expenses (i) of collecting employer contributions and payments and other monies and property to which they may be entitled; (ii) of administering the affairs of this Trust, including the purchase or lease of real property, material, supplies and equipment; (iii) of obtaining such legal, actuarial, investment, administrative, accounting clerical and other assistance or employees as they may find necessary or appropriate; and (iv) of performing such other acts as the Trustees, in their sole discretion, find necessary or appropriate in the performance of their duties.

(b) The Trustees shall have the power and authority to use and apply the Trust Fund to pay or provide for the payment of retirement and related benefits to eligible Employees and Beneficiaries in accordance with the terms, provisions and conditions of the Plan of Pension Benefits to be agreed upon by the Trustees pursuant to this Agreement and Declaration of Trust.

*Section 5.3 Construction and Determinations by Trustees.* Subject to the stated purposes of the Pension Fund and the provisions of this Trust Agreement, the Trustees shall have full and exclusive authority to determine all questions of coverage and eligibility, methods of providing or arranging for benefits including the self funding of benefits, and all other related matters. They shall have full power to construe the provisions of this Agreement and Declaration of Trust and the Plan of Pension Benefits, and the terms used therein and any rules and regulations issued thereunder. Any such determination and any such construction adopted by the Trustees in good faith shall be binding upon the Union, the Company, the Employers, Employees and their Beneficiaries.

*Section 5.4 General Powers.* The Trustees, are hereby empowered, in addition to such other powers as are set forth herein or conferred by law, to:

(a) demand, collect, receive and hold contributions and to take such steps as may be deemed necessary or desirable to collect contributions due the Trust Fund;

(b) compromise, settle, arbitrate and release claims or demands in favor of or against the Pension Trust Fund or the Trustees on such terms and conditions as the Trustees may deem advisable; commence or defend any legal, equitable or administrative proceedings brought in connection with the Pension Trust Fund and represent the Pension Trust Fund in all such proceedings;

(c) pay or provide for the payment of all reasonable and necessary expenses of collecting contributions and payments;

(d) enter into any and all contracts and agreements for carrying out the terms of this Trust Agreement and the administration of the Pension Fund;

(e) enter into an investment contract or agreement with an insurance company or companies for the investment and reinvestment of assets of the Trust Fund;

(f) enter into a group annuity contract or contracts and any agreements supplemental thereto, with an insurance company or companies for the purpose of investing all or a portion of the Fund held by them in Trust. Any such contract may provide that deposits thereunder be allocated to the insurance company's general account, or solely to one or more of its separate accounts maintained for the collective investment of the assets of qualified retirement plans, including but not limited to, a separate account, invested primarily in real property or any interest therein, or to the insurance company's general account and one or more of its separate accounts. The insurance company issuing such contract shall have the exclusive responsibility for the investment and management of any amounts held under such contract, and shall have all the powers with respect to the assets of the Fund held thereunder as the Trustees have with respect to the assets of the Fund held under this Agreement and Declaration of Trust;

(g) invest, reinvest and have invested and reinvested all funds of this Pension Trust Fund, without distinction between principal and income, in any type of investment the Trustees deem prudent. The Trustees shall have the authority, in respect to any stocks, bonds or other property, held by them as Trustees, to exercise all such rights, powers and privileges as might be lawfully exercised by any person owning similar stocks, bonds or other property in his own right;

(h) register securities or other Pension Trust Fund property in the name of the Pension Trust Fund or of the Trustees, or in the names of one or more nominees of the Trustees and to hold instruments in bearer form;

(i) enter into and terminate agency or custody agreements with banks, savings and loan associations or trust companies chosen by them, under which said agreements the Trustees may turn over to said banks, savings and loan associations, or trust companies a portion or all of the funds held by them in this Trust for safekeeping, investment or reinvestment, on such terms as the Trustees deem advisable;

(j) co-mingle at their discretion, all or any portion of the assets of the Pension Trust Fund, with assets of other qualified employee benefit plans for the purpose of investment in, or through, investment trusts for employee benefit plans. Said investment may, at the Trustees' discretion, be in the equity and/or fixed income funds of such investment trusts. To the extent of this Pension Trust Fund's participation in any investment trust, that investment trust shall constitute a part of this Agreement and Declaration of Trust;

(k) sell, exchange, lease, convey, mortgage or dispose of any property, whether real or personal, at any time forming a part of the Pension Trust Fund upon such terms as they may deem proper, and to execute and deliver any and all instruments of conveyance, lease, mortgage and transfer in connection therewith;

(l) pay or provide for the payment of all real and personal property taxes, income taxes and other taxes of any and all kinds levied or assessed under existing or future laws upon or in respect to the Pension Trust Fund or any money, property or securities forming a part thereof;

(m) retain such portion of the monies of the Pension Trust Fund in cash balances as the Trustees may deem desirable; sole discretion, deem necessary or desirable to carry out the purposes of such Pension Trust Fund;

(o) allocate fiduciary responsibilities among the Trustees, or Committees of the Trustees, delegate fiduciary duties to persons other than Trustees and delegate Trustees responsibilities to an investment manager as provided in this Agreement and Declaration of Trust and in accordance with the requirements of the Act;

(p) appoint an investment manager or managers, as that term is defined in the Act, and enter into an agreement with such investment manager, in accordance with the requirements of the Act, delegating to the investment manager the responsibility to control and manage, including the power to acquire and dispose of, such of the assets of the Pension Trust Fund as the Trustees may specify;

(q) enter into an agreement or arrangement with other similar trust funds for the operation of a joint administrative office, which, shall administer the office or offices of the Pension Trust Fund, coordinate and administer the accounting, bookkeeping and clerical services, provide for the coordination of actuarial services furnished by the consulting actuary, prepare (in cooperation, where appropriate, with the consulting actuary and independent auditor) all reports and other documents to be prepared, filed or disseminated by or on behalf of the Pension Trust Fund in accordance with law, assist in the collection of contributions required to be paid to the Pension Trust Fund by Employers and perform such other duties and furnish such other services as may be assigned, delegated or directed or as may be contracted by or on behalf of the Trustees;

(r) employ a reputable and qualified investment consultant to assist the Trustees in exercising their investment powers and authority by reviewing the investment policy and types and kinds of investments made by the Trustees and/or the investment manager(s) and to contract for investment measurement services;

(s) engage one or more independent qualified public accountants, one or more enrolled actuaries and qualified legal counsel to perform all services as may be required by applicable law and such other services as the Trustees may deem necessary;

(t) pay or provide for the payment from the Trust Fund of all costs incurred in employing such professionals, consultants, and managers as the Trustees deem necessary and in accordance with this Trust Agreement and applicable law;

(u) designate an agent for service of legal process for the Pension Trust Fund;

(v) obtain and maintain policies of insurance, to the extent permitted by law, to insure themselves, the Pension Trust Fund as such, as well as employees or agents of the Trustees and of the Pension Trust Fund, while engaged in business and related activities for and on behalf of the Pension Trust Fund (i) with respect to liability to others as a result of acts, errors or omissions of such Trustee or Trustees, employees or agents, respectively, and (ii) with respect to injuries received or property damage suffered by them. The cost of the premiums for such policies of insurance shall be paid out of the Pension Trust Fund to the extent permitted by the Act;

(w) enter into reciprocal agreements (on such terms as the Trustees deem advisable) with trustees of other pension funds to permit employees covered hereby to receive pension credits in this Fund when working outside the geographical jurisdiction and/or trade jurisdiction covered by Collective Bargaining Agreements, as defined herein, and to receive from other pension funds contributions made on behalf of employees not normally covered under this Pension Fund, to permit those employees to receive Pension credits in their home funds;

(x) merge or integrate this Fund into or with another pension fund or to accept the transfer of all or a portion of the assets of another pension fund in accordance with the requirements of the Act;

(y) establish such rules and regulations necessary to effectuate the purposes of this Agreement and Declaration of Trust and not inconsistent with the terms hereof;

(z) do any and all acts, whether or not expressly authorized herein, which the Trustees may deem necessary to accomplish the general objective and purpose of enabling the Employees to obtain Pension benefits.

*Section 5.5 Personal Liability.* No Trustee shall be liable or responsible for his own acts or for any acts or defaults of any other fiduciary or party in interest or any other person except to the extent liability is imposed by the Act.

