**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

TEAMSTERS LOCAL 6390 EMPLOYERS \*
HEALTH TRUST AND ITS TRUSTEES,   \*
et al.                                                     \*
                                                             \*
            Plaintiffs                              \*
                                                             \*
            v.                                          \*         Case No.:  1:07-cv-01604
                                                             \*
ARATA EXPOSITION, INC.                 \*         Judge Robertson
                                                             \*         Assign. Date:  9/10/2007
            Defendant                            \*         Description:  Labor-ERISA

**PRAECIPE**

Defendant, Arata Exposition, Inc., will file its responsive pleading to the Plaintiffs'

Complaint on or before Monday, October 22, 2007.  Plaintiffs' counsel has been contacted with

respect to this extension and has no opposition to it.

Respectfully submitted,

McCARTHY WILSON LLP

BY:    /s/ Ronald W. Cox, Jr.
            Ronald W. Cox, Jr., Esq. #451217
            100 South Washington Street
            Rockville, Maryland 20850
            (301) 762-7770 phone
            (301) 762-3023 fax
            *Counsel for Defendant*

BY:    /s/ Richard W. Evans.
            Richard W. Evans, Esq.  #448436
            100 South Washington Street
            Rockville, Maryland 20850
            (301) 762-7770 phone
            (301) 762-3023 fax
            *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2007, a copy of the foregoing Praecipe was filed electronically, and a copy sent, postage pre-paid to:

Richard Welch, Esq.
Michael L. Artz, Esq.
Mooney, Green, Baker & Saindon, P.C.
1920 L. Street, N.W.
Suite 400
Washington, D.C. 20036
*Counsel for Plaintiffs*

  /s/ Ronald W. Cox, Jr.
Ronald W. Cox, Jr.