IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

TEAMSTERS LOCAL 6390 EMPLOYERS *
HEALTH TRUST AND ITS TRUSTEES, *
et al. *
　　　　　　　　　　　　　　　　 *
　　　　　　Plaintiffs　　　　　　 *
　　　　　　　　　　　　　　　　 *
　　v.　　　　　　　　　　　　　　* 　Case No.: 1:07-cv-01604
　　　　　　　　　　　　　　　　 *
ARATA EXPOSITION, INC.　　　　　　*　Judge Robertson
　　　　　　　　　　　　　　　　 *　Assign. Date: 9/10/2007
　　　　　　Defendant　　　　　　 *　Description: Labor-ERISA

## MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

COMES NOW the Defendant, Arata Exposition, Inc., by and through counsel, McCarthy Wilson LLP, and moves this Court for an extension of time to file its responsive pleading in the above-captioned matter, and for cause states as follows:

1. Counsel for Arata Exposition, Inc. accepted service on behalf of the Defendant Corporation on or about September 13, 2007.

2. Defendant Corporation's representatives are out of the state until the beginning of October, 2007.

3. Defendant and its counsel desire the opportunity to meaningfully confer prior to filing its responsive pleading.

4. Defendant requests until October 22, 2007 to file its responsive pleading.

5. The granting of this request will not prejudice the Plaintiffs or cause undue delay.

6. Plaintiffs' counsel has been contacted with respect to this request and has no opposition to it.

WHEREFORE, the Defendant respectfully requests that this Honorable Court:

A. Order that the Defendant shall file its responsive pleading to the Plaintiffs' Complaint on or before October 22, 2007; and

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

B.  Grant such other and further relief as is just and reasonable.

Respectfully submitted,

McCARTHY WILSON LLP

BY:  /s/ Ronald W. Cox, Jr.
Ronald W. Cox, Jr., Esq. #451217
Richard W. Evans, Esq. #448436
100 South Washington Street
Rockville, Maryland 20850
(301) 762-7770 phone
(301) 762-3023 fax
*Counsel for Defendant*

## MEMORANDUM OF GROUNDS AND AUTHORITIES

1. Federal Rule of Civ. Procedure Rule 6(b); and

2. The entire record herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of October, 2007, a copy of the foregoing Motion for Leave to Extend Time to File Responsive Pleading and Supporting Memorandum of Grounds and Authorities was filed electronically, and a copy sent, postage pre-paid to:

Richard Welch, Esq.
Michael L. Artz, Esq.
Mooney, Green, Baker & Saindon, P.C.
1920 L. Street, N.W.
Suite 400
Washington, D.C. 20036
*Counsel for Plaintiffs*

/s/ Ronald W. Cox, Jr.
Ronald W. Cox, Jr.

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

TEAMSTERS LOCAL 6390 EMPLOYERS *
HEALTH TRUST AND ITS TRUSTEES, *
et al. *
　　　　　　　　　　　　　　　　 *
　　　　　Plaintiffs　　　　　　 *
　　　　　　　　　　　　　　　　 *
　　　v.　　　　　　　　　　　　 *　　Case No.: 1:07-cv-01604
　　　　　　　　　　　　　　　　 *
ARATA EXPOSITION, INC.　　　　　 *　　Judge Robertson
　　　　　　　　　　　　　　　　 *　　Assign. Date: 9/10/2007
　　　　　Defendant　　　　　　　*　　Description: Labor-ERISA

## ORDER

　　UPON CONSIDERATION of the Defendant's Motion to Extend Time to File Responsive Pleading, the lack of opposition thereto, and the entire record herein, it is this ___ day of _____, 2007 hereby

　　ORDERED that the Motion for Leave to Extend Time to File Responsive Pleading, be and hereby is GRANTED, and it is hereby further

　　ORDERED, that Defendant shall file a responsive pleading on or before October 22, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　　　　　　　　　　　For the District of Columbia

LAW OFFICES
McCarthy Wilson
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

Copies to:

Richard W. Evans, Esq.
Ronald W. Cox, Jr., Esq.
McCarthy Wilson, LLP
100 S. Washington Street
Rockville, MD 20850
*Counsel for Defendant*

Richard Welch, Esq.
Michael L. Artz, Esq.
Mooney, Green, Baker & Saindon, P.C.
1920 L. Street, N.W.
Suite 400
Washington, D.C. 20036
*Counsel for Plaintiffs*

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770