CO-386-online
10/03

# United States District Court
# For the District of Columbia

TEAMSTERS LOCAL 6390 EMPLOYERS )
HEALTH TRUST AND ITS TRUSTEES, et al. )
)
)
)
                Plaintiff )   Civil Action No. 1:07-cv-01604
   vs )
ARATA EXPOSITIONS, INC. )
)
)
               Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Arata Expositions, Inc.  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Arata Expositions, Inc.  which have

any outstanding securities in the hands of the public:

                      None

These representations are made in order that judges of this court may determine the need for recusal.

                      Attorney of Record

                      _____
                      Signature

#451217                              Ronald W. Cox, Jr., Esq.
BAR IDENTIFICATION NO.          Print Name

                                100 South Washington Street
                                Address

                                Rockville,   Maryland      20850
                                City           State        Zip Code

                                (301) 762-7770
                                Phone Number