**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

TEAMSTERS LOCAL 639 - EMPLOYERS  :
HEALTH TRUST AND ITS TRUSTEES,   :
*et al.*,                        :
                                 :
    Plaintiffs,                  :
                                 :
  v.                             : Civil Action No. 07-1604 (JR)
                                 :
ARATA EXPOSITION, INC.,          :
                                 :
    Defendant.                   :

## ORDER

Upon consent of the parties, the deadline for the submission of dispositive motions is **extended** until June 6, 2008, and the pretrial conference that had been scheduled for June 10, 2008, is **off the calendar**, to be re-set, if necessary, after any dispositive motions are decided.

                                        JAMES ROBERTSON
                             United States District Judge