The Trustees, to the extent permitted by the Act, shall incur no liability in acting upon any instrument, application, notice, request, signed letter, telegram or other paper or document believed by them to be genuine and to contain a true statement of facts, and to be signed by the proper person.

*Section 5.6 Reliance on Written Instruments and Professional Advice.* Any Trustee, to the extent permitted by the Act, may rely upon any instrument in writing purporting to have been signed by a majority of the Trustees or the Chairman and Secretary as conclusive evidence of the fact that a majority of the Trustees have taken the action stated to have been taken in such instrument.

The Trustees may, from time to time, consult with the Trust Fund's legal counsel, actuary and any other professionals, and to the extent permitted by the Act, the Trustees shall be protected in acting upon the advice of such professionals.

*Section 5.7 Reliance by Others.* No party dealing with the Trustees shall be obligated to see to the application of any funds or property of the Trust Fund to the stated Trust or to see that the terms of this Trust Agreement have been complied with or to inquire into the necessity or expediency of any act of the Trustees. Every instrument executed by the Trustees shall be conclusive evidence in favor of every person relying thereon that at the time of the execution of said instrument, the Trust was in full force and effect, that the instrument was executed in accordance with the terms and conditions of this Trust Agreement, and that the Trustees were duly authorized and empowered to execute the instrument.

*Section 5.8 Books of Accounts.* The Trustees shall cause to be kept true and accurate books of accounts and records of all transactions of the Pension Trust Fund which shall be open to the inspection of each of the Trustees at all times and which shall be audited at least annually and at such other times as the Trustees deem appropriate by a certified public accountant selected by the Trustees. A complete and detailed statement of the annual audit, including the benefits and administration costs, shall be made available to the Union and to each Company requesting a copy thereof.

*Section 5.9 Surety Bonds.* The Trustees and any employees who are empowered and authorized to sign checks and handle monies of the Pension Trust Fund shall be bonded by a duly authorized surety company, qualified to write such bonds, in such amounts as may be determined from time to time by the Trustees. The Trustees may also bond such other employees of the Trust Fund as they deem necessary. The cost of the premiums of such bonds shall be paid out of the Pension Trust Fund. The bonds shall be in such amounts as required by applicable law.

*Section 5.10 Execution of Documents.* The Trustees may, in the course of conducting the business of the Pension Trust Fund, execute all instruments or documents or notices in the name of the Teamsters Local 639—Employers Pension Fund which instruments shall be signed by the Chairman and Secretary, or one or more Trustees authorized by resolution. All persons shall be fully protected in reliance that such instruments or documents or notices have been duly authorized and are binding on the Trustees and the Teamsters Local 639—Employers Pension Fund.

## ARTICLE VI
## CONTRIBUTIONS TO THE PENSION TRUST FUND

*Section 6.1 Contributions Held in Trust.* The Trustees declare that they will receive and hold the contributions herein provided for or any other money, income, rebate, dividend or return of premium or property which may be entrusted to them, as Trustees hereunder, with the powers and duties and for the uses, purposes and trusts set forth in this Agreement and Declaration of Trust.

Neither the Union, the Company, the Employer, Employees, or their beneficiaries shall have any right, title or interest in or to the Trust Fund or any part thereof except as required by law.

*Section 6.2 Encumbrance of Benefits.* The Teamsters Local 639—Employers Pension Fund shall constitute an irrevocable trust for the sole and exclusive benefit of Employees and their beneficiaries entitled to benefits under the Plan of Pension Benefits. All the benefits, monies or property shall be free from the interference and control of any creditor; and no benefits shall be subject to any assignment or other anticipation, nor to seizure or to sale under any legal, equitable or any other process; and in the event that any claim or benefit shall, because of any debt incurred by or resulting from any other claim or liability against any Employee, or Beneficiary, by reason of any sale, assignment, transfer, encumbrance, anticipation or other disposition made or attempted by said Employee, or Beneficiary, or by reason of any seizure or sale or attempted sale under any legal, equitable or other process, or in any suit or proceeding become payable, or be liable to become payable to any person other than the Employee or Beneficiary for whom the same is intended, as provided herein, pursuant hereto, the Trustees shall have power to withhold payment of such benefit to such Employee or Beneficiary until such assignment, transfer, encumbrance, anticipation or other disposition, writ, or legal process is cancelled or withdrawn in such manner as shall be satisfactory to the Trustees. Until so cancelled or withdrawn, the Trustees shall have the right to use and apply the benefits as to the Trustees may seem best, directly for the support and maintenance of such Employee or Beneficiary.

The Employers' contributions to be paid into the Pension Trust Fund shall not constitute or be deemed wages due to Employees nor shall the Pension Trust Fund be liable for or subject to the debts, contracts or liabilities of the Union, the Company, the Employers, or Employees.

No Employee shall have the right to receive any part of the contributions made to this Pension Trust Fund, except as provided by the Plan of Pension Benefits.

*Section 6.3 Rate of Contributions.* The Employer shall pay to the Trustees each month the amount of money as established and provided for in Collective Bargaining Agreements or signed participation agreement.

*Section 6.4 Mode of Payment and Report on Contributions.* All contributions required by Collective Bargaining Agreements and signed participation agreements shall be paid to the Trustees, on or before the last day of the month following the month in which the Employee worked, and shall be in the manner and form determined by the Trustees. The Employers shall make all reports on contributions required by the Trustees in the performance of their duties under this Agreement and Declaration of

Trust. The Trustees may, at any time, designate a qualified representative to conduct an audit of the payroll and wage records of any Employer to permit the Trustees to determine whether such Employer is making full payments to the Trustees in the amounts required by a Collective Bargaining Agreement or signed participation agreement. Whenever a discrepancy is disclosed by virtue of said audit, the Trustees may assess the entire costs of the audit to the Employer who shall be obligated to make payment therefore. Any data or information furnished to the Trustees by an Employer or by the Union shall be held confidential and may not be disclosed by the Trustees to any third person, unless the Trustees shall decide that such disclosure is necessary for the proper administration of the Fund.

Section 6.5 Default in Payment. Each Employer shall be responsible only for making contributions that it is obligated to make, on behalf of its Employees, pursuant to its Collective Bargaining Agreement or signed participation agreement. Non-payment by an Employer of any contributions when due shall not relieve any other Employer of his obligation to make payments, nor shall non-payment by one Employer of any contribution when due impose upon any other Employer, Company or the Union any obligation with respect to such payments.

When a Company fails to make payment in accordance with Section 6.3 and 6.4 of this Article, a ten percent (10%) liquidated damage amount may be imposed and that Company shall be obligated to pay interest on the prime rate or at the rate of one and one-half (1½) percent per month on any unpaid balance, whichever is greater.

The Trustees shall have the power to take any action necessary to enforce the payment of contributions due, including, but not limited to, the institution of or intervention in any legal, equitable or administrative proceedings. All reasonable expenses incurred by the Pension Trust Fund in enforcing the payment of contributions due, including, but not limited to, reasonable attorneys' fees, accountants' fees and court costs plus an additional liquidated damage of ten percent (10%) shall be added to the obligation of the defaulting Employer. The Employer agrees that such sums, together with interest at the highest rate permitted by the laws of the state where suit is instituted, shall be included in any judgment issued by a court. The Trustees shall have the authority to settle or compromise any claims, suits, or legal actions for less than the full amount due when, in their discretion, they deem it in the best interest of the Fund.

The Trustees may adopt such additional rules and regulations to enforce the collection of delinquent contributions as they may deem necessary, including the adoption of special rules applicable to Employer(s) who are repeatedly delinquent.

## ARTICLE VII
## PLAN OF PENSION BENEFITS

Section 7.1 Benefits. The Trustees shall have full discretion and authority to adopt a Plan of Pension Benefits which sets forth eligibility requirements, type, amount and duration of benefits that are to be provided equally and without discrimination to eligible Employees, based on what the Trustees determine to be within the financial limitations of the Pension Trust Fund provided, however, that no benefits, other than pension, annuity, death and related benefits, may be provided for or paid under this Agreement.

Section 7.2 Eligibility Requirements for Benefits. The Trustees shall have full discretion and authority to determine questions of eligibility requirements for benefits and duration of benefits and to adopt rules and regulations setting forth same, which shall be binding on the Employers, Employees, their Beneficiaries and any other persons making claims.

Section 7.3 Written Plan of Benefits. The detailed basis on which payment of benefits is to be made, pursuant to this Trust Agreement shall be set forth in the Plan of Pension Benefits. Such Plan of Pension Benefits shall be subject to change or modification by the Trustees from time to time as they may, in their discretion, determine is necessary or advisable based on the financial condition of the Fund.

The Board of Trustees shall reduce the benefits when and to the extent that they are advised by the actuary that it is necessary to make any such reduction in order to stay within the financial limitations of the Teamsters Local 639—Employers Pension Fund.

Any change in or modification of the Plan of Pension Benefits made by the Board of Trustees shall be set forth in writing by the Trustees, with notice to the Company and the Unioin.

Section 7.4 Internal Revenue Service and Labor Department Approval. The Trust and the Plan of Pension Benefits adopted by the Trustees will continue as a qualified Trust and Plan so as to ensure that the Employer contributions to the Pension Fund are proper deductions for income tax purposes. In addition, the Plan of Pension Benefits adopted by the Trustees shall qualify for approval by the Department of Labor as required by applicable law. It is the intention of the Trustees to be in full compliance with all requirements of the Internal Revenue Code and the Act. The Trustees are authorized to make whatever applications are necessary with the Internal Revenue Service and Department of Labor to maintain approval of the Trust and Plan of Pension Benefits.

Section 7.5 Limitation of Employer's and Union's Obligations. Neither any Company nor the Union shall have any responsibility for the payment of any benefit under the Plan of Pension Benefits. The obligation of each Employer under the Plan shall be a several one and shall be limited, except as required by the Act, to paying into the Pension Trust Fund the contributions that it is obligated to make on behalf of its Employees under the provisions of its Collective Bargaining Agreement or signed stipulation.

## ARTICLE VIII
## ARBITRATION

Section 8.1 Application of this Article. In the event the Trustees cannot decide any matter, issue or dispute because of a tie vote, or the lack of a quorum at two (2) successive regular or special meetings of the Trustees, then, in either such event, the Employer Trustees and the Union Trustees will attempt to agree upon the designation of an impartial umpire to decide the dispute. If, within ten (10) days after the occurrence of either of the two events referred to above no impartial arbitrator is agreed upon, any four Trustees may petition the United States District Court for the District of Columbia to appoint an impartial umpire. The decision of the impartial umpire so agreed upon or appointed shall be final and binding on all parties and persons concerned.

Section 8.2 Expenses of Arbitration. All reasonable and necessary costs and expenses incidental to the proceedings before the impartial umpire, including the fee, if any, of the impartial umpire and attorneys' fees incurred by any Trustee in connection with such dispute, shall be a proper charge against the Trust Fund and the Trustees are authorized and directed to pay such charges.

## ARTICLE IX
## EXECUTION OF AGREEMENT AND DECLARATION OF TRUST

*Section 9.1 Counterparts.* This Agreement and Declaration of Trust may be executed in one or more counterparts. The signature of a party on any counterpart shall be sufficient evidence of his execution thereof.

## ARTICLE X
## AMENDMENT TO AGREEMENT AND DECLARATION OF TRUST

*Section 10.1 Amendment by Trustees.* The provisions of this Agreement and Declaration of Trust may be amended to any extent and at any time by an instrument in writing, adopted by unanimous action of all Trustees; however, changes in the Plan of Pension Benefits may be made by majority action of the Trustees present and voting, in accordance with Article VII. Nothing in this Section shall limit the power of the Trustees to amend this Trust Agreement by unanimous action without the approval of the Company or the Union if consistent with Collective Bargaining Agreements. It is expressly understood and agreed that no amendment shall direct any of the trust estate then in the hands of the Trustees from the purposes and objects of the Pension Trust Fund.

*Section 10.2 Retroactive Effect.* Any Amendment, howsoever adopted, may have retroactive effect.

## ARTICLE XI
## TERMINATION OF TRUST

*Section 11.1 By the Trustees.* This Agreement and Declaration of Trust may be terminated by an instrument in writing, executed by the Trustees upon the happening of any one or more of the following events:

(a) If the Trust Fund is, in the opinion of the Trustees, inadequate to carry out the intent and purpose of this Trust Agreement, or is inadequate to meet the payments due or to become due under this Trust Agreement and under the Plan of Pension Benefits to Employees and Beneficiaries;

(b) If there are no individuals living who can qualify as Employees or Beneficiaries hereunder;

(c) When there is no longer in force and effect Collective Bargaining Agreements or signed participation agreements requiring contributions to the Pension Trust Fund.

*Section 11.2 Procedure on Termination.* In the event of the termination of this Agreement and Declaration of Trust, the Trustees shall:

(a) make provision out of the Trust Fund for the payment of expenses incurred up to the date of termination of the Trust and the expenses incidental to such termination;

(b) arrange for a final audit and report of their transactions and accounts for the purpose of termination of their Trusteeship;

(c) give any notice and prepare and file any reports which may be required by law; and

(d) apply the Pension Trust Fund in accordance with the provisions of the Plan of Pension Benefits.

No part of the corpus or income of the Pension Trust Fund shall be used for or diverted to purposes other than for the exclusive benefit of the Employees and their Beneficiaries or the administration expenses of the Pension Trust Fund. Under no circumstances shall any portion of the Pension Trust Fund, either directly or indirectly, revert or accrue to the benefit of any contributing Employer, the Company or the Union.

*Section 11.3 Notification of Termination.* Upon termination of the Pension Trust Fund, in accordance with this Article, the Trustees shall forthwith notify the Union, the Company and all other interested parties. The Trustees shall continue as Trustees for the purpose of winding up the affairs of the Pension Trust Fund.

## ARTICLE XII
## MISCELLANEOUS PROVISIONS

*Section 12.1 Termination of Individual Employers.* An Employer shall cease to be an Employer within the meaning of this Agreement and Declaration of Trust when he is no longer contractually obligated, pursuant to a Collective Bargaining Agreement or a signed participation agreement, to make contributions to this Pension Trust Fund or when the Trustees determine that his participation as a contributing Employer shall terminate.

*Section 12.2 Vested Rights.* No Employee or any person claiming by or through an Employee shall have any right, title or interest in or to the Pension Trust Fund, or any part thereof, except as may be specifically determined by the Trustees in conformation with the Act.

*Section 12.3 Situs.* This Agreement and Declaration of Trust is accepted by the Trustees in the District of Columbia and such place shall be deemed the situs of the Pension Trust Fund continued hereunder. All questions pertaining to validity, construction and administration shall be determined in accordance with the laws of the United States and of the District of Columbia.

*Section 12.4 Construction of Terms.* Wherever any words are used in this Agreement and Declaration of Trust in the masculine gender, they shall be construed as though they were also used in the feminine gender or neuter gender, in all situations where they would so apply. Wherever any words are used in this Agreement and Declaration of Trust in the singular form, they shall be construed as though they were also used in the plural form in all situations where they would so apply. Wherever any words are used in this Agreement and Declaration of Trust in the plural form, they shall be construed as though they were also used in the singular form in all situations where they would so apply.

*Section 12.5 Certification of Trustees' Action.* The Chairman and Secretary of the Trustees may execute any certificate of document jointly, on behalf of the Trustees, and such execution shall be deemed execution by all the Trustees. All persons having dealings with the Pension Trust Fund, or with the Trustees, shall be fully protected in reliance placed upon such duly executed document.

*Section 12.6 Notice.* Any notice required to be given, to the Trustees or any one or more of them pursuant to any provision of this Trust Agreement shall be deemed to have been given if mailed to such Trustee or Trustees at the last known address of the Trustee.

*Section 12.7 Severability.* Should any provision in this Agreement and Declaration of Trust, Plan of Pension Benefits or rules and regulations adopted thereunder, or in any Collective Bargaining Agreement, be deemed or held to be unlawful or invalid for any reason, such facts shall not adversely affect the provisions herein and therein contained, unless such illegality should make impossible or impractical the functioning of the Pension Trust Fund and the Plan of Pension Benefits, and in such case, the appropriate parties shall immediately adopt a new provision to take the place of the illegal or invalid provision.

*Section 12.8 Refund of Contributions.* In no event shall any Employer, directly or indirectly, receive any refund on contributions made by them to the Trust except as provided in the Act. Nor shall an Employer, directly or indirectly, participate in the disposition of the Pension Trust Fund or receive any benefits from the Trust.

*Section 12.9 Article and Section Titles.* The Article and Section titles are included solely for convenience and shall not be construed to affect or modify any part of the provisions of this Trust Agreement or be construed as part thereof.

*Section 12.10 Pension or Other Benefits Payable from Trust Fund Only.* Pension and other benefits provided for by this Agreement and Declaration of Trust and/or Plan of Pension Benefits shall be payable to the extent there are assets in the Fund to pay such pension and other benefits. Neither the parties to this Trust Agreement, the Trustees, nor the Employers guarantee the payment of pension or other benefits, in the event the assets of the Fund are insufficient for such purposes.

*Section 12.11 Complete Agreement.* The provisions of this Trust Agreement shall be deemed exclusively to define the powers, duties, rights and obligations of all persons who have a relation to the trust estate, except that the amount of the Employer contributions and dates for payment thereof shall be provided for in the Collective Bargaining Agreements and signed participation agreements.

CERTIFICATION: The Trustees certify that their signatures appear on the Master Trust Agreement on file at the Trust Office and in consideration for this certification the Company representative and the Union representative on execution of this copy of the Trust Agreement hereby waive the signatures of the Trustees and accept the printed names of the said parties in lieu of actual signatures.

IN WITNESS WHEREOF, the parties hereto have caused these presence to be executed this _____ day of _____, 19 ___.

TRUSTEES: _____        COMPANY _____

/s/ Jack Baker _____

/s/ Morris Davidson _____        BY _____

/s/ William McIntyre _____

/s/ Roger Olson _____        DATE _____

/s/ John Catlett _____

/s/ Joseph Connors _____        UNION: Drivers, Chauffeurs, and Helpers Local Union
                                                     No. 639

/s/Philip Feaster _____        BY _____

/s/John Steger _____

# EXHIBIT A

# TEAMSTERS LOCAL 639-EMPLOYERS HEALTH TRUST FUND
## Agreement and Declaration of Trust

### AMENDED AS OF JANUARY 18, 1984

THIS AGREEMENT is made and entered into at Washington, D.C. this _____ day of _____, 19___ **by and between**
_____
hereinafter called the "COMPANY", and the DRIVERS. CHAUFFEURS AND HELPERS LOCAL UNION NO. 639 of Washington, D.C., hereinafter called the "UNION"; and JACK BAKER, MORRIS DAVIDSON, WILLIAM McINTYRE, and ROGER OLSON, Company Trustees; and JOHN CATLETT, JOSEPH CONNORS, PHILIP FEASTER, and JOHN STEGER, Union Trustees, hereinafter called "TRUSTEES"

*Recitals:*
1. The Company and other Employers signatory to this Trust Agreement, are parties to collective bargaining agreements with the Union which provide that each Employer covered by any of said collective bargaining agreements will pay the sum specified therein, in the manner specified therein, for Employees under such collective bargaining agreements to a Health Fund established for the benefit of such Employees and their Dependents.

2. The parties have agreed that such payments shall be payable to and be deposited in the Trust Fund referred to in this Trust Agreement.

3. The purpose of this Trust Agreement is to provide for the revision and maintenance of such Trust Fund originally established by agreement of January 20, 1952 and as modified or amended subsequently, and for the revision and maintenance of such Health Plan authorized by the collective bargaining agreements.

4. The purpose of the Health Plan is to provide medical and related benefits for eligible Employees covered by the aforesaid collective bargaining agreements and eligible under the Plan, and such other persons as the Trustees may include from time to time, either through the purchase of insurance policies or the payment of said benefits directly from the Fund.

*Provisions*
In consideration of the foregoing, and of the mutual promises hereinafter provided, the parties agree as follows:

### ARTICLE I
### DEFINITIONS

Unless the context or subject matter requires otherwise, the following definitions shall govern this Agreement and Declaration of Trust:

*Section 1.1 Collective Bargaining Agreement.* The term "Collective Bargaining Agreement" as used herein, shall mean the Collective Bargaining Agreements in force and effect between the Union and the Company, together with any modifications, supplements or amendments thereto.

*Section 1.2 Union.* The term "Union" as used herein shall mean Drivers, Chauffeurs and Helpers Local Union No. 639 of Washington, D.C., affiliated with the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, and any Union affiliated with Teamsters' Joint Council No. 55, Washington, D.C. that enters into an Agreement and Declaration of Trust with the Trustees.

*Section 1.3 Company.* The term "Company" as used herein shall mean any corporation, partnership, or individual that has a collective bargaining agreement with the Union, or has signed a participation agreement with the Trust providing for payments into the Trust Fund on behalf of any Employee of such Employer covered by such Agreement. "Companies" means more than one such Company.

*Section 1.4 Employer.* The term "Employer" as used herein shall mean Company as defined immediately above, and further, shall mean the Union in its capacity as an Employer, except that the Union shall not participate in the selection of Employer Trustees.

*Section 1.5 Employees.* The term "Employees" as used herein, shall mean (1) those persons employed by any Employer as defined in Section 1.4 and on whose behalf payments are required to be made to the Health Fund pursuant to a Collective Bargaining Agreement or a signed participation agreement; (2) paid Employees of the Union providing the Union contributes to the Health Fund on behalf of each such Employee.

*Section 1.6 Participant.* The term "Participant" as used herein, shall mean any Employee of a Company or Union who is reported and for whom contributions are made to the Health Trust Fund.

*Section 1.7 Beneficiary.* The term "Beneficiary" as used herein, shall mean a person designated by the terms of the Health Plan created pursuant to this Agreement and Declaration of Trust, who is or may become entitled to a benefit from this Fund.

*Section 1.8 Trustees.* The term "Trustees" as used herein, shall mean the Trustees designated in this Trust Agreement, together with their successors designated and appointed in accordance with the terms of this Trust Agreement.

*Section 1.9 Insurer.* The term "Insurer" as used herein, shall mean any insurance company qualified to do business in the District of Columbia selected to underwrite the Health Plan by the Trustees.

*Section 1.10 Agreement and Declaration of Trust.* The term "Agreement and Declaration of Trust" as used herein, shall an this instrument including any amendments, supplements and modifications hereto.

*Section 1.11 Act.* The term "Act" as used herein, shall mean the Employee Retirement Income Security Act of 1974, and amendments as may from time to time be made and any regulations promulgated pursuant to the provisions of the Act.

*Section 1.12 Plan of Health Benefits.* The term "Health Plan" as used herein, shall mean the program of medical and related benefits established by the Board of Trustees pursuant to this Agreement and Declaration of Trust.

*Section 1.13 Health Trust Fund.* The term "Health Trust Fund" or "Fund" or "Health Fund" as used herein, shall mean the Trust Fund provided for in the Collective Bargaining Agreement between the Company and the Union which is continued by this restated Agreement and Declaration of Trust, and shall mean generally the monies, insurance policies and other things of value which comprise the corpus, income and additions to the Trust Fund.

## ARTICLE II
## CONTINUATION OF THE HEALTH FUND

*Section 2.1 Continuation of the Health Trust Fund.* There is hereby continued a Trust Fund known as the "Teamsters Local 639-Employers Health Trust".

*Section 2.2 Composition of Health Trust Fund.* This Trust Fund consists of (1) such sums of money as have been or shall be paid to the Health Fund by the Employers as contributions required by Collective Bargaining Agreements or signed participation agreements; (2) all investments made therewith, the proceeds thereof and the income therefrom; (3) all other contributions and payments to the Trustees from any source whatsoever to the extent permitted by law; (4) all policies of insurance including dividends, interest, refunds or other sums payable to the Trustees on account of said policies; and (5) supplies, property and other assets used by the Trustees in the administration of the Health Fund.

*Section 2.3 Purpose of Trust Fund.* The Trust Fund continued hereby is for the purpose of providing (1) medical benefits and such other benefits as may be permitted by law under a plan of benefits adopted by the Trustees and (2) the means for financing the expenses of the Trustees in the operation and administration of the Health Trust Fund, in accordance with this Agreement and Declaration of Trust. It is intended that this Trust be a multi-employer plan as that term is defined in Section 3(37) of the Act.

*Section 2.4 Irrevocable Purpose.* The Trust continued hereby shall constitute an irrevocable trust established for the exclusive benefit of employees, in accordance with Section 302(c) of the Labor Management Relations Act of 1947, as amended by Public Law 86-257, 1959, and in accordance with the Act.

## ARTICLE III
## BOARD OF TRUSTEES

*Section 3.1 Board of Trustees.*

(a) The operation and administration of the Health Trust Fund shall be the responsibility of a Board of Trustees, composed of eight (8) Trustees, four (4) of whom shall be appointed by contributing Employers as defined in Article I, Section 1.4, and four (4) of Whom shall be appointed by the union.

(b) The Union Executive Board shall designate and appoint four Trustees of the Union in accordance with the Union's By-Laws. The Union Trustees' term shall be concurrent with the term of office of a majority of the Union Executive Board that initially appoints the Union Trustee. The President of the Union shall set forth the names of the Trustees so appointed by instrument in writing addressed to the Board of Trustees.

(c) The contributing Employers shall appoint Trustees pursuant to regulations adopted from time to time by the Trustees previously appointed by the contributing Employers. To be eligible to participate in the election of Trustees a Company must:

(1) be a non-delinquent Employer, and

(2) not have been delinquent more than two times in the twenty-four (24) months preceding the election date.

*Section 3.2 Acceptance of Trusteeship.* A Trustee shall execute a written acceptance in a form satisfactory to the Trustees and consistent with the Act and thereby shall be deemed to have accepted the Trust created and established by this Trust Agreement and to have consented to act as Trustee and to have agreed to administer the Health Trust Fund as provided herein. Such written acceptance shall be filed at the office of the Trustees.

*Section 3.3 Name.* The Trustees shall conduct the business of the Health Trust Fund and execute all documents and instruments in the name of the Teamsters Local 639-Employers Health Trust Fund.

*Section 3.4 Resignation and Replacement of Trustees.* A Trustee may resign and become and remain fully discharged from all further duty or responsibility hereunder upon giving (30) days' notice in writing to the remaining Trustees and to the party by whom he was designated, or such shorter notice as the remaining Trustees may accept as sufficient. The notice shall state the date on which such resignation shall take effect; and such resignation shall take effect on the date specified in the notice, unless a successor Trustee shall have been appointed at an earlier date, in which event such resignation shall take effect immediately upon the appointment of such successor.Trustee.

In the event of the resignation, death, incapacity or the unwillingness of any of the Trustees to serve, a successor Trustee shall be designated by the Union Executive Board to replace a Union Trustee, or by the remaining Company Trustees to replace a Company Trustee. The remaining Trustees shall be notified of such designation by an instrument in writing.

Any successor Trustee designated as herein provided shall affix his signature to a certificate of acceptance of this Agreement and Declaration of Trust as provided in Section 2 of this Article, and shall, without further act, become vested with all the estate rights, powers, discretions and duties of his predecessor Trustee.

Any retiring Trustee shall forthwith turn over to the remaining Trustees at the office of the Health Fund any and all records, books, documents, monies and other property in his possession which are a part of the Health Trust Fund and incident to the fulfillment of the Trustees' duties and responsibilities under this Agreement and Declaration of Trust.

The powers of the Trustees to act, as above provided in this Trust Agreement, shall not be impaired or limited in any way pending the designation of a successor Trustee to fill any vacancy.

*Section 3.5 Term of Trustees.* The full terms of all Trustees shall be four years commencing as of January 18, 1984 and thereafter on successive fourth anniversaries of such date, unless shortened in the case of a Union Trustee by application of Section 3.1(b) of this Article.

*Section 3.6 Payment of Trustees.* The Trustees shall not receive compensation for the performance of their duties as Trustees but may be reimbursed for all reasonable and necessary expenses which they incur in the performance of their duties. Any Trustee who is not otherwise employed by a contributing Company or the Union as defined herein shall be paid such reasonable compensation as shall from time to time be agreed upon by the Board of Trustees.

## ARTICLE IV
## MEETINGS AND DECISIONS OF THE TRUSTEES

*Section 4.1 Officers of the Trustees.* The Trustees shall select from among their number a Chairman, and a Secretary. When the Chairman has been selected from the Trustees appointed by the Union the Secretary shall be selected from the Trustees appointed by the Employers or vice versa.

*Section 4.2 Meetings of the Trustees.* Regular meetings of the Trustees shall be held at such times and places as may be agreed upon by the Board of Trustees. Reasonable notice of the meetings shall be provided, except that meetings may be held at any time without notice if all the Trustees consent thereto in writing. Special meetings may be called by the Chairman and Secretary or any four (4) Trustees upon five (5) days' written notice to the other four (4) Trustees. The Trustees shall meet at least once every three months and at such other times as they deem it necessary to transact their business.

*Section 4.3 Action of Trustees Without Meeting.* Action by the Trustees may also be taken by them in writing, without a meeting, or by telephone conference call, or by wire, provided that in such cases, there shall be unanimous concurrence of all Trustees.

*Section 4.4 Quorum.* In all meetings of the Trustees, four (4) Trustees shall constitute a quorum for the transaction of business, provided there are at least two (2) Trustees appointed by the Union, and at least two (2) Trustees appointed by Employers present at such meetings. At all meetings, each Trustee shall have one vote and the Employer and Union appointed Trustees collectively shall have equal voting strength.

*Section 4.5 Majority Vote of Trustees.* All action by Trustees shall be by majority decision of those voting. Such majority decision shall govern not only this Article but any portion of this Agreement and Declaration of Trust which refers to action by the Trustees. In the event any matter presented for decision cannot be decided because of a tie vote or the lack of a quorum at two successive meetings, the matter shall be resolved pursuant to the procedure set forth in Article VIII hereof.

*Section 4.6 Minutes of Meetings.* The Trustees or their designee shall keep minutes of all meetings, but such minutes need not be verbatim. Copies of the minutes shall be sent to all the Trustees and to such other persons as the Trustees may direct. Minutes of a meeting shall be reviewed and approved by the Trustees at the next meeting.

## ARTICLE V
## POWERS AND DUTIES OF TRUSTEES

*Section 5.1 Conduct of Trust Business.* The Trustees shall have authority to control and manage the operation and administration of the Health Fund and shall conduct the business and activities of the Health Fund in accordance with this Trust Agreement and applicable law. The Trustees shall hold, manage and protect the Trust Fund and collect the income therefrom and contributions thereto. The Trustees shall be the Named Fiduciary and the Administrator of the Health Fund as those terms are defined in the Act.

*Section 5.2 Use of the Trust Fund for Expenses and to Provide Benefits.*

(a) The Trustees shall have the power and authority to use and apply the Trust Fund to pay or provide for the payment of all reasonable and necessary expenses (i) of collecting employer contributions and payments and other monies and property to which they may be entitled; (ii) of administering the affairs of this Trust, including the purchase or lease of real property, material, supplies and equipment; (iii) of obtaining such legal, actuarial, investment, administrative, accounting clerical and other assistance or employees as they may find necessary or appropriate; and (iv) of performing such other acts as the Trustees, in their sole discretion, find necessary or appropriate in the performance of their duties.

(b) The Trustees shall have the power and authority to use and apply the Trust Fund to pay or provide for the payment of retirement and related benefits to eligible Employees and Beneficiaries in accordance with the terms, provisions and conditions of the Health Plan to be agreed upon by the Trustees pursuant to this Agreement and Declaration of Trust.

*Section 5.3 Construction and Determinations by Trustees.* Subject to the stated purposes of the Health Fund and the provisions of this Trust Agreement, the Trustees shall have full and exclusive authority to determine all questions of coverage and eligibility, methods of providing or arranging for benefits including the self funding of benefits, and all other related matters. They shall have full power to construe the provisions of this Agreement and Declaration of Trust and the Health Plan, and the terms used therein and any rules and regulations issued thereunder. Any such determination and any such construction adopted by the Trustees in good faith shall be binding upon the Union, the Company, the Employers, Employees and their Beneficiaries.

*Section 5.4 General Powers.* The Trustees, are hereby empowered, in addition to such other powers as are set forth herein or conferred by law, to:

(a) demand, collect, receive and hold contributions and to take such steps as may be deemed necessary or desirable to collect contributions due the Trust Fund;

(b) compromise, settle, arbitrate and release claims or demands in favor of or against the Health Trust Fund or the Trustees on such terms and conditions as the Trustees may deem advisable; commence or defend any legal, equitable or administrative proceedings brought in connection with the Health Trust Fund and represent the Health Trust Fund in all such proceedings;

(c) pay or provide for the payment of all reasonable and necessary expenses of collecting contributions and payments;

(d) enter into any and all contracts and agreements for carrying out the terms of this Trust Agreement and the administration the Health Fund;

(e) enter into an investment contract or agreement with an insurance company or companies for the investment and reinvestment of assets of the Trust Fund;

(f) enter into a group annuity contract or contracts and any agreements supplemental thereto, with an insurance company or companies for the purpose of investing all or a portion of the Fund held by them in Trust. Any such contract may provide that

deposits thereunder be allocated to the insurance company's general account, or solely to one or more of its separate accounts maintained for the collective investment of the assets of qualified retirement plans, including but not limited to, a separate account, invested primarily in real property or any interest therein, or to the insurance company's general account and one or more of its separate accounts. The insurance company issuing such contract shall have the exclusive responsibility for the investment and management of any amounts held under such contract, and shall have all the powers with respect to the assets of the Fund held thereunder as the Trustees have with respect to the assets of the Fund held under this Agreement and Declaration of Trust;

(g) invest, reinvest and have invested and reinvested all funds of this Health Trust Fund, without distinction between principal and income, in any type of investment the Trustees deem prudent. The Trustees shall have the authority, in respect to any stocks, bonds or other property, held by them as Trustees, to exercise all such rights, powers and privileges as might be lawfully exercised by any person owning similar stocks, bonds or other property in his own right;

(h) register securities or other Health Trust Fund property in the name of the Health Trust Fund or of the Trustees, or in the names of one or more nominees of the Trustees and to hold instruments in bearer form;

(i) enter into and terminate agency or custody agreements with banks, savings and loan associations or trust companies chosen by them, under which said agreements the Trustees may turn over to said banks, savings and loan associations, or trust companies a portion or all of the funds held by them in this Trust for safekeeping, investment or reinvestment, on such terms as the Trustees deem advisable;

(j) co-mingle at their discretion, all or any portion of the assets of the Health Trust Fund, with assets of other qualified employee benefit plans for the purpose of investment in, or through, investment trusts for employee benefit plans. Said investment may, at the Trustees' discretion, be in the equity and/or fixed income funds of such investment trusts. To the extent of this Health Trust Fund's participation in any investment trust, that investment trust shall constitute a part of this Agreement and Declaration of Trust;

(k) sell, exchange, lease, convey, mortgage or dispose of any property, whether real or personal, at any time forming a part of the Health Trust Fund upon such terms as they may deem proper, and to execute and deliver any and all instruments of conveyance, lease, mortgage and transfer in connection therewith;

(l) pay or provide for the payment of all real and personal property taxes, income taxes and other taxes of any and all kinds levied or assessed under existing or future laws upon or in respect to the Health Trust Fund or any money, property or securities forming a part thereof;

(m) retain such portion of the monies of the Health Trust Fund in cash balances as the Trustees may deem desirable; sole discretion, deem necessary or desirable to carry out the purposes of such Health Trust Fund;

(o) allocate fiduciary responsibilities among the Trustees, or Committees of the Trustees, delegate fiduciary duties to persons other than Trustees and delegate Trustees responsibilities to an investment manager as provided in this Agreement and Declaration of Trust and in accordance with the requirements of the Act;

(p) appoint an investment manager or managers, as that term is defined in the Act, and enter into an agreement with such investment manager, in accordance with the requirements of the Act, delegating to the investment manager the responsibility to control and manage, including the power to acquire and dispose of, such of the assets of the Health Trust Fund as the Trustees may specify;

(q) enter into an agreement or arrangement with other similar trust funds for the operation of a joint administrative office, which, shall administer the office or offices of the Health Trust Fund, coordinate and administer the accounting, bookkeeping and clerical services, provide for the coordination of actuarial services furnished by the consulting actuary, prepare (in cooperation, where appropriate, with the consulting actuary and independent auditor) all reports and other documents to be prepared, filed or disseminated by or on behalf of the Health Trust Fund in accordance with law, assist in the collection of contributions required to be paid to the Health Trust Fund by Employers and perform such other duties and furnish such other services as may be assigned, delegated or directed or as may be contracted by or on behalf of the Trustees;

(r) employ a reputable and qualified investment consultant to assist the Trustees in exercising their investment powers and authority by reviewing the investment policy and types and kinds of investments made by the Trustees and/or the investment manager(s) and to contract for investment measurement services;

(s) engage one or more independent qualified public accountants, one or more enrolled actuaries and qualified legal counsel to perform all services as may be required by applicable law and such other services as the Trustees may deem necessary;

(t) pay or provide for the payment from the Trust Fund of all costs incurred in employing such professionals, consultants, and managers as the Trustees deem necessary and in accordance with this Trust Agreement and applicable law;

(u) designate an agent for service of legal process for the Health Trust Fund;

(v) obtain and maintain policies of insurance, to the extent permitted by law, to insure themselves, the Health Trust Fund as such, as well as employees or agents of the Trustees and of the Health Trust Fund, while engaged in business and related activities for and on behalf of the Health Trust Fund (i) with respect to liability to others as a result of acts, errors or omissions of such Trustee or Trustees, employees or agents, respectively, and (ii) with respect to injuries received or property damage suffered by them. The cost of the premiums for such policies of insurance shall be paid out of the Health Trust Fund to the extent permitted by the Act;

(w) enter into reciprocal agreements (on such terms as the Trustees deem advisable) with trustees of other pension funds to permit employees covered hereby to receive health credits in this Fund when working outside the geographical jurisdiction and/or trade jurisdiction covered by Collective Bargaining Agreements, as defined herein, and to receive from other health funds contributions made on behalf of employees not normally covered under this Health Fund, to permit those employees to receive Health credits in their home funds;

(x) merge or integrate this Fund into or with another health fund or to accept the transfer of all or a portion of the assets of another health fund in accordance with the requirements of the Act;

(y) establish such rules and regulations necessary to effectuate the purposes of this Agreement and Declaration of Trust and not inconsistent with the terms hereof;

(z) do any and all acts, whether or not expressly authorized herein, which the Trustees may deem necessary to accomplish the general objective and purpose of enabling the Employees to obtain medical and related benefits.

*Section 5.5 Personal Liability.* No Trustee shall be liable or responsible for his own acts or for any acts or defaults of any other fiduciary or party in interest or any other person except to the extent liability is imposed by the Act.

The Trustees, to the extent permitted by the Act, shall incur no liability in acting upon any instrument, application, notice, request, signed letter, telegram or other paper or document believed by them to be genuine and to contain a true statement of facts, and to be signed by the proper person.

*Section 5.6 Reliance on Written Instruments and Professional Advice.* Any Trustee, to the extent permitted by the Act, may ¹y upon any instrument in writing purporting to have been signed by a majority of the Trustees or the Chairman and Secretary as ...clusive evidence of the fact that a majority of the Trustees have taken the action stated to have been taken in such instrument.

The Trustees may, from time to time, consult with the Trust Fund's legal counsel, actuary and any other professionals, and to the extent permitted by the Act, the Trustees shall be protected in acting upon the advice of such professionals.

*Section 5.7 Reliance by Others.* No party dealing with the Trustees shall be obligated to see to the application of any funds or property of the Trust Fund to the stated Trust or to see that the terms of this Trust Agreement have been complied with or to inquire into the necessity or expediency of any act of the Trustees. Every instrument executed by the Trustees shall be conclusive evidence in favor of every person relying thereon that at the time of the execution of said instrument, the Trust was in full force and effect, that the instrument was executed in accordance with the terms and conditions of this Trust Agreement, and that the Trustees were duly authorized and empowered to execute the instrument.

*Section 5.8 Books of Accounts.* The Trustees shall cause to be kept true and accurate books of accounts and records of all transactions of the Health Trust Fund which shall be open to the inspection of each of the Trustees at all times and which shall be audited at least annually and at such other times as the Trustees deem appropriate by a certified public accountant selected by the Trustees. A complete and detailed statement of the annual audit, including the benefits and administration costs, shall be made available to the Union and to each Company requesting a copy thereof.

*Section 5.9 Surety Bonds.* The Trustees and any employees who are empowered and authorized to sign checks and handle monies of the Health Trust Fund shall be bonded by a duly authorized surety company, qualified to write such bonds, in such amounts as may be determined from time to time by the Trustees. The Trustees may also bond such other employees of the Trust Fund as they deem necessary. The cost of the premiums of such bonds shall be paid out of the Health Trust Fund. The bonds shall be in such amounts as required by applicable law.

*Section 5.10 Execution of Documents.* The Trustees may, in the course of conducting the business of the Health Trust Fund, execute all instruments or documents or notices in the name of the Teamsters Local 639-Employers Health Fund which instruments shall be signed by the Chairman and Secretary, or one or more Trustees authorized by resolution. All persons shall be fully protected in reliance that such instruments or documents or notices have been duly authorized and are binding on the Trustees and the Teamsters Local 639-Employers Health Fund.

## ARTICLE VI
## CONTRIBUTIONS TO THE HEALTH TRUST FUND

*Section 6.1 Contributions Held in Trust.* The Trustees declare that they will receive and hold the contributions herein ⁻⁻ovided for or any other money, income, rebate, dividend or return of premium or property which may be entrusted to them, as ..stees hereunder, with the powers and duties and for the uses, purposes and trusts set forth in this Agreement and Declaration of Trust.

Neither the Union, the Company, the Employer, Employees, or their beneficiaries shall have any right, title or interest in or to the Trust Fund or any part thereof except as required by law.

*Section 6.2 Encumbrance of Benefits.* The Teamsters Local 639-Employers Health Fund shall constitute an irrevocable trust for the sole and exclusive benefit of Employees and their beneficiaries entitled to benefits under the Health Plan. All the benefits, monies or property shall be free from the interference and control of any creditor; and no benefits shall be subject to any assignment or other anticipation, nor to seizure or to sale under any legal, equitable or any other process; and in the event that any claim or benefit shall, because of any debt incurred by or resulting from any other claim or liability against any Employee, or Beneficiary, by reason of any sale, assignment, transfer, encumbrance, anticipation or other disposition made or attempted by said Employee, or Beneficiary, or by reason of any seizure or sale or attempted sale under any legal, equitable or other process, or in any suit or proceeding become payable, or be liable to become payable to any person other than the Employee or Beneficiary for whom the same is intended, as provided herein, pursuant hereto, the Trustees shall have power to withhold payment of such benefit to such Employee or Beneficiary until such assignment, transfer, encumbrance, anticipation or other disposition, writ, or legal process is cancelled or withdrawn in such manner as shall be satisfactory to the Trustees. Until so cancelled or withdrawn, the Trustees shall have the right to use and apply the benefits as to the Trustees may seem best, directly for the support and maintenance of such Employee or Beneficiary.

The Employers' contributions to be paid into the Health Trust Fund shall not constitute or be deemed wages due to Employees nor shall the Health Trust Fund be liable for or subject to the debts, contracts or liabilities of the Union, the Company, the Employers, or Employees.

No Employee shall have the right to receive any part of the contributions made to this Health Trust Fund, except as provided by the Plan of Health Benefits.

*Section 6.3 Rate of Contributions.* The Employer shall pay to the Trustees each month the amount of money as established and provided for in Collective Bargaining Agreements or signed participation agreement.

*Section 6.4 Mode of Payment and Report on Contributions.* All contributions required by Collective Bargaining Agreements and signed participation agreements shall be paid to the Trustees, on or before the last day of the month following the month in which the Employee worked, and shall be in the manner and form determined by the Trustees. The Employers shall make all reports on contributions required by the Trustees in the performance of their duties under this Agreement and Declaration of Trust. The Trustees may, at any time, designate a qualified representative to conduct an audit of the payroll and wage records of any Employer to permit the Trustees to determine whether such Employer is making full payments to the Trustees in the amounts ...iired by a Collective Bargaining Agreement or signed participation agreement. Whenever a discrepancy is disclosed by virtue . said audit, the Trustees may assess the entire costs of the audit to the Employer who shall be obligated to make payment therefore. Any data or information furnished to the Trustees by an Employer or by the Union shall be held confidential and may not be disclosed by the Trustees to any third person, unless the Trustees shall decide that such disclosure is necessary for the proper administration of the Fund.

*Section 6.5 Default in Payment.* Each Employer shall be responsible only for making contributions that it is obligated to make, on behalf of its Employees, pursuant to its Collective Bargaining Agreement or signed participation agreement. Non-payment by an Employer of any contributions when due shall not relieve any other Employer of his obligation to make payments, nor shall non-payment by one Employer of any contribution when due impose upon any other Employer, Company or the Union any obligation with respect to such payments.

When a Company fails to make payment in accordance with Section 6.3 and 6.4 of this Article, a ten percent (10%) liquidated damage amount may be imposed and that Company shall be obligated to pay interest on the prime rate or at the rate of one and one-half (1-½%) percent per month on any unpaid balance, whichever is greater. A Company may be suspended from participation in this Trust for failure to make payments. If within ninety (90) days after the date of suspension such Company does not pay the Trust all amounts owed plus ten percent (10%) thereof as liquidated damages, then in order to gain reinstatement to Trust participation, the said suspended Company must also post with the trustees a bond in an amount double that required to be paid to be reinstated. Thereafter, if said Company again is suspended for a period of ninety (90) days, the Trustees shall declare the bond forfeited.

The Trustees shall have the power to take any action necessary to enforce the payment of contributions due, including, but not limited to, the institution of or intervention in any legal, equitable or administrative proceedings. All reasonable expenses incurred by the Health Trust Fund in enforcing the payment of contributions due, including, but not limited to, reasonable attorneys' fees, accountants' fees and court costs plus an additional liquidated damage of ten percent (10%) shall be added to the obligation of the defaulting Employer. The Employer agrees that such sums, together with interest at the highest rate permitted by the laws of the state where suit is instituted, shall be included in any judgment issued by a court. The Trustees shall have the authority to settle or compromise any claims, suits, or legal actions for less than the full amount due when, in their discretion, they deem it in the best interest of the Fund.

The Trustees may adopt such additional rules and regulations to enforce the collection of delinquent contributions as they may deem necessary, including the adoption of special rules applicable to Employer(s) who are repeatedly delinquent.

## ARTICLE VII
## PLAN OF HEALTH BENEFITS

*Section 7.1 Benefits.* The Trustees shall have full discretion and authority to adopt a Health Plan which sets forth eligibility requirements, type, amount and duration of benefits that are to be provided equally and without discrimination to eligible Employees, based on what the Trustees determine to be within the financial limitations of the Health Trust Fund provided, however, that no benefits, other than health, annuity, death and related benefits, may be provided for or paid under this Agreement.

*Section 7.2 Eligibility Requirements for Benefits.* The Trustees shall have full discretion and authority to determine questions of eligibility requirements for benefits and duration of benefits and to adopt rules and regulations setting forth same, which shall be binding on the Employers, Employees, their Beneficiaries and any other persons making claims.

*Section 7.3 Written Plan of Benefits.* The detailed basis on which payment of benefits is to be made, pursuant to this Trust Agreement shall be set forth in the Health Plan. Such Health Plan shall be subject to change or modification by the Trustees from time to time as they may, in their discretion, determine is necessary or advisable based on the financial condition of the Fund.

The Board of Trustees shall reduce the benefits when and to the extent that they are advised by the actuary that it is necessary to make any such reduction in order to stay within the financial limitations of the Teamsters Local 639-Employers Health Fund.

Any change in or modification of the Health Plan made by the Board of Trustees shall be set forth in writing by the Trustees, with notice to the Company and the Union.

*Section 7.4 Internal Revenue Service and Labor Department Approval.* The Trust and the Health Plan adopted by the Trustees will continue as a qualified Trust and Plan so as to ensure that the Employer contributions to the Health Fund are proper deductions for income tax purposes. In addition, the Health Plan adopted by the Trustees shall qualify for approval by the Department of Labor as required by applicable law. It is the intention of the Trustees to be in full compliance with all requirements of the Internal Revenue Code and the Act. The Trustees are authorized to make whatever applications are necessary with the Internal Revenue Service and Department of Labor to maintain approval of the Trust and Plan of Health Benefits.

*Section 7.5 Limitation of Employer's and Union's Obligations.* Neither any Company nor the Union shall have any responsibility for the payment of any benefit under the Health Plan. The obligation of each Employer under the Plan shall be a several one and shall be limited, except as required by the Act, to paying into the Health Trust Fund the contributions that it is obligated to make on behalf of its Employees under the provisions of its Collective Bargaining Agreement or signed stipulation.

## ARTICLE VIII
## ARBITRATION

*Section 8.1 Application of this Article.* In the event the Trustees cannot decide any matter, issue or dispute because of a tie vote, or the lack of a quorum at two (2) successive regular or special meetings of the Trustees, then, in either such event, the Employer Trustees and the Union Trustees will attempt to agree upon the designation of an impartial umpire to decide the dispute. If, within ten (10) days after the occurrence of either of the two events referred to above no impartial arbitrator is agreed upon, any four Trustees may petition the United States District Court for the District of Columbia to appoint an impartial umpire. The decision of the impartial umpire so agreed upon or appointed shall be final and binding on all parties and persons concerned.

*Section 8.2 Expenses of Arbitration.* All reasonable and necessary costs and expenses incidental to the proceedings before the impartial umpire, including the fee, if any, of the impartial umpire and attorneys' fees incurred by any Trustee in connection with such dispute, shall be a proper charge against the Trust Fund and the Trustees are authorized and directed to pay such charges.

*Section 9.1 Counterparts.* This Agreement and Declaration of Trust may be executed in one or more counterparts. The signature of a party on any counterpart shall be sufficient evidence of his execution thereof.

## ARTICLE X
## AMENDMENT TO AGREEMENT AND DECLARATION OF TRUST

*Section 10.1 Amendment by Trustees.* The provisions of this Agreement and Declaration of Trust may be amended to any extent and at any time by an instrument in writing, adopted by unanimous action of all Trustees; however, changes in the Health Plan may be made by majority action of the Trustees present and voting, in accordance with Article VII. Nothing in this Section shall limit the power of the Trustees to amend this Trust Agreement by unanimous action without the approval of the Company or the Union if consistent with the Collective Bargaining Agreements. It is expressly understood and agreed that no amendment shall direct any of the trust estate then in the hands of the Trustees from the purposes and objects of the Health Trust Fund.

*Section 10.2 Retroactive Effect.* Any Amendment, howsoever adopted, may have retroactive effect.

## ARTICLE XI
## TERMINATION OF TRUST

*Section 11.1 By the Trustees.* This Agreement and Declaration of Trust may be terminated by an instrument in writing, executed by the Trustees upon the happening of any one or more of the following events:

(a) If the Trust Fund is in the opinion of the Trustees, inadequate to carry out the intent and purpose of this Trust Agreement, or is inadequate to meet the payments due or to become due under this Trust Agreement and under the Health Plan to Employees and Beneficiaries;

(b) If there are no individuals living who can qualify as Employees or Beneficiaries hereunder;

(c) When there is no longer in force and effect Collective Bargaining Agreements or signed participation agreements requiring contributions to the Health Trust Fund.

*Section 11.2 Procedure on Termination.* In the event of the termination of this Agreement and Declaration of Trust, the Trustees shall:

(a) make provision out of the Trust Fund for the payment of expenses incurred up to the date of termination of the Trust and the expenses incidental to such termination;

(b) arrange for a final audit and report of their transactions and accounts for the purpose of termination of their Trusteeship;

(c) give any notice and prepare and file any reports which may be required by law; and

(d) apply the Health Trust Fund in accordance with the provisons of the Health Plan.

No part of the corpus or income of the Health Trust Fund shall be used for or diverted to purposes other than for the clusive benefit of the Employees and their Beneficiaries or the administration expenses of the Health Trust Fund. Under no circumstances shall any portion of the Health Trust Fund, either directly or indirectly, revert or accrue to the benefit of any contributing Employer, the Company or the Union.

*Section 11.3 Notification of Termination.* Upon termination of the Health Trust Fund, in accordance with this Article, the Trustees shall forthwith notify the Union, the Company and all other interested parties. The Trustees shall continue as Trustees for the purpose of winding up the affairs of the Health Trust Fund.

## ARTICLE XII
## MISCELLANEOUS PROVISIONS

*Section 12.1 Termination of Individual Employers.* An Employer shall cease to be an Employer within the meaning of this Agreement and Declaration of Trust when he is no longer contractually obligated, pursuant to a Collective Bargaining Agreement or a signed participation agreement, to make contributions to this Health Trust Fund or when the Trustees determine that his participation as a contributing Employer shall terminate.

*Section 12.2 Vested Rights.* No Employee or any person claiming by or through an Employee shall have any right, title or interest in or to the Health Trust Fund, or any part thereof, except as may be specifically determined by the Trustees in conformation with the Act.

*Section 12.3 Situs.* This Agreement and Declaration of Trust is accepted by the Trustees in the District of Columbia and such place shall be deemed the situs of the Health Trust Fund continued hereunder. All questions pertaining to validity, construction and administration shall be determined in accordance with the laws of the United States and of the District of Columbia.

*Section 12.4 Construction of Terms.* Wherever any words are used in this Agreement and Declaration of Trust in the masculine gender, they shall be construed as though they were also used in the feminine gender or neuter gender, in all situations where they would so apply. Wherever any words are used in this Agreement and Declaration of Trust in the singular form, they shall be construed as though they were also used in the plural form in all situations where they would so apply. Wherever any words are used in this Agreement and Declaration of Trust in the plural form, they shall be construed as though they were also used in the singular form in all situations where they would so apply.

*Section 12.5 Certification of Trustees' Action.* The Chairman and Secretary of the Trustees may execute any certificate of document jointly, on behalf of the Trustees, and such execution shall be deemed execution by all the Trustees. All persons ving dealings with the Health Trust Fund, or with the Trustees, shall be fully protected in reliance placed upon such duly ecuted document.

*Section 12.6 Notice.* Any notice required to be give, to the Trustees or any one or more of them pursuant to any provision of this Trust Agreement shall be deemed to have been given if mailed to such Trustee or Trustees at the last known address of the Trustee.

*Section 12.7 Severability.* Should any provision in this Agreement and Declaration of Trust, Health Plan or rules and regulations adopted thereunder, or in any Collective Bargaining Agreement, be deemed or held to be unlawful or invalid for any reason, such facts shall not adversely affect the provisions herein and therein contained, unless such illegality should make impossible or impractical the functioning of the Health Trust Fund and the Health Plan, and in such case, the appropriate parties shall immediately adopt a new provision to take the place of the illegal or invalid provision.

*Section 12.8 Refund of Contributions.* In no event shall any Employer, directly or indirectly, receive any refund on contributions made by them to the Trust except as provided in the Act. Nor shall an Employer, directly or indirectly, participate in the disposition of the Health Trust Fund or receive any benefits from the Trust.

*Section 12.9 Article and Section Titles.* The Article and Section titles are included solely for convenience and shall not be construed to affect or modify any part of the provisions of this Trust Agreement or be construed as part thereof.

*Section 12.10 Medical or Other Benefits Payable from Trust Fund Only.* Medical and other benefits provided for by this Agreement and Declaration of Trust and/or Plan of Health Benefits shall be payable to the extent there are assets in the Fund to pay such medical and other benefits. Neither the parties to this Trust Agreement, the Trustees, nor the Employers guarantee the payment of medical or other benefits, in the event the assets of the Fund are insufficient for such purposes.

*Section 12.11 Complete Agreement.* The provisions of this Trust Agreement shall be deemed exclusively to define the powers, duties, rights and obligations of all persons who have a relation to the trust estate, except that the amount of the Employer contributions and dates for payment thereof shall be provided for in the Collective Bargaining Agreements and signed participation agreements.

CERTIFICATION: The Trustees certify that their signatures appear on the Master Trust Agreement on file at the Trust Office and in consideration for this certification the Company representative and the Union representative on execution of this copy of the Trust Agreement hereby waive the signatures of the Trustees and accept the printed names of the said parties in lieu of actual signatures.

IN WITNESS WHEREOF, the parties hereto have caused these presence to be executed this _____ day of _____, 19 ___.

TRUSTEES: _____     COMPANY _____

/s/ Jack Baker _____

/s/ Morris Davidson _____     BY _____

/s/ William McIntyre _____

/s/ Roger Olson _____     DATE _____

/s/ John Catlett _____

/s/ Joseph Connors _____     UNION: Drivers, Chauffeurs, and Helpers Local Union
                                                       No. 639

/s/Philip Feaster _____     BY _____

/s/John Steger _